IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| Keith Carnes, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 23-cv-00278-RK |
|  | ) |  |
| Robert Blehm, *et. al*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## Certificate of Service

Diane Peters, counsel for Defendants the Kansas City, Missouri Board of Police Commissioners, the individual Commissioners, Robert Blehm, Ed Begley, Vernon Huth, Avery Williamson, Steve Morgan, and Doug Niemeier, certifies that she sent these named Defendants' Third Supplemental Rule 26 Disclosures in PDF format attached to email on August 19, 2024, to the following:

    Wallace Hilke @ kcaldwell@caldwell-law-firm.com
    hilke@loevy.com
    Counsel for Plaintiff

    Josh Haner @ JHaner@jacksongov.org
    Counsel for Amy McGowan

                                                    Respectfully submitted,

                                                    ***/s/ Diane Peters***
                                                    Missouri Bar No. 54784
                                                    Wyrsch Hobbs & Mirakian, PC
                                                    One Kansas City Place
                                                    1200 Main Street, Suite 2110
                                                    Kansas City, Missouri 64105
                                                    (816)221-0080 office
                                                    (816)838-2285 cell
                                                    (816)221-3280 fax
                                                    dpeters@whmlaw.net