## AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF MISSOURI      )
                         ) ss

COUNTY OF JACKSON )

       The below-named person, being duly sworn upon oath states that she is the designated custodian of records for the Kansas City Missouri Police Department. That the records attached hereto are kept under her supervision, care, custody, and control, that the records are maintained in the ordinary course of business for the Kansas City Missouri Police Department, that the matters recorded therein were recorded at or near the time of the events described therein. That the attached records consisting of 101 pages are a portion of the Larry White homicide investigative file, case number 03095392, and are exact duplicates of the original.

       Further, affiant states not.

_____
(Signature of Records Custodian)

       The foregoing affidavit was subscribed and sworn to before me this 3rd day of September, 2024.

_____
(Notary Public)

My Commission Expires:

> EBONY D. KEITH
> Notary Public-Notary Seal
> STATE OF MISSOURI
> Jackson County
> My Commission Expires Sept. 30 2027
> Commission # 19099134

# Exhibit T (portions of KCPD investigative file)

Supp. CRN O3095392

MITCHELL POWELL
Person Being Questioned (Print Name)

Kansas City, Missouri Police Department
**MIRANDA WAIVER**

Before being asked any questions, I have been told of my right to remain silent, that anything I say can and will be used against me in court, that I have the right to talk with a lawyer and to have the lawyer with me during questioning. I have been told that if I cannot afford a lawyer that one will be appointed for me, at no cost to me, before I am question-ed. I have also been told that I can stop talking at any time.

**I understand all of these rights and I am willing to talk to you.**

X
Signature of Person Being Questioned

1-2-04
Date and Time Warning Given

1-2-04
Date and Time Waiver Signed

Officer(s)   ROBERT D. BLEHM   Serial #   4104

Form 340 P.D. (Rev. 11-86)

Plaintiff 000041

Supp CRN 0309 5392

**MITCHELL POWELL**
Person Being Questioned (Print Name)

Requested Attorney    A.    No    ☐

               B.    Yes    ☐ Time _____

**1-1-04**
Date and Time Taken into Custody

**HQ**
Location of Questioning

**12ᵗʰ GRADE**
Educational Level

**1-2-04**
Date and Time Questioning Started

**HOMICIDE**
Type of Offense

**1-2-04**
Date and Time Questioning Finished

**10-6-3**
Date Offense Occurred

Statement Information    A.    Oral         ☐

                        B.    Written    ☐

                        C.    Video     ☐

**LARRY E. WHITE**
Name of Firm/Victim

                        D.    Declined    ☐

Date and Time Statement Signed _____

Persons Present During Questioning _____

_____

Miscellaneous Information _____

_____

_____

Persons Called or Contacted by Accused _____

Officer(s)   **ROBERT BLEAM**      Serial #   **4164**

Plaintiff 000042

## FIELD INCIDENT REPORT

APPROVED BY  Sgt. Doug Niemeier

SERIAL #  4253

PAGE  1  OF  2

(☐SUPP) CRN  03095392

NO. VICTIMS  1

☐ OUTSIDE STOLEN – LOCAL RECOVERY

FIRE DEPT. INCIDENT #  N/A

| Dispatched ☒ / Citizen ☐ / On View ☐ | DATE OF REPORT 10-06-03 | TIME RECEIVED 2050 | TIME ARRIVED 2052 | TIME CLEARED 2359 | SCENE PROCESSED ☒Yes ☐ No | EVIDENCE ☒ Yes ☐ No | SUPP. REPORT ☒Yes ☐ No | REPORT REFERRAL ☐Yes ☒ No |

**CRIME**

CLASSIFICATION OF OFFENSE
Murder

LOCATION
2831 Prospect

| REPORTING AREA OCC 331 | RADIO NUMBER 1015 | DATE AND TIME 10-06-03 2046 | TO: DATE AND TIME |

MEANS OF ATTACK
Unknown Firearm

☐ BIAS CRIME
☐ DOMESTIC VIOLENCE
☐ DEPARTMENT MEMBER
☐ DEPARTMENT PROPERTY
☐ DRIVE BY SHOOTING

ROUTING
☐ DRUG ENF. UNIT
☐ GANG SECTION
☐ JUVENILE SECTION
☐ PIC

☐ STREET NARCOTICS UNIT
☐ FRAUD/FORGERY SECTION
☐ BOMB & ARSON SECTION
☐ PROB./PAROLE
☐

**VICTIM**

| VICTIM 1  LAST NAME (OR FIRM) White | FIRST NAME (TYPE OF BUS) Larry | INT. E | JR/SR |
| VICTIM 2  LAST NAME (OR FIRM) | FIRST NAME (TYPE OF BUS) | INT. | JR/SR |
| VICTIM 3  LAST NAME (OR FIRM) | FIRST NAME (TYPE OF BUS) | INT. | JR/SR |

**VICTIM'S VEHICLE**

*(TO BE COMPLETED WHEN REPORTING STOLEN / RECOVERED VEHICLES)*

☐STOLEN ☐ATTEMPT STOLEN ☐ATTEMPT STOLEN WITH STEALING ☐UNFOUNDED ☐TAKEN IN CONJUNCTION WITH ANOTHER OFFENSE ☐FAILED TO RETURN LEASED/RENTED PROPERTY ☐RECOVERED

| YEAR | MAKE | MODEL OR SERIES | # CYL (S) | BODY STYLE | COLOR (S) | VEHICLE IDENTIFICATION # |

| LICENSE# | STATE | YEAR | VISIBLE ACCESSORIES / SPECIAL IDENTIFYING CHARACTERISTICS | ANTI-THEFT DEVICE ☐ YES ☐ NO |

LIEN HOLDER                    INSURED BY

| LOCATION OF RECOVERY | DATE AND TIME | BEAT OCC. | IF RELEASED TO OWNER (OWNER'S SIGNATURE) |

| EXT 5108 NOTIFIED (DATE & TIME) | PERSON CONTACTED AT EXT. 5108 | # OF DAYS ABANDONED | CRN OF STOLEN AUTO (if different than above) |

TOW-IN # (IF TOWED)

HOLD ☐ YES ☐ NO
IF YES, UNIT HELD FOR

PERSON APPROVING HOLD

**#**

-TAKEN FROM
01 ☐ GARAGE
02 ☐ PRIVATE RESIDENCE
03 ☐ APARTMENT COMPLEX
04 ☐ PUBLIC RESIDENTIAL STREET
05 ☐ PUBLIC COMMERCIAL STREET
06 ☐ FREE PARKING LOT
07 ☐ PAY PARKING LOT
08 ☐ CAR LOT (RENTAL/SALES)
09 ☐ OTHER

-IGNITION LOCK
00 ☐ UNKNOWN
01 ☐ APPEARS NORMAL
02 ☐ KEY IN VEHICLE-ORIGINAL
03 ☐ KEY IN VEHICLE-DUPLICATE
04 ☐ CYLINDER LOCK TWISTED
05 ☐ LOCK HOUSING DRILLED
06 ☐ STEERING WHEEL FORCED
07 ☐ IGNITION HOT-WIRED
08 ☐ CYLINDER PULLED
09 ☐ STEERING COLUMN
       DISASSEMBLED/BROKEN

-CONDITION-THEFT
01 ☐ IGNITION LOCKED
02 ☐ IGNITION KEY AVAILABLE
03 ☐ OPEN SWITCH
04 ☐ UNKNOWN
05 ☐ DOORS LOCKED
06 ☐ DOORS UNLOCKED
07 ☐ UNKNOWN
08 ☐ WINDOWS UP
09 ☐ WINDOWS DOWN
10 ☐ WINDOWS BROKEN
11 ☐ UNKNOWN

-CONDITION-RECOVERY
01 ☐ APPEARS INTACT
02 ☐ STRIPPED
03 ☐ BURNED
04 ☐ DAMAGED
05 ☐ TRAFFIC ACCIDENT

-VEHICLE STRIPPED OF
01 ☐ ENGINE PARTS
02 ☐ COMPLETE ENGINE
03 ☐ TRANSMISSION
04 ☐ RADIO

05 ☐ TAPE DECK
06 ☐ BODY PARTS
07 ☐ CITIZEN BAND RADIO
08 ☐ OTHER

**PROPERTY**

| ITEM | QUAN-TITY | SUSPECT VICTIM | DESCRIPTION OF SUSPECT'S / VICTIM'S PROPERTY | SERIAL NUMBER | EST. VALUE | RECOVERED | RELEASED |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NARRATIVE:

On 10-06-03 at approximately 2050 hrs., Officers from the Kansas City, Missouri Police Department were dispatched to 2831 Prospect on a reported shooting.
Upon arrival Officers located the listed victim lying on the ground suffering from apparent gunshot wounds. The victim was transported to an area hospital where he was pronounced dead.
The 1010 Homicide Squad was called to the scene to investigate.

DET. *(signature)* D. Blehm

OFFICER: *(PRINT NAME)*  Det. Robert D. Blehm                    SERIAL #  4104

Form 189 P.D. (Rev. 6-2001)

Plaintiff 000045

# INVESTIGATION REPORT

OFFENSE  Murder

(☐ SUPP) CRN  03095392

DATE  10-08-03

## DOMESTIC VIOLENCE

**Domestic Violence Incidents Only**
Relationship? ☐ Spouse ☐ Former Spouse ☐ Related By Blood/Marriage ☐ Child in Common ☐ Presently Resides Together ☐ Previously Resided Together
☐ Continuing Social Relationship of a Romantic or Intimate Nature

| | | | | |
|---|---|---|---|---|
| Alcohol Involved? | ☐ Victim ☐ Suspect ☐ None ☐ Unknown | Did Victim Require Medical Treatment? ☐ Yes ☐ No ☐ Refused | | |
| Drugs Involved? | ☐ Victim ☐ Suspect ☐ None ☐ Unknown | Victim to Hospital? ☐ Yes ☐ No  Hospital | | |
| Children Present? | ☐ Yes ☐ No  Age(s) | Has Suspect Struck Victim Before? ☐ Yes ☐ No | | |
| Pictures Taken? | ☐ Yes ☐ No  How many? | When? | | |

**Previous Encounters:**
☐ The Victim / Offender has previously filed a Court Order of Protection
☐ There has been a previous investigation or alleged incident of Domestic/Related Violence against the Victim by the Offender
☐ The Victim has been referred to a non-criminal justice support agency

### VICTIM / COMPANION

| LAST NAME (OR FIRM) | FIRST NAME (TYPE OF BUS.) | INIT. | JR/SR | RACE | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|---|
| White | Larry | E | | B | M | 04-17-79 |

| SSN | STREET # | STREET NAME & CLASSIFICATION | APT# | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| 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 | 4948 | Linwood | | Kansas City | MO | 64217 |

| RES. PHONE | BUSINESS / SCHOOL ADDRESS | | | BUS. PHONE |
|---|---|---|---|---|
| N/A | N/A | | | N/A |

| REL. / ACQ. (NAME) | (ADDRESS) | (RESIDENCE PHONE) | (RELATIONSHIP) |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

### VICTIM / WITNESS / COMPANION / REPORTING PARTY

| LAST NAME (OR FIRM) | FIRST NAME (TYPE OF BUS.) | INIT. | JR/SR | RACE | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|---|
| Reporting Detective | | | | | | |

| SSN | STREET # | STREET NAME & CLASSIFICATION | APT# | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| | | | | | | |

| RES. PHONE | BUSINESS / SCHOOL ADDRESS | | BUS. PHONE |
|---|---|---|---|
| | | | |

| REL. / ACQ. (NAME) | (ADDRESS) | (RESIDENCE PHONE) | (RELATIONSHIP) |
|---|---|---|---|
| | | | |

### VICTIM / WITNESS / COMPANION

| LAST NAME (OR FIRM) | FIRST NAME (TYPE OF BUS.) | INIT. | JR/SR | RACE | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|---|
| | | | | | | |

| SSN | STREET # | STREET NAME & CLASSIFICATION | APT# | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| | | | | | | |

| RES. PHONE | BUSINESS / SCHOOL ADDRESS | BUS. PHONE |
|---|---|---|
| | | |

| REL. / ACQ. (NAME) | (ADDRESS) | (RESIDENCE PHONE) | (RELATIONSHIP) |
|---|---|---|---|
| | | | |

### SUSPECT 1

| ARREST MADE ☐ YES ☐ NO | CITY PICKUP ☐ | NO PROS. ☐ | LAST NAME | FIRST NAME | INIT. | JR/SR | RACE | SEX | EST. AGE/D.O.B. | STATE | MONIKER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| HGT. | WGT. | BUILD | HAIR | EYES | COMP. | HAT | COAT | SHIRT/BLOUSE | TROUSERS/SKIRT | BUSINESS/SCHOOL ADDRESS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| ADDRESS | APT. # | CITY | STATE | SPECIAL I.D. CHAR. |
|---|---|---|---|---|
| | | | | |

| GOS # / UTT | ORD.# | GOS # / UTT | ORD.# | BOOKING SLIP / G.O.S. # / UTT | ORD.# | INVESTIGATION ARREST APPROVING AUTHORITY |
|---|---|---|---|---|---|---|
| | | | | | | |

TRANSPORTED BY:  TRANSPORTED TO: ☐ HQ ☐ CPD ☐ MPD ☐ EPD ☐ NPD ☐ SPD    PRIORITY RELEASE
☐ JUVENILE ☐ HOSPITAL ☐ OTHER

### SUSPECT 2

| ARREST MADE ☐ YES ☐ NO | CITY PICKUP ☐ | NO PROS. ☐ | LAST NAME | FIRST NAME | INIT. | JR/SR | RACE | SEX | EST. AGE/D.O.B. | STATE | MONIKER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| HGT. | WGT. | BUILD | HAIR | EYES | COMP. | HAT | COAT | SHIRT/BLOUSE | TROUSERS/SKIRT | BUSINESS/SCHOOL ADDRESS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| ADDRESS | APT. # | CITY | STATE | SPECIAL I.D. CHAR. |
|---|---|---|---|---|
| | | | | |

| GOS # / UTT | ORD.# | GOS # / UTT | ORD.# | BOOKING SLIP / G.O.S. # / UTT | ORD.# | INVESTIGATION ARREST APPROVING AUTHORITY |
|---|---|---|---|---|---|---|
| | | | | | | |

TRANSPORTED BY:  TRANSPORTED TO: ☐ HQ ☐ CPD ☐ MPD ☐ EPD ☐ NPD ☐ SPD    PRIORITY RELEASE
☐ JUVENILE ☐ HOSPITAL ☐ OTHER

### SUSPECT 3

| ARREST MADE ☐ YES ☐ NO | CITY PICKUP ☐ | NO PROS. ☐ | LAST NAME | FIRST NAME | INIT. | JR/SR | RACE | SEX | EST. AGE/D.O.B. | STATE | MONIKER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| HGT. | WGT. | BUILD | HAIR | EYES | COMP. | HAT | COAT | SHIRT/BLOUSE | TROUSERS/SKIRT | BUSINESS/SCHOOL ADDRESS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| ADDRESS | APT. # | CITY | STATE | SPECIAL I.D. CHAR. |
|---|---|---|---|---|
| | | | | |

| GOS # / UTT | ORD.# | GOS # / UTT | ORD.# | BOOKING SLIP / G.O.S. # / UTT | ORD.# | INVESTIGATION ARREST APPROVING AUTHORITY |
|---|---|---|---|---|---|---|
| | | | | | | |

TRANSPORTED BY:  TRANSPORTED TO: ☐ HQ ☐ CPD ☐ MPD ☐ EPD ☐ NPD ☐ SPD    PRIORITY RELEASE
☐ JUVENILE ☐ HOSPITAL ☐ OTHER

### SUSP. VEH.

| COLOR | YEAR | MAKE | MODEL | STYLE | LICENSE | STATE | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| SPEC. I.D. CHAR. | | TOW-IN NUMBER |
|---|---|---|
| | | |

| VEHICLE IDENTIFICATION # | COMMENTS |
|---|---|
| | |

Plaintiff 000046

Case 4:23-cv-00278-RK   Document 139-21   Filed 09/09/24   Page 5 of 102

## KANSAS CITY, MISSOURI POLICE DEPARTMENT
### REPORT FORM

APPROVED BY _____          (☒SUPP) CRN   03095392

SERIAL # _____             DATE  10-06-2003

PAGE   1   OF   3          ☐ BIAS CRIME   ☐ DEPARTMENT MEMBER   ☐DEPARTMENT PROPERTY

| CLASSIFICATION OF OFFENSE / TITLE OF CASE | DATE OF OCCURRENCE | ROUTING: | |
|---|---|---|---|
| Progressive Investigation/ Homicide | 10-6-2003 | ☐ DRUG ENF. UNIT ☐ STREET NARCOTICS UNIT ☐ FRAUD/FORGERY SECTION | |
| | TIME OF OCCURRENCE | ☐ GANG SECTION ☐ BOMB & ARSON SECTION | |
| | 2050 | ☐ JUVENILE SECTION ☐ PROP CRIMES SECT. | |
| | | ☐ PIC ☒ OTHER Homicide | |

LOCATION OF OCCURRENCE: 2831 Prospect          BEAT OF OCC: 331   BEAT REPORTING: 335

**SUBJECT 1**

| LAST NAME White | FIRST NAME Larry | INT. E. | JR / SR | RACE B | SEX M | EST. AGE / D.O.B. 04-17-1979 | STATE MO | MONIKER |
|---|---|---|---|---|---|---|---|---|
| HGT. 511 | WGT. 180 | BUILD MD | HAIR BK | EYES BR | COMP. DK | HAT | COAT | SHIRT/BLOUSE Blue | TROUSERS/SKIRT Grey | SOCIAL SECURITY NUMBER 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 |

ADDRESS 4948 Linwood   APT.   CITY Kansas City   STATE MO   BUSINESS / SCHOOL ADDRESS Unknown

HOME PHONE   BUSINESS PHONE   SPEC. I.D. CHAR.

G.O.S. #/ U/T   ORD. #   G.O.S. #/ U/T   ORD. #   BOOKING SLIP/ G.O.S. # / U/T   ORD. #   INVESTIGATION ARREST APPROVING AUTHORITY

TRANSPORTED BY:   TRANSPORTED TO: ☐ HQ ☐ CPD ☐ MPD ☐ EPD ☐ NPD ☐ SPD ☐ OTHER   PRIORITY RELEASE
☐ JUVENILE ☐ HOSPITAL

**SUBJECT 2**

| LAST NAME Grey | FIRST NAME Marva | INT. D | JR / SR | RACE B | SEX F | EST. AGE / D.O.B. 03-18-1989 | STATE MO | MONIKER |
|---|---|---|---|---|---|---|---|---|
| HGT. 507 | WGT. 170 | BUILD MD | HAIR BK | EYES BR | COMP. DK | HAT | COAT | SHIRT/BLOUSE white | TROUSERS/SKIRT blue | SOCIAL SECURITY NUMBER 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 |

ADDRESS 3926 Garfield   APT.   CITY Kansas City   STATE MO   BUSINESS / SCHOOL ADDRESS Fish Town 2831 Prospect KC, MO

HOME PHONE 924-3817   BUSINESS PHONE 923-1025   SPEC. I.D. CHAR.

G.O.S. #/ U/T   ORD. #   G.O.S. #/ U/T   ORD. #   BOOKING SLIP/ G.O.S. # / U/T   ORD. #   INVESTIGATION ARREST APPROVING AUTHORITY

TRANSPORTED BY:   TRANSPORTED TO: ☐ HQ ☐ CPD ☐ MPD ☐ EPD ☐ NPD ☐ SPD ☐ OTHER   PRIORITY RELEASE
☐ JUVENILE ☐ HOSPITAL

**SUBJECT 3**

| LAST NAME Shepard-Bowen | FIRST NAME Aleatha | INT. D | JR / SR | RACE B | SEX F | EST. AGE / D.O.B. 10-12-1951 | STATE MO | MONIKER |
|---|---|---|---|---|---|---|---|---|
| HGT. | WGT. | BUILD | HAIR | EYES | COMP. | HAT | COAT | SHIRT/BLOUSE | TROUSERS/SKIRT | SOCIAL SECURITY NUMBER |

ADDRESS 2846 Wabash   APT.   CITY Kansas City   STATE MO   BUSINESS / SCHOOL ADDRESS

HOME PHONE 924-4852   BUSINESS PHONE   SPEC. I.D. CHAR.

G.O.S. #/ U/T   ORD. #   G.O.S. #/ U/T   ORD. #   BOOKING SLIP/ G.O.S. # / U/T   ORD. #   INVESTIGATION ARREST APPROVING AUTHORITY

TRANSPORTED BY:   TRANSPORTED TO: ☐ HQ ☐ CPD ☐ MPD ☐ EPD ☐ NPD ☐ SPD ☐ OTHER   PRIORITY RELEASE
☐ JUVENILE ☐ HOSPITAL

**VEHICLE**

COLOR   YEAR   MAKE   MODEL   STYLE

LICENSE   STATE   VEHICLE IDENTIFICATION #   TOW-IN NUMBER

SPEC. I.D. CHAR.

**PROPERTY**

| ITEM | QUAN-TITY | SUBJECT # | DESCRIPTION OF PROPERTY | SERIAL NUMBER | EST. VALUE | RECOVERED | RELEASED |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

OFFICER: (PRINT NAME)  S. Campbell _____          SERIAL #:  4547

Form 100 P.D.  (Rev. 6-2001)

Plaintiff 000047

# REPORT FORM NARRATIVE

PAGE __2__ OF __3__

☒ SUPP) CRN   03095392

DATE   10-06-2003

NARRATIVE:

    On 10-06-2003 at 2050 hours, P.O. L. Phillips and I (R-335) were dispatched to 29th and Prospect on a shooting.

    Upon arrival, I observed subject #1 lying in the parking lot of 2831 Prospect with apparent blood coming from his body and an apparent gunshot wound to his head. Subject #1 was transported to TMC by MAST.

    I contacted subject #2 at 2831 Prospect, inside Fish Town. She stated on 10-6-2003 at approximately 2045 hours, she was assisting a customer with a food order. She was walking outside when she heard several apparent gunshots. She went outside and had the customer come inside the store to get her food. When they walked back outside, she observed subject #1 lying on the ground. She called the police.

    P.O. Moran (R-339) was contacted by subject #2 at 29th and Wabash. She stated on 10-6-2003 at approximately 2045 hours, she heard approximately 8-10 gunshots outside her residence. She went outside and observed several shell casings lying on her porch. She picked up the shell casing and gave them to P.O. Moran. P.O. Moran left the shell casings on the porch of 2846 Wabash.

    My investigation consisted of the statements of subject #1 and #2. I observed several apparent shell casings in the yard of 2846 Wabash.

    See page 3 for a list of personnel that responded to the scene.

OFFICER:S. Campbell   SERIAL#4547

SUPP Case #   03-095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>VIC:  LARRY E. WHITE, B/M, 4/17/79<br><br>OCC:  10/6/03, 2046 HRS, 2831 PROSPECT | CRIME SCENE |

| Report By:<br>DET. ROBERT D. BLEHM #4104 RDB | Assignment:<br>HOMICIDE UNIT | Date:<br>10/8/03 | Page 1 of<br>2 Pages |
|---|---|---|---|

On 10/6/03 at approximately 2230 hours, Det. Morgan and I responded to 2831 Prospect in reference to the above captioned offense.

En route to the scene, I noted the skies to be mostly clear and the temperature to be in the low 60's.

Upon arrival, I contacted Sgt. Niemeier, who advised me that a shooting had occurred in the area of 2846 Wabash. He advised the victim fled that location on foot and collapsed in front of 2831 Prospect. He advised the victim was transported to an area hospital where he was pronounced dead.

I noted the crime scene to consist of the area on both sides and in the front of 2846 Wabash. I noted the crime scene to extend east from that location encompassing both lanes of 29th Street. I noted the crime scene to extend across Prospect and include the parking lot located at 2831 Prospect. I noted this entire area to be secured with yellow crime scene tape.

I first directed my attention to the residence located at 2846 Wabash. I noted this residence to be a two-story wood and stone structure that was tan with green trim. I noted this residence to be enclosed by a chain link fence that encircled the front yard as well as the back. I noted a gate used for entry to the fence on the east side of the residence. I then responded to the porch area of 2846 Wabash where on a chair to the south of the front door, were four 7.62 X 39 Wolf spent shell casings. I then noted steps descending east from the porch area of the residence to a walkway that led east to the sidewalk. Just to the south of the steps near the foundation of the residence, I noted one 7.62 X 39 Wolf spent shell casing. Just east of the last step of the porch, I noted one 7.62 X 39 Wolf spent shell casing. Just southwest of the walkway on a grassy area, I noted one 7.62 X 39 Wolf spent shell casing. Just southwest of that shell casing, I noted another Wolf 7.62 X 39 shell casing. Directly east of that shell casing, I noted another Wolf 7.62 X 39 spent shell casing. Just south of that shell casing, I noted another Wolf 7.62 X 39 spent shell casing. Southwest of that casing, I noted another Wolf 7.62 X 39 spent shell casing. Just west of that casing, I noted another Wolf 7.62 X 39 spent shell casing. For exact location of the above listed shell casings, refer to the Crime Scene Report taken by CST Lutman.

I then directed my attention to the northwest corner of 29th and Wabash. I located a small green plastic bag with traces of a brown substance lying in the gutter.

Plaintiff 000050

Case 4:23-cv-00278-RK   Document 139-21   Filed 09/09/24   Page 8 of 102

I then walked east on 29th Street from Wabash at which time I observed an apparent bullet hole on the north side of 2901 Wabash.  I noted this apparent bullet hole to be new damage.  I noted the hole to be in the aluminum frame of the window that was in the northwest corner of the residence.  I noted the trajectory of this damage to be consistent with a projectile that would have been fired in a southeasterly direction from the area of 2900 Wabash.

I then directed my attention to the westbound lane of 29th Street approximately forty yards west of Prospect Avenue, where I located a spent 7.62 X 39 Wolf shell casing.

I then responded to 2831 Prospect (Fish Market), which consists of a small wooden structure with a parking lot on the west side of the building that wraps around to the north side of the building.  In the parking lot, just northwest of the structure, I located a pile of bloody clothes.  I noted draining and dried blood to be pooling and running downhill from the clothes in a northwesterly direction.  I noted miscellaneous medical debris to be strewn about the area.  I noted within the pile of clothes to be a pair of brown cotton gloves that were soaked with blood.  The bloody clothes were then separated, at which time I noted one of the items of clothing to be a blue jersey and another item to be a blue jacket.  I noted these items to have apparently been cut by paramedics.  Nothing else of apparent evidentiary value was located.

CST Lutman (R1235), and CST Van Ryn (R1234) responded to the scene for processing.  The above ted items of evidence were recovered by CST Van Ryn.  For a detailed diagram of the crime scene, see report prepared by CST Lutman.

Kj/scene

File Page #_____

Plaintiff 000051

Case # 03-095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>LARRY E. WHITE, BM, 4-17-79<br><br>OCC: 10-6-2003, 2046 HOURS, 2831 PROSPECT | CASE INFORMATION:<br>CONSENT TO SEARCH |

| Report By:<br>DET. DANNY PHILLIPS #3781 | Assignment:<br>HOMICIDE UNIT | Date:<br>10-11-2003 | Page 1 of<br>1 Pages |
|---|---|---|---|

On 10-6-2003, 2135 hours, the reporting detective and other members of the 1020 Homicide Squad responded to 2831 Prospect in regard to the captioned offense. It was learned while at the scene, Aleatha D. Shepard-Bowen, BF, 10-12-51, 2846 Wabash, phone #924-4652, approached a uniformed officer soon after the offense occurred and handed the officer spent shell casings that she had located on the front porch of her residence, 2846 Wabash. Additional spent shell casings were subsequently located in the east front yard of 2846 Wabash, a residence that is approximately one block east of where the captioned offense occurred.

The reporting detective asked Shepard-Bowen for permission to search the interior of her house for additional evidence relative to the captioned offense at which time she signed a consent to search form allowing detectives to do so.

Supervisor _____    File Page #_____

Form 107 P.D. (10-80)

KANSAS CITY, MISSOURI POLICE DEPARTMENT
**CONSENT TO SEARCH**

Case Report Number _03-095392_

Location of Search _2846 Wabash_

Date _11-06-03_ Time _____

I, hereby, freely and voluntarily give my consent to members of the Kansas City, Missouri Police Department to conduct a search of: _2846 Wabash, Kansas City, Missouri_

_____

*(Description of Premises or Vehicle)*

and seize any person or property determined by the Kansas City, Missouri Police Department to be relevant to the matter under investigation or any criminal matter for evidence of:

_Homicide_
*(Crime Being Investigated)*

I further authorize the making of photographs and sketches of the area being searched.

I understand the police department has no search warrant authorizing this search, that I have a constitutional right to refuse permission for them to conduct the search and any evidence found may be used against me in court.

(Signed) _Aletha D Shepard Bowen_

Witnesses:

_____

_____

Items Seized: _____    Where Seized: _____

_N/A_

Form 155 P.D. (Rev. 7-2001)

(Officer) _HOFFMAN_

Plaintiff 000054

SUPP Case # __03095392__

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>V: LARRY E. WHITE, B/M, 04-17-79<br><br>OCC: 10-06-03, 2050 HOURS, 2831 PROSPECT | AREA CANVASS |

| Report By: _Aw_<br>DET. AVERY WILLIAMSON #4723 | Assignment:<br>HOMICIDE UNIT | Date:<br>10-13-03 | Page 1 of<br>1 Pages |
|---|---|---|---|

On 10-11-03 at 1045 hours, Detective Blehm and I responded to the area of 29th Street and Olive Avenue to conduct an area canvass in regard to the above captioned incident.

2411 E. 29th Street, contacted Thomas Jackson, B/M, 05-16-65, phone number 309-7381, who stated he was not home when the shooting occurred but stated the neighborhood has been really quiet since the search warrant had been served.

2903 Olive Avenue, no answer.

2904 Olive Avenue contacted Mary L. White, B/F, 02-15-09, phone number 924-4219, and she stated that she did not hear anything.

2905 Olive Avenue, no answer.

2912 Olive Avenue, contacted Earl M. Foster, B/M, 07-17-26, phone number 924-5963, who stated on 10-06-03 at approximately 2100 hours he heard a series of four to five shots that were fired simultaneously.

2842 Olive Avenue, contact Laranes Buffington, B/M, 01-01-83, phone number 924-1904, who stated on 10—06-03 at about 2030 hours he heard a series of five to six shots fired close together by the apartments on 29th Street.

Area Canvass

Supervisor _____     File Page #_____
Form 107 P.D. (10-80)

Plaintiff 000058

# KANSAS CITY, MISSOURI POLICE DEPARTMENT
## CRIME SCENE REPORT

Supp. C.R.N. 03-095392

Date 10-06-2003

---

**Case Name** WHITE, LARRY B/M 04-17-1979      Page 1 of 11 Pages

**Crime Scene Location** 2831 Prospect Avenue      **Offense** Homicide

**Crime Scene Detective** CST. Greg VanRyn      **Serial No.** 13129   **Radio No.** 1234

**Detective at Scene** Detective Blehm      **Assignment** Homicide Unit

**Initiating Officer** P.O. Moran      **Assignment** Central Patrol

**Suspect Name** Unknown      **In Custody** Yes ☐   No ☒

| Time Assigned | FINGERPRINT CARDS | | |
|---|---|---|---|
| **2100 hrs.** | No. | Location | No.    Location |
| **Time Completed** | None | | |
| **0200 hrs.** | | | |
| **Photographs** | | | |
| 35mm Yes ☐ No ☒ | | | |
| Digital Yes ☒ No ☐ | | | |
| 4x5 Yes ☐ No ☒ | | | |

Crime Scene

**Personnel Assisting** CST. D. Lutman #10775

**Property/Evidence Recovered** Yes ☒   No ☐   **Disposition** Crime Lab.

**Disposition of Scene** Released to district officers

**Supervisor** Diane Lutman #10775      **File Page #**

Sgt. H. Hueser #3532

Form 242 P.D. (Rev. 11-99)

Plaintiff 000059

Upon arrival contacted P.O. Moran who stated that he was investigating a shooting. When officers arrived at the scene they found the victim lying in the parking lot of 2831 Prospect Avenue. P.O. Moran relayed that prior to my arrival, MAST transported the victim to Truman Medical Center with several gunshot wounds to the torso and a gunshot wound to the head. No suspect was in custody. P.O. Moran further relayed that several witness reported hearing numerous gunshots from the area of 29th Street & Wabash just prior to the victim being found. Prior to my arrival officers had initiated a Crime Scene Sign-In Log, and secured the area surrounding 2831 Prospect, along with the intersection of 29th & Wabash. Detective Blehm and Detective Williamson, Homicide Unit, responded to the scene. Detective Blehm stated that he had obtained a Consent to Search for 2846 Wabash. Prior to my arrival, officers had discovered several shell casings in the east-central yard of the address. The victim died of his injuries on the morning of 10-07-2003.

My investigation was first directed to the intersection of 29th Street & Wabash. Twenty-ninth Street allowed two-way, east/west traffic. Wabash Street allowed only north bound traffic. The area was moderately lit by several streetlights. Located along the east curb of Wabash, in front of 2840 Wabash, was functioning streetlight #SCF0081. Located along the east curb of Wabash, in front of 2901 Wabash, was functioning streetlight #SCF0082. Located along the south curb of 29th Street, just south of 2846 Wabash, was functioning streetlight #SCF0146. Located along the south curb of 29th Street, just north of 2901 Wabash, was functioning streetlight #SCF0147. Situated on the northwest corner of 29th & Wabash was 2846 Wabash, a two-story, single-family residence located on the west side of the street, facing east. An approximate 3' high chain link fence encircled the entire property. An east-facing gate was located along the east edge of the fence line. The gate was not equipped with a lock. An east/west sidewalk led to the residence. Two concrete steps led up to the open-air east-central porch. Directly east of the porch was a flowerbed containing several bushes and shrubs. Located on the porch were two barbeque grills and several chairs. Lying in a chair, directly south of the east facing front door, was a rubber glove. Inside of the rubber glove were four spent shell casings, head stamped '7.62 X 39 WOLF' [ITEM 1]. The shell casings had been placed in the glove and left on the chair by P.O. Moran. P.O. Moran stated that when he initially arrived at the scene a female existed the residence and handed the shell casings to him. P.O. Moran relayed that when the female stepped out of her residence to investigate the sound of several apparent gunshots, she discovered the shell casings on her east-central porch. Several shell casings were discovered in the east yard of the address.

Plaintiff 000060

Collected from the flower bed just south of the steps leading up to the porch was another spent shell casing, head stamped '7.62 X 39 Wolf' [ITEM 2]. Collected from along the south edge of the east/west sidewalk was another spent shell casing, head stamped '7.62 X 39 WOLF' [ITEM 3]. Collected from the grassy yard, just south of east/west sidewalk, was a spent shell casing, head stamped '7.62 X 39 WOLF' [ITEM 4]. Collected from the flowerbed, directly east of the porch, was a spent shell casing, head stamped '7.62 X 39 WOLF' [ITEM 5]. Collected from near the center of the east yard were four spent shell casings, head stamped '7.62 X 39 WOLF' [ITEM 6].

Just north of the north fence line that surrounded the residence was an east/west drive belonging to 2846 Wabash. Parked facing west, at the east end of the driveway, was a gray KIA SEDONA EX van bearing Missouri temporary license #36468355, expiration date 10-22-2003, with VIN-KNDVP1316468355. The vehicle had all wheels and tires. All windows were intact. No body damage was noted. Also parked facing west in the driveway, directly west of the van, was a gray KIA SPECTRA 4-door bearing Mo.(04) 353SBM with VIN-KNAFB121225169648. The vehicle had all four wheels and tires. All windows were intact. No body damage was noted.

Detective Blehm and Detective Williamson conducted a search of the interior of 2846 Wabash. Nothing of evidentiary value was discovered.

As requested by Detective Blehm, a small plastic baggie discovered lying along the curb at the northwest corner of 29th & Wabash, was collected as [ITEM 7].

My attention was then directed to 2901 E. Wabash, a two-story, single-family residence located on the east side of 29th Street, facing west. Located near the exterior northeast corner of the residence were three, side-by-side, aluminum framed, double hung, north-facing windows. Discovered in the bottom edge of the aluminum frame of the west-most window was an apparent bullet hole. It was unknown if the projectile penetrated entirely through the window and into the residence. Detective Blehm stated that no one answered his repeated knocks on the front door.

My attention was then directed to 2506 E. 29th Street, a two-story, multi-unit, abandoned building located on the north side of the street. Collected from along the north curb, just east of 2506 E. 29th Street, was a spent shell casing, head stamped '7.62 X 39 WOLF' [ITEM 8].

My attention was then directed to FISH TOWN, 2831 Prospect Avenue, located on the east side of the street, facing west. The free standing, single-story business consisted of a take-out seafood restaurant.

Plaintiff 000061

The area was well lit by functioning streetlight #SDF2377, located along the east curb of Prospect, just north of 2831 Prospect. Vehicle parking was located along the north, south, and west edges of the business. The victim was originally discovered lying in the parking area just northwest of the business. A large pool of apparent blood was located on the pavement just northwest of the building. Scattered about the area were several items of medically related trash discarded by emergency workers that attended to the victim. Collected from the center of the pool of apparent blood was a blue jacket, cut-up, with apparent blood [ITEM 9]. Discovered under the jacket were two brown cloth gloves with apparent blood [ITEM 10].

Photographs of all scenes were taken with a Nikon digital camera. The memory card was forwarded to the Kansas City Police Crime Laboratory.

All collected items were forwarded to the Kansas City Police Crime Laboratory.

CST. Lutman prepared a diagram of the scene.

CST. Greg VanRyn #13129

LABORATORY USE ONLY
Lab Page #
Exam.
Date

PROPERTY ROOM USE ONLY
Location
Rec'd By
Date Rec'd
Disposition

BIN
BAR CODE

CONTROL
BAR CODE

Approved by _Supr (illegible)_ 13 our    Date _10/6/2003_    Page _5_ of _11_

**KANSAS CITY, MISSOURI POLICE DEPARTMENT**    Supp. CRN _03-095392_
**PHYSICAL EVIDENCE/PROPERTY INVENTORY REPORT**

Type of Offense: ☒ Homicide ☐ Rape ☐ Robbery ☒ Assault ☐ Burglary ☐ Stealing ☐ Auto Theft ☐ Narcotics ☐ Forgery ☐ Other _____

To Be Used As Evidence? ☒ Yes ☐ No / May Property Room Release Or Dispose of Property According To Approved Procedures? ☐ Yes ☒ No

U.S. Currency / Coin To Be Held in Original Form - Do Not Deposit - ☐    To Be Deposited ☐    Authorized by _____

STOLEN PROPERTY ☐ YES ☒ NO    Unit Handling Follow-up Investigation    _HOMICIDE UNIT_

Victim (1) _UNKNOWN BLACK MALE_
_UNKNOWN_
          Last          First          MI  R/S  DOB    Victim (2)    Last          First          MI  R/S  DOB

Suspect (1)          R/S    DOB    Suspect (2)          R/S  DOB    Suspect (3)          R/S    DOB

Location of Recovery _2846 WABASH_                                    (JA)
                    Address                                              County

Vehicle Recovered
From _____
     Year    Make        Color        License Number  State  Year              V.I.N. Number

Recovered
From _____                                    ☐ Victim ☐ Suspect ☐ Finder ☒ Other _SCENE_
     Last          First          MI  Race Sex  DOB

_2846 WABASH_            _KC. MO._                                    ( )
                            Address                              Phone Number
Owner of
Property _____                                              ( )
          Last          First    MI    Address                Phone Number
Person
Arrested _____
          Last                  First              MI    Booking Slip # / GOS # / UTT #  (Circle One)

☒ Firearms and Toolmarks ☐ Chemistry ☐ Trace Evidence ☐ Fingerprints ☐ Documents ☐ Other _____

| ITEM NO. | BAG NO. | NO. OF ARTICLES | NARCOTICS FIELD TEST +/- | DESCRIPTION | SERIAL NUMBER | ESTIMATED VALUE |
|---|---|---|---|---|---|---|
| 1 | 1 | 4 | | SPENT CASINGS '7.62 × 39 WOLF' (PORCH) | | NV |
| 2 | 1 | 1 | | SPENT CASING '7.62 × 39 WOLF' (NEAR STEPS) | | |
| 3 | 1 | 1 | | SPENT CASING '7.62 × 39 WOLF' (ALONG SIDEWALK) | | |
| 4 | 1 | 1 | | SPENT CASING '7.62 × 39 WOLF' (SOUTH OF SIDEWALK) | | |
| 5 | 1 | 1 | | SPENT CASING '7.62 × 39 WOLF' (EAST OF PORCH) | | |
| 6 | 1 | 4 | | SPENT CASINGS '7.62 × 39 WOLF' (EAST YARD) | | |
| 8 | 1 | 1 | | SPENT CASING '7.62 × 39 WOLF' | | |
| | | | | (STREET, JUST EAST OF 2506 E. 29TH ST.) | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total | NV |

Reporting Officer _CST. G. VANRYN_    Serial Number _13129_  Beat Reporting / Unit _CSTS_
                _CST. D. LUTMAN_                      _10775_

Form 236 P.D. (Rev. 01-2002)

Plaintiff 000063

| LABORATORY USE ONLY |
| Lab Page # |
| Exam. |
| Date |

| BIN BAR CODE | CONTROL BAR CODE |

PROPERTY ROOM USE ONLY
Location
Rec'd By
Date Rec'd
Disposition

Approved by _Sevr Cuffm_ 13005    Date _10/6/2003_    Page _6_ of _11_

## KANSAS CITY, MISSOURI POLICE DEPARTMENT    Supp. CRN 03-095392
### PHYSICAL EVIDENCE/PROPERTY INVENTORY REPORT

Type of Offense: ☒Homicide ☐ Rape ☐ Robbery ☐ Assault ☐ Burglary ☐ Stealing ☐ Auto Theft ☐ Narcotics ☐ Forgery ☐ Other _____

To Be Used As Evidence? ☒Yes ☐ No / May Property Room Release Or Dispose of Property According To Approved Procedures? ☐ Yes ☒No

U.S. Currency / Coin To Be Held in Original Form - Do Not Deposit - ☐    To Be Deposited ☐  Authorized by _____

STOLEN PROPERTY ☐ YES ☒NO    Unit Handling Follow-up Investigation _HOMICIDE UNIT_

Victim (1) _UNKNOWN BLACK MALE_
Last _UNKNOWN_ First ___ MI ___ R/S ___ DOB ___    Victim (2) Last ___ First ___ MI ___ R/S ___ DOB ___

Suspect (1) ___ R/S ___ DOB ___    Suspect (2) ___ R/S ___ DOB ___    Suspect (3) ___ R/S ___ DOB ___

Location of Recovery _29TH E WABASH_    (JA) County
Address

Vehicle Recovered From ___
Year ___ Make ___ Color ___ License Number ___ State ___ Year ___ V.I.N. Number ___

Recovered From ___    ☐ Victim ☐ Suspect ☐ Finder ☒Other _SCENE_

_29TH E WABASH_    _KC MO._    ( )
Last ___ First ___ MI ___ Race ___ Sex ___ DOB ___    Address    Phone Number

Owner of Property ___
Last ___ First ___ MI ___ Address ___    ( ) Phone Number

Person Arrested ___
Last ___ First ___ MI ___ Booking Slip # / GOS # / UTT # (Circle One)

☐ Firearms and Toolmarks ☐ Chemistry ☐ Trace Evidence ☒Fingerprints ☐ Documents ☒Other _PHY. EVIDENCE_

| ITEM NO. | BAG NO. | NO. OF ARTICLES | NARCOTICS FIELD TEST +/- | DESCRIPTION | SERIAL NUMBER | ESTIMATED VALUE |
|---|---|---|---|---|---|---|
| 7 | 1 | 1 | | PLASTIC BAGGIE, EMPTY | | NV |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Total | NV |

Reporting Officer _CST. G. VANRYN_    Serial Number _13129_    Beat Reporting / Unit _CSIS_
_CST. D. LUTMAN_    _10775_

Form 236 P.D. (Rev. 01-2002)

Plaintiff 000064
Case 4:23-cv-00278-RK   Document 139-21   Filed 09/09/24   Page 18 of 102

## LABORATORY USE ONLY

Lab Page # _____
Exam. _____
Date _____

## PROPERTY ROOM USE ONLY

Location _____
Rec'd By _____
Date Rec'd _____
Disposition _____

| BIN BAR CODE | CONTROL BAR CODE |
|---|---|

Approved by _Sine Olph Woor_     Date _10/6/2003_     Page _7_ of _11_

### KANSAS CITY, MISSOURI POLICE DEPARTMENT     Supp. CRN _03-095392_
### PHYSICAL EVIDENCE/PROPERTY INVENTORY REPORT

Type of Offense: ☒ Homicide ☐ Rape ☐ Robbery ☒ Assault ☐ Burglary ☐ Stealing ☐ Auto Theft ☐ Narcotics ☐ Forgery ☐ Other ___

To Be Used As Evidence? ☒ Yes ☐ No / May Property Room Release Or Dispose of Property According To Approved Procedures? ☐ Yes ☒ No

U.S. Currency / Coin To Be Held In Original Form - Do Not Deposit - ☐     To Be Deposited ☐     Authorized by ___

| STOLEN PROPERTY ☐ YES ☒ NO | Unit Handling Follow-up Investigation   HOMICIDE UNIT |
|---|---|

Victim (1) _UNKNOWN BLACK MALE_ Last _____ First _____ MI _ R/S _ DOB ___  Victim (2) Last ___ First ___ MI _ R/S _ DOB ___

_UNKNOWN_

Suspect (1) Last ___ R/S _ DOB _  Suspect (2) ___ R/S _ DOB _  Suspect (3) ___ R/S _ DOB _

Location of Recovery _2831 PROSPECT AVENUE_ _____ Address _____ ☒ JA _ County

Vehicle Recovered From ___ Year ___ Make ___ Color ___ License Number ___ State _ Year ___ V.I.N. Number ___

Recovered From _____ ☐ Victim ☐ Suspect ☐ Finder ☒ Other _SCENE_

Last ___ First ___ MI _ Race _ Sex _ DOB ___

_2831 PROSPECT AVE     KC, MO._ ___ Address _____ ( ) _ Phone Number

Owner of Property ___ Last ___ First ___ MI _ Address _____ ( ) _ Phone Number

Person Arrested ___ Last ___ First ___ MI _ Booking Slip # / GOS # / UTT # (Circle One)

☐ Firearms and Toolmarks ☐ Chemistry ☒ Trace Evidence ☐ Fingerprints ☐ Documents ☐ Other

| ITEM NO. | BAG NO. | NO. OF ARTICLES | NARCOTICS FIELD TEST + / - | DESCRIPTION | SERIAL NUMBER | ESTIMATED VALUE |
|---|---|---|---|---|---|---|
| 9 | 1 | 1 | | BLUE JACKET, CUT-UP, W/APP. BLOOD | | NV |
| 10 | 1 | 2 | | BROWN CLOTH GLOVES, W/APP. BLOOD | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | Total | | NV |

Reporting Officer _C.ST. G. VANRYN_     Serial Number _73129_     Beat Reporting / Unit _CSIS_

_C.ST. D. LUTMAN_     _10775_



03-095392
Homicide
Victim: Larry White, black male, 4-17-1979
Address: 2831 Prospect
Drawn by CST Diane A. Lutman, #10775

SCALE: 1" = 40'

2506
E. 29th

2846
Wabash

Sidewalk

Grass

Break Line          B          Break Line

29th Street

60'          100'          100'

176'10"

294'

Sidewalk

2901
Wabash

Victor

Page 8 of 11

Parking Area

9 & 10

152'

Fish Town
2831 Prospect

Parking Area

S I D E W A L K

Wabash          305'          Prospect

Legend

# 7.  Empty plastic baggie located 6'0" west of the west curb of Wabash and 10" south of the north curb of 29th Street
# 8:  Spent casing "7.62 X 39 WOLF" located 1'6'10" east of the east curb of Wabash and 4'6" south of the north curb of 29th Street
# 9:  Blue jacket, cut up and bloody located 40'5" east of the east curb of Prospect and 57' south of the south curb of Victor
# 10:  Brown cloth gloves with apparent blood located 40'5" east of the east curb of Prospect and 57' south of the south curb of Victor

*Diane A Lutman*
*10775*

Plaintiff 000066



03-095392
Homicide
Larry White, black male, 4-17-1979
Address: 2846 Wabash
Drawn by CST Diane A. Lutman, #10775

SCALE: 1" = 10' 0"

0          10' 0"          20' 0"

N
315        0        45
W 270              E 90
225       180       135
S

2846
Wabash

Porch

2846 Wabash

31' 3"

40' 0"

SIDEWALK

GRASS

Wabash

45'

Grill    Grill

Sidewalk

Grass

29th Street

CST Diane Lutman
10225

LEGEND

Item #1:  Four spent casings, "7.62 x 39 WOLF", 1'9" east of the east side of the house and 1'7" south of the south edge of the door.

Item #2:  One spent casing, "7.62 x 39 WOLF", 33'2" west of the west curb of Wabash and 3'3" south of the south edge of the sidewalk

Item #3:  One spent casing, "7.62 x 39 WOLF", 21'8" west of the west curb of Wabash and against south edge of sidewalk

Item #4:  One spent casing, "7.62 x 39 WOLF", 27'7" west of the west curb of Wabash and 9'8" south of the south edge of the sidewalk

Item #5:  One spent casing, "7.62 x 39 WOLF", 34'3" west of the west curb of Wabash and 16'7" south of the south edge of the sidewalk

Item #6:  Four spent casings, "7.62 x 39 WOLF", 27'5" west of the west curb of Wabash and 23'8" south of the south edge of the sidewalk

CST Diane Hulman
1077

Plaintiff 000068

W/u

KANSAS CITY, MISSOURI POLICE DEPARTMENT
**CONSENT TO SEARCH**

Case Report Number  03-095392

Location of Search  2846 WABASH

Date  10-06-03    Time _____

I, hereby, freely and voluntarily give my consent to members of the Kansas City, Missouri Police Department to conduct a search of: 2846 WABASH, KANSAS CITY, MISSOURI

_____

*(Description of Premises or Vehicle)*

and seize any person or property determined by the Kansas City, Missouri Police Department to be relevant to the matter under investigation or any criminal matter for evidence of:

Homicide

*(Crime Being Investigated)*

I further authorize the making of photographs and sketches of the area being searched.

I understand the police department has no search warrant authorizing this search, that I have a constitutional right to refuse permission for them to conduct the search and any evidence found may be used against me in court.

(Signed) *Heather D Shepard-Brown*

Witnesses:

_____

_____

Items Seized:                           Where Seized:

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

                                        (Officer) _____

Form 155 P.D. (Rev. 7-2001)

KANSAS CITY, MISSOURI POLICE DEPARTMENT
**CONSENT TO SEARCH**

Case Report Number _03095392_

Location of Search _2406 E 29th 1E_

Date _10-7-03_ Time _1900_

I, hereby, freely and voluntarily give my consent to members of the Kansas City, Missouri Police Department to conduct a search of: _2406 E 29th Apt. 1E which is a three story brick apartment building with 2406 clearly marked above the apartment_

(Description of Premises or Vehicle)

and seize any person or property determined by the Kansas City, Missouri Police Department to be relevant to the matter under investigation or any criminal matter for evidence of:

_Homicide_

(Crime Being Investigated)

I further authorize the making of photographs and sketches of the area being searched.

I understand the police department has no search warrant authorizing this search, that I have a constitutional right to refuse permission for them to conduct the search and any evidence found may be used against me in court.

(Signed) _Jennifer Newton_

Witnesses:

_Det. Amy Will #4723_

| Items Seized: | Where Seized: |
|---|---|
| _Photographs of the apart_ | _Interior/Exterior Apartment/Item Seized_ |
| _MAC 90 Rifle_ | _Kitchen Freezer_ |
| _Green Towel_ | _Kitchen Freezer_ |
| _1 rifle magazine/rounds_ | _Kitchen Freezer_ |
| _2 Boxes 32 Auto / 1 Box 223_ | _Kitchen drawer_ |
| _1 Box 4mm 2 shotgun shells_ | _"_ |
| _5 7.62 rounds plastic bags_ | _"_ |
| _US Currency $464.00_ | _Under kitchen sink_ |

(Officer) _Det. Amy Will #4723_

Form 155 P.D. (Rev. 7-2001)

_03-095392 15/15_

Plaintiff 000095

SUPP Case #   03095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>V: LARRY E. WHITE, B/M, 04-17-70<br><br>OCC: 10-06-03, 2050 HOURS, 2831 PROSPECT | EXECUTION OF A SEARCH WARRANT/CONSENT TO SEARCH |

| Report By: *Aw*<br>DET. AVERY WILLIAMSON #4723 | Assignment:<br>HOMICIDE UNIT | Date:<br>10-08-03 | Page 1 of<br>1 Pages |
|---|---|---|---|

On 10-07-03 at approximately 1600 hours, Detective Blehm obtained a search warrant for 2404 E. 29th 1W in regard to the above captioned case. Detectives from the 1010 Homicide Unit met with Tactical Response Team 610 and 620 at Central Patrol Division in regard to executing the search warrant. After the meeting Tactical Response Team 610 and 620 executed the warrant and secured the residence. For additional information on the execution of the warrant see the report prepared by P.O. Clark R# 621.

While entering the apartment complex I observed the front doors of 2404 E. 29th Apartment 1W and 2406 E. 29th Apartment 1E to be open. It appeared that 2406 E. 29th Apartment 1E was vacant. Detective Morgan made phone contact with Jennifer R. Martin (B/F, 09-27-72, 8825 N. Congress Kansas City, Mo. phone number 678-3080) who is the owner of the apartment complex and she responded to the scene. I made contact with Martin upon her arrival to the scene. Martin advised that apartment 1E was vacant and the listed subject signed a Consent To Search Form 155 P.D. for 2406 E. 29th Apartment 1E.

While processing 2404 E. 29th Apartment 1W one Missouri ID with the name of Susan R. Kingsley, W/F, 06-11-85, and one Kansas ID with the name of Jordon M. Bluhm, W/M, 09-19-89, were photographed and recovered from an end table in the living room. A white tube with mesh on one end and burnt residue on the other end, believed to be a crack pipe, was photographed and recovered from the couch in the living room. One Wolf 7.62 x 39 rifle round was located in a black bag in the living room closet and both of those items were photographed and recovered. One .380 magazine with 7 ACP Wolf .380 rounds were photographed and recovered from the same closet. One Winchester 12 gauge shotgun shell and one .223 PMC rifle round were photographed and recovered from the same closet. Court paper work containing the name Gary Kitchen was photographed and recovered from an entertainment system in the living room. Also, one gun cleaning kit was photographed recovered from the living room. The kitchen table contained a cigar box with four unknown pistol rounds in the cigar box and those rounds were photographed and recovered. An empty box of Wolf 7.62 x 39 rifle rounds and one .380 spent casing was photographed and recovered in the back yard of apartment 1W.

While searching 2406 E. 29th Apartment 1E, Detective Morris located a MAC 90 assault rifle (serial # 28252) and a rifle magazine in the freezer in the kitchen. The rifle had been wrapped in a green towel. These items were photographed and recovered. One box of .223 ammunition, two boxes of .32 caliber ammunition, two Winchester 12 gauge shotgun shells, three 7.62 x 39 Wolf rifle rounds, and numerous small baggies were found in a kitchen drawer wrapped in a plastic bag. These items were photographed and recovered. Four hundred sixty-four dollars in U.S. currency was located under the kitchen sink and it was photographed and recovered.

Supervisor _____     File Page #_____
Form 107 P.D. (10-80)

Plaintiff 000097

Crime Scene Technician VanRyn R# 1234 responded to the scene for processing and recovery of the above listed items.

File Page #_____

Plaintiff 000098

Case 4:23-cv-00278-RK   Document 139-21   Filed 09/09/24   Page 26 of 102

03- 449

<u>SEARCH WARRANT</u>     SUPP CRN 03095392

STATE OF MISSOURI   )
                    ) ss
COUNTY OF JACKSON)

In the Court of  Jackson County, Missouri

<u>THE  STATE OF MISSOURI TO ANY PEACE OFFICER IN THE STATE OF MISSOURI:</u>

WHEREAS, on this 7th day of October, 2003 Application for Issuance of a Search Warrant and affidavit(s) in writing, duly verified by oath or affirmation, has been filed with the undersigned Judge of this Court, stated that heretofore the following described property is subject to seizure, to-wit:

Firearms, Bullets, Projectiles, Spent Casings, Bloody Clothes, Photographs, Illegal Narcotics, U.S. Currency, Documents, Cellular Phones with contained Electronic Information, Pagers, Electronic Caller I.D. Information, Trace Evidence including but not limited to Blood, Hair, Latent Fingerprints, Fibers.

And it further appears that there is PROBABLE CAUSE to believe that said property subject to seizure is being kept or held in this county and state on the following person, place  or thing, to-wit:

2404 E. 29th Street Apt. #1W, Kansas City, Jackson County, Missouri.  2404 E.29th Street is a 3-story multi-unit apartment building constructed of red brick and large wood yellow columns.  The building is on the north side of 29th street and faces south.  Apartment 1W is located on the first floor of the complex and occupies the southwest corner of 2404 E. 29th Street.  The front door of apartment 1W faces east and just inside the main front door to the complex.  The numbers 2404 are clearly marked in gold colored numbers just west of the main complex door.

NOW THEREFORE, IN THE NAME OF THE STATE OF MISSOURI, I Command that you search the person, place or thing above described within 10 days after filing of the Application for issuance of this Warrant, by day or night, as soon as practicable, and to take with you, if need be, the power of your county, and, if said above described property, or any part thereof, be found on said person, place or thing, that said property be seized or photographed, or copied and returned, or the photograph or copy, be brought to the Judge, who issued the Warrant to be dealt with accordingly to law.  That you make a complete and accurate inventory of the property so taken by you in the presence of the person from whose possession the same is taken, if that be possible, and to give to such person a Receipt for such property, together with a copy of the Warrant, or if no person can be found in possession of said property, leaving said Receipt and copy of said Warrant at the sight of the search.  After execution of the Search Warrant, the Warrant with a Return thereon, signed by the officer making the search, shall be delivered to the Judge who issued the Warrant, together with an itemized Receipt for said property taken.

WITNESS my hand and the SEAL of this Court on this
7th day of October, 2003 at the hour of  4:35 AM/PM

_____
JUDGE
COUNTY OF Jackson, STATE OF MISSOURI

Plaintiff 000099

*O 2*

AFFIDAVIT / APPLICATION FOR SEARCH WARRANT    SUPP CRN 03095392

STATE OF MISSOURI )
)    ss
COUNTY OF JACKSON)

I, Det. Robert D. Blehm affiant and applicant herein, being duly sworn, appears now before the undersigned Judge authorized to issue Warrants in criminal cases and makes this Affidavit and Application in support of the issuance of a Search Warrant, to Search the following described person, place or thing:

2404 E. 29th Street Apt. #1W, Kansas City, Jackson County, Missouri. 2404 E.29th Street is a 3-story multi-unit apartment building constructed of red brick and large wood yellow columns. The building is on the north side of 29th street and faces south. Apartment 1W is located on the first floor of the complex and occupies the southwest corner of 2404 E. 29th Street. The front door of apartment 1W faces east and is just inside the main front door to the complex. The numbers 2404 are clearly marked in gold colored numbers just west of the main complex door.

And to there search for and seize, photograph or copy, and make return thereof, according to law, the following property or things:

Firearms, Bullets, Projectiles, Spent Casings, Bloody Clothes, Photographs, Illegal Narcotics, U.S. Currency, Documents, Cellular Phones with contained Electronic Information, Pagers, Electronic Caller I.D. Information, Trace Evidence including but not limited to Blood, Hair, Latent Fingerprints, Fibers.

Affiant and Applicant being duly sworn deposes and states that he has Probable Cause to believe that the above listed property to be searched for and seized, photographed or copied, is now located upon said described person place or thing based upon the following facts, to-wit: (and additional sheet(s) if needed)

On 10-06-03 at approximately 2050 hrs., Officers of The Kansas City Missouri Police Department were dispatched to 2831 Prospect, Kansas City, Jackson County, Missouri on a reported shooting. Upon arrival they located LARRY E. WHITE, B/M, 04-17-79 lying on the ground suffering from numerous apparent gunshot wounds. WHITE was transported to an area hospital where shortly after arriving he was pronounced dead. Homicide Detectives were then called to the scene to investigate.

On 10-07-03 at approximately 0900 hrs., Dr. Thomas Gill (Deputy Jackson County Medical Examiner) conducted an autopsy on WHITE and ruled his death a Homicide.

On 10-07-03 at 1100 hrs., Detectives were contacted by RONALD J. WHITE, B/M, 11-15-57 (who identified himself as the uncle of the LARRY WHITE). WHITE stated that on 10-07-03 between 0300-0400 hrs., he was at 2404 E. 29th Street outside of apartment 1W. He advised he frequents apartment 1W to purchase cocaine from an older B/M he knows only as "O.G." WHITE stated that while he was there "O.G." was talking to an unknown group of people about the shooting that had occurred earlier in the morning. WHITE advised that "O.G." bragged to the group about the shooting and stated, "I blasted that Nigga all the way to Prospect and then capped his ass!" It should be noted that "O.G." does not know that RONALD WHITE is related to LARRY WHITE. WHITE also stated that O.G. lives in apartment 1W by himself and sells cocaine from that address. He further advised that "O.G." is always armed and has several weapons in apartment 1W.

Plaintiff 000100

On 10-07-03 Detectives received information that "O.G." drives a purple/maroon Ford, Mustang that he parks in front of apartment 1W. Detectives responded to 2404 E. 29th Street and observed a purple/maroon Ford, Mustang parked in front 2404 E. 29th Street Apt. #1W. Detectives also noted an unknown B/M to be "working" n the vehicle. Detectives contacted the unknown B/M and obtained his identification. The B/M was identified as ARNOLD G. CARR JR., B/M, 02-06-53. While speaking to CARR he advised detectives that he lives alone at 2404 E. 29th Street Apt. #1W. He further advised that occasionally some of his relatives stay with him. A picture of CARR was obtained and subsequently shown to RONALD J. WHITE. WHITE identified the picture of CARR as the person he knows as "O.G." and the person who bragged about killing LARRY WHITE.

_____       DET. _____ D. ___ #4104
Assistant Prosecutor                Affiant and Applicant

Subscribed and Sworn to me this _____7th_____ Day of _____October_____, _2003_.

at the hour of __4:25__ (AM/PM)

_____
JUDGE

03-449

<u>RETURN / RECEIPT FOR SEARCH WARRANT</u>      SUPP CRN 03095392

I, Robert D. Blehm, being a peace officer in and for the county of Jackson, State of Missouri, do hereby make Return / Receipt of the attached Warrant as follows:

That on the 7th day of October, 2003, and within 10 days after filing of the Application for Issuance of Search Warrant, I went to the person, place or thing described in said Warrant and searched the same for the property described, and that upon said person, place or thing I discovered the following property described in said Warrant which I then and there took into my possession: (list property taken)

1) 1 Missouri ID  1 KS ID

2) 1 7.62 x39 round  and black case

3) Gun cleaning kit

4) 4 38 cal rounds

5) 380 magazine w/ seven ACP Wolf rounds

6) 12 Winchester shotgun shell

7) 223 PMC round

8) Gary Kitchen paperwork

9) Plastic tube believed to be a crack pipe

10)

that I made this inventory in the presence of (possessor) the person from whose possession I took said property; that the owner of said property is        (that there was no person present from whose possession said property was taken;) that I delivered to said possessor and/or owner a Receipt for the property taken, together with a copy of this warrant (that, there being no person in possession of said property present on said premises, I left a copy of this Warrant with a Receipt for the property taken, in a conspicuous place on said premises); that I have now placed said property so taken in the possession of the Court that issued said Search Warrant.

Det. Amy Wise 4723
PEACE OFFICER

Subscribed and Sworn before me this 9th day of October, 2003

CLERK OF THE CIRCUIT COURT

Plaintiff 000102

Supp. Case # __03-095392__

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>V #1- LARRY E. WHITE B/M 04-17-79<br><br>OCC: 10-06-03, 2050 HOURS, 2831 PROSPECT | WITNESS STATEMENT<br><br>MARVA D. GRAY B/F 03-10-69<br>3926 GARFIELD<br>KANSAS CITY, MO.<br>PH. #924-3617 |

| Report By:<br>DET. MORGAN #4138   *SAM #4138* | Assignment:<br>HOMICIDE | Date:<br>10-09-03 | Page 1 of<br>1 Pages |
|---|---|---|---|

On 10-06-03 at approximately 2245 hours, the reporting detective along with other members of the 1010 Homicide Squad responded to the area of 29th and Prospect in regards to a homicide.

Upon arrival, contact was made with Sgt. Niemeier of the 1010 Homicide Squad who advised that there were three witnesses to the shooting and that they were all detained at the scene. Contact was then made with Marva Gray b/f 03-10-69 who advised she was working inside the Fish Town fast food store located at 2831 Prospect when the shooting occurred. Marva was escorted to Police Headquarters at 1125 Locust and interviewed regarding the shooting and gave a three page typed statement that she reviewed and signed as the truth.

Supervisor _____

File Page # _____

Form 107 P.D. (10-80)

Plaintiff 000162

## STATEMENT

STATEMENT OF MARVA GRAY TAKEN AT THE OFFICES OF THE VIOLENT CRIMES DIVISION BY DETECTIVE STEVE MORGAN ON THIS 7TH DAY OF OCTOBER, 2003, AT 0100 HOURS.

MY NAME IS MARVA D. GRAY, I AM 34 YEARS OF AGE, HAVING BEEN BORN IN SEDALIA, MO ON 03-10-1969. I LIVE AT 3926 GARFIELD, KCMO 64130, PHONE NUMBER 816-924-3617.

Q. Ms. Gray, on 10-06-2003, at approximately 8:45 p.m., did you happen to be in the area of 29th and Prospect?

A. Yes.

Q. What were you doing at that location at that time?

A. Working at Fish Town, located at 2831 Prospect.

Q. What is your job at Fish Town?

A. Cashier.

Q. Was anybody else working inside the store with you at approximately that time?

A. Yes, Mr. Bill.

Q. Were there any customers in the store at that time?

A. No.

Q. Did you happen to hear sounds of gunfire coming from outside the store at approximately that time?

A. Yes, two.

Q. What did you do upon hearing the gunfire?

A. I started to go out the door, but I went back and got a food order.

Q. Describe to me in your own words what occurred after you heard the gunfire?

A. I was going to the door to give this lady her order, but then I went back and waived her in. Then the lady came in and I went back around the counter and then I gave the lady her food

Form 277 P.D. (2-79)

*M. D. G.*

Plaintiff 000163

and that's when I heard another gunfire and that's when the lady turned around and grabbed her chest. The lady gasped and I said, "What happened?" Then I ran around there and then I locked the door and told the lady's man to come inside and the lady's man was pointing and telling us to look over there. Then I told that man to come in and I locked the door and then I told the lady to go and the lady and her man left. I was already on the phone with 911 and I told them a man just got shot and then I called my boss.

Q. At any point and time did you see anybody standing outside with a gun?
A. No, there wasn't anybody out there and there was no cars going up and down the street.

Q. How much time had elapsed from the time you heard the first gunshots and the time you heard the second set of gunshots?
A. Probably about 8 minutes.

Q. What kind of car was the lady and the man in that were picking up their order when the shooting happened?
A. A small burgundy car.

Q. Did you recognize the lady or the man?
A. No.

Q. Did another customer arrive after the shooting occurred to pick up some food?
A. Yes, but I don't know what he was driving because I went behind the counter.

Q. Did you get a good look at the victim?
A. No because his face was down in the ground.

Q. Did you ever touch the victim in any way?
A. No.

TMS/mg

Form 277 P.D. (2-79)

M.D.G.

Plaintiff 000164

Q.    After the shooting happened did you hear anybody talking about what happened outside?

A.    No, me and Mr. Bill just told this other boss of ours.

Q.    Do you think there was any way that Mr. Brown could have seen what was going on outside from behind the counter?

A.    No. We can see a little bit straight ahead through the small window facing Victor, but we can't see Prospect because of the walls.

Q.    Do you think there's any way that the lady in the small burgundy car that was picking up her order could have seen the shooting?

A.    No because the guy that got shot was on the ground a little ways over by the back of their car.

Q.    Do you know of anyone else who might have witnessed this?

A.    No.

Q.    Is there anything else that you wish to add to this statement?

A.    No.

Q.    Will you read and sign this statement?

A.    Yes, I have read the above statement which consists of 3 page(s). I understand it and I am signing it because it is the truth.

SIGNED *Marva D Gray*    WITNESS *Det. Steve Mayer #4138*

WITNESS _____

Form 277 P.D. (2-79)

Plaintiff 000165

Supp. Case #   03-095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>V #1- LARRY E. WHITE B/M 04-17-79<br><br>OCC: 10-06-03, 2050 HOURS, 2831 PROSPECT | WITNESS STATEMENT<br><br>WILLIAM E. BROWN B/M 01-01-38<br>5824 BOOTH<br>KANSAS CITY, MO.<br>PH. #743-0277 |

| Report By:<br>DET. MORGAN #4138  *SRM # 4138* | Assignment:<br>HOMICIDE | Date:<br>10-09-03 | Page 1 of<br>1 Pages |

On 10-06-03 at approximately 2245 hours, the reporting detective along with other members of the 1010 Homicide Squad responded to the area of 29th and Prospect in regard to a homicide.

Upon arrival, contact was made with Sgt. Niemeier of the 1010 Homicide Squad who advised that there were three witnesses to the shooting and that they were all detained at the scene. Contact was then made with William Brown b/m 01-01-38 who advised he was working inside the Fish Town fast food store located at 2831 Prospect when the shooting occurred. William was escorted to Police Headquarters at 1125 Locust and interviewed regarding the shooting and gave a three page typed statement that he reviewed and signed as the truth.



Supervisor _____

File Page #_____

Form 107 P.D. (10-80)

STATEMENT OF WILLIAM EDWARD BROWN TAKEN AT THE OFFICES OF THE VIOLENT CRIMES DIVISION BY DETECTIVE STEVE MORGAN ON THIS 7TH DAY OF OCTOBER, 2003, AT 0015 HOURS.

MY NAME IS WILLIAM EDWARD BROWN, I AM 65 YEARS OF AGE, HAVING BEEN BORN IN KANSAS CITY, MO ON 01-01-1938. I LIVE AT 5824 BOOTH AVE., KCMO 64129, PHONE NUMBER 816-743-0277.

Q.  Mr. Brown, on 10-06-2003, at approximately 8:45 p.m., did you happen to be in the area of 29th and Prospect?

A.  Yeah.

Q.  What were you doing at that location?

A.  Working at Fish Town, located at 2831 Prospect, I'm the cook.

Q.  Was there anyone else inside the store while you were working?

A.  The cashier Marva.

Q.  Do you know her last name?

A.  No.

Q.  Can you recall if there were any customers inside the store at approximately 8:45 p.m., when you heard the shots?

A.  I don't know cause I was in the back cooking.

Q.  Did you hear sounds of gunfire coming from outside the store at approximately 8:45 p.m.?

A.  I heard two gunshots.

Q.  Did the gunshots sound as if they were coming from directly outside the store or far away?

A.  Sounded like it was right outside.

W. E. B

TMS/wb

Form 277 P.D. (2-79)

Plaintiff 000167

Q.    Tell me in your own words what occurred after you heard the gunshots?

A.    After I heard the gunshots, the cashier said, "Did you hear that?" I said, "Yeah, I heard it." I kept on working and she went outside first and hollered out to me, "There's a man out here on the ground and blood running out from him." I said, "You kiddin'." She said, "No, I'm not kiddin'." That's when I came from the back and went out to the front door and sure enough there was a man out there and I said, "OH my God, he's been shot." Then I hollered and told her to call 911. She called 911 and then she got on the phone and was telling them what happened and that we needed a policeman out there that there was a man outside that had been shot. I don't know what they said to her, but about 10 – 15 minutes later a policeman showed up. A white police car showed up and everybody was pointing and telling him where the body was. That's when they pulled into the lot and one of the policemen came inside and was asking what happened. Then the ambulance came and the fire truck came.

Q.    Did anyone come inside the store besides the police after the shooting happened?

A.    A woman came in and picked up her order and paid for her food and went back out and got in her beige SUV and drove off.

Q.    How long after the shooting occurred, did the woman in the beige SUV come in and pick up her order?

A.    She came just a little bit before the cops got there.

Q.    Could you tell if the woman in the beige SUV came by herself?

A.    There was a man sitting on the passenger side of the car.

Q.    Can you describe what the woman looked like in the beige SUV?

A.    No I couldn't. I just caught a glimpse of her when she came in and went out. I didn't pay too much attention to her really.

Q.    How long do you think the woman in the beige SUV was there from the time she came in to pick up her food until the time she left?

A.    No longer than to pick up her food and pay for it.



Form 277 P.D. (2-79)

Plaintiff 000168

Q. Do you believe the woman in the beige SUV had anything to do with the shooting?
A. I don't think so.

Q. Did either you or the cashier go out and check on the victim to see if he was Ok?
A. I didn't and I didn't see her go out either. I didn't know if anyone was going to come back shooting or not.

Q. At any point and time did you hear any argument or possible fight occurring just outside the store?
A. No.

Q. At any point and time after the shooting did you hear the clerk or any other party talk about the shooting as if somebody knew who might have done it?
A. No.

Q. Did you ever hear anybody say they witnessed who possibly shot the victim?
A. No.

Q. Do you think it's possible that the cashier actually witnessed the shooting?
A. No.

Q. Is there anything else that you wish to add to this statement?
A. No.

Q. Will you read and sign this statement?
A. Yes, I have read the above statement which consists of 3 page(s). I understand it and I am signing it because it is the truth.

SIGNED _William E. Brown Jr_ WITNESS _Det. Steve Wilson #4188_

WITNESS _____

Form 277 P.D. (2-79)

Plaintiff 000169

SUPP Case #   03095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>V:  LARRY E. WHITE, B/M, 04-17-79<br><br>OCC:  10-06-03, 2050 HOURS, 2831<br>       PROSPECT | INTERVIEW<br><br>ELVIN J. SHELTON, B/M, 02-25-58<br>4809 E. 31ST KANSAS CITY, MO. 64130<br>NO PHONE |

| Report By: *Aw*<br>DET. AVERY WILLIAMSON  #4723 | Assignment:<br>HOMICIDE UNIT | Date:<br>10-09-03 | Page 1 of<br>1 Pages |
|---|---|---|---|

On 10-09-03 at approximately 0830 hours, Detective Pelter of the Drug Enforcement Unit contacted the Homicide Unit in regard to the listed subject.  Detective Pelter was questioning the listed subject in regard to a narcotics case.  The listed subject advised Detective Pelter that he had information in regard to the above captioned incident.  The listed subject was placed in interrogation room #3 where I made contact with him.

The listed subject stated on 10-08-03 at approximately 2130 hours he was at 29th and Prospect when he came into contact with a cousin of the listed victim known as "Red".  The listed subject stated they began to talk about the listed victim when "Red" stated "I was serving with Larry when they shot him".  The listed subject stated "Red" was talking about "Tre" and "O.G." shooting the listed victim.  The listed subject stated the shooting was over Larry selling narcotics in the area of 29th Street after being warned to leave the area.  The listed subject stated "Tre" is a black male that drives a black Chevrolet Caprice, is about thirty-five years old, 5'11, 240, and has a patch over his left eye.  The listed subject also stated "O.G." runs the narcotics business in the area of 29th Street from Brooklyn to Prospect.  The listed subject stated "O.G." has several people working for him and "Tre" used to sell narcotics in the area of 39th and Prospect but "Tre" now works with "O.G." on 29th Street.

Shelton

Supervisor _____     File Page #_____
Form 107 P.D. (10-80)

Plaintiff 000171

SUPP Case #  03095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>V: LARRY E. WHITE, B/M, 04-17-79<br><br>OCC: 10-06-03, 2050 HOURS,<br>      2831 PROSPECT | INTERVIEW<br><br>RONALD J. WHITE JR., B/M, 02-26-83<br>5315 BLUE PARKWAY KANSAS CITY, MO.<br>861-6637 |

| Report By: *Aw*<br>DET. AVERY WILLIAMSON #4723 | Assignment:<br>HOMICIDE UNIT | Date:<br>10-13-03 | Page 1 of<br>1 Pages |
|---|---|---|---|

On 10-13-03 at approximately 0900 hours, Detective Morgan and I responded to 5315 Blue Parkway and made contact with White.  White came voluntarily to 1125 Locust, Police Headquarters, to give a statement in regard to the above captioned incident.  White was placed in Interview Room #1 where Detective Blehm and I interviewed him.

White stated on 10-06-03 in the evening he drove to 3009 Montgall to his grandmother's house.  White stated he observed the listed victim standing on the corner of 30th and Prospect.  White stated he and the victim are cousins.  White stated he approached the victim and the victim asked White where he could buy a wet stick (referring to a cigarette dipped in PCP).  White stated the victim told him he was going to walk to the apartments at 29th and Olive Avenue to sell some narcotics.  White stated he did not see the victim again until after the shooting.

White stated he and the victim grew up in the same neighborhood together and had been selling narcotics together for the last year.  White stated a group of people had moved into the apartment at 2404 E. 29th apartment 1W about six months ago and started to take over the narcotics business.  White stated O.G. (identified as Arnold G. Carr, B/M, 02-06-53) had warned the victim about selling narcotics on the block about one week prior to the shooting.  White stated he was with the victim when a B/M, with a patch on his eye, and pock marks on his face threatened to shoot the victim if he did not stop selling narcotics in the area.  White was shown a picture of Keith L. Carnes, B/M, 03-07-70, a.k.a. Tre, and White stated he was the person threatening the victim.  White stated "June Bug" told him there were two people shooting the night of the murder.   White was shown a picture of Alton R. Shaw, B/M, 01-29-75, and the White identified him as "June Bug".

Supervisor _____

File Page #_____

Form 107 P.D. (10-80)

Plaintiff 000181

SUPP Case # 03095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>V: LARRY E. WHITE, B/M, 04-17-79<br><br>OCC: 10-06-03, 2050 HOURS, 2831<br>    PROSPECT | INTERVIEW / RECOVERED PROPERTY<br><br>WENDY L. LOCKETT, B/F, 03-08-64<br>5707 E. 17TH KANSAS CITY, MO.<br>NO PHONE |

| Report By:<br>DET. AVERY WILLIAMSON  #4723 | Assignment:<br>HOMICIDE UNIT | Date:<br>10-15-03 | Page 1 of<br>1 Pages |
|---|---|---|---|

On 10-14-03 at approximately 0800 hours, P.O. Huth and P.O. Begley voluntarily transported the listed subject to Police Headquarters, 1125 Locust.  The listed subject was placed in Interview Room #1.

The listed subject stated she was a witness to the above captioned incident.  The listed subject provided a two page typewritten statement in regard to the incident.  See statement for further information.

The photo line-up was recovered and placed in the Property Box located in the Violent Crimes Unit at no value.

Supervisor _____     File Page #_____
Form 107 P.D. (10-80)

Plaintiff 000183

### STATEMENT

STATEMENT OF WENDY LOCKETT TAKEN AT THE OFFICES OF THE VIOLENT CRIMES DIVISION BY DETECTIVE WILLIAMSON ON THIS 14TH DAY OF OCTOBER, 2003, AT 0910 HOURS.

MY NAME IS WENDY LOCKETT, I AM 39 YEARS OF AGE, HAVING BEEN BORN IN KANSAS CITY, MO ON 3/8/64. I LIVE AT 5707 E. 17TH, PHONE NUMBER NO PHONE.

Q. On 10/6/03 in the evening hours, were you in the area of 29th and Olive?
A. Yes.

Q. What did you observe when you were in the area of 29th and Olive?
A. I observed a confrontation between Larry and Tre. Tre went in the house and came back out with a gun and started shooting at Larry. Larry ran up the street. Tre chased him. When Larry collapsed at the fish town parking lot, Tre walked up to him and shot him in the head.

Q. Where was Larry standing when the argument between him and Tre began?
A. On 29th and Olive.

Q. What was Larry doing at 29th and Olive?
A. Selling drugs.

Q. What was the argument about between Larry and Tre?
A. Tre told Larry that he couldn't sell no dope on the corner.

Q. When Tre came out of the apartment, did he have anything in his hands?
A. Yes. He had a gun.

Q. What did the gun look like?
A. It was one of them long things with a banana clip like.

Q. What was Tre wearing when he came out of the apartment?
A. Black jeans, gold and black shirt under a black hoody. He had his patch on his eye.

Q. Did Tre make any statements when he exited the apartment?
A. Yeah. He said "You gonna die motherfucker," to Larry.

Q. Where were you standing at?
A. On the corner of 29th and Olive. Me, Larry and another person.

Q. Who is the other person with you?
A. Felisha, I think her last name is Johnson, and Red.

Form 277 P.D. (2-79)

Plaintiff 000184

Q.   Was there anyone else with Tre when the shooting occurred?
A.   Fuzzy and Debo.
     NOTE:  Ms. Lockett was shown a picture of Damon Rhodes, b/m, 5/14/75 and she identified
     him as Debo.  Ms. Lockett was shown a picture of Mitchell Powell, b/m, 11/25/70 and she
     identified him as Fuzzy.

Q.   Did Fuzzy and Debo have any weapons?
A.   All of them had guns.

Q.   Did Fuzzy and Debo shoot at Larry?
A.   I never saw them shoot.

Q.   When Tre begins to chase Larry, where did they run to?
A.   Up 29th up the alley across the church parking lot.

Q.   I'm showing you a photo line-up which consists of six black males with similar features.  Do
     you recognize anyone?
A.   #5 is Tre.
     NOTE:  The #5 photograph is of Keith Carnes, b/m, 3/7/70.  Ms. Lockett initialed and dated the
     back of the photograph.

Q.   Is there anything else that you wish to add to this statement?
A.   No.

Q.   Will you read and sign this statement?
A.   Yes, I have read the above statement which consists of 2 page(s).  I understand it and I am
     signing it because it is the truth.

SIGNED  _Wendy L Lockett_   WITNESS _Det. Amy White_ , 4723

                            WITNESS _____

Form 277 P.D. (2-79)

Plaintiff 000185

# WANTED/CANCELLATION NOTICE
## KANSAS CITY, MISSOURI POLICE DEPARTMENT

Date of Report _10-16-03_ Time _0930_ Case Number _0309 5392_

PURPOSE:
_____ To issue (arrest want) (attempt to locate).
_X_ To cancel (arrest want) (attempt to locate).
_____ (Arrest) (Information) want from outside agency.

_____ To post (arrest want) (attempt to locate) (information want) in files.
_____ To cancel (arrest want) (attempt to locate) (information want) in files.

Disseminate to:
K.C.P.D. _X_ METRO AREA _____ NATIONWIDE _____ N.C.I.C. Entry# _____

Outside agency making want request _____
Date _____ Agency file number _____
NATURE OF WANT _Questioning Advisory_
(Offense description, information interview, attempt to locate.)

Name _Wendy L. Lockett_ Alias _____
K.C.P.D.# _____ F.B.I.# _____ S.S.N. _496 76 2504_ FPC _____
Race _B_ Sex _F_ Age _____ DOB _3-8-64_ State of Birth _MO_
Height _6'0_ Weight _170_ Hair _bk_ Eyes _br_ Build _med_
Scars, deformities, etc. _____
Mental _____ Suicidal _____ Dangerous _____ Resist Arrest _____
Armed _____ Weapon Description _____
Relative or _____ Address _____
Associates _____ Address _____
Known to frequent _____
Remarks _____

Color

PAGE 1
LAST PAGE

```
MR.KHML 00017 09.37 10/16/03   ALRT.
PLEASE CANCEL THE QUESTIONING ADVISORY FOR HOMICIDE FOR WENDY L. LOC
KETT, B/F, 03-08-64, SS 496762504, 600, 170 LBS ON CRN 03095392. LOCKETT
HAS CONTACTED US IN REGARD TO THE CASE.
SENDING AGENCY: KCMO-PD OPERATOR: DET. WILLIAMSON EOMR
```

Remarks _____

Warrant Issued _____ Jurisdiction will extradite _____
(Type) (Yes - No - Unknown)

Message number _____ Operator _____ Date _____ Time _____
(Issued or received) (Issued or received)

This report cancels messages numbered _____

Reason for cancellation _subject questioned in regard to this case_

Requesting Unit _Homicide Unit_
Name of person making request _Det. Williamson_

Person to contact if apprehension is made _____

Form 42 P.D. (Rev. 5-68)

Plaintiff 000186

STATEMENT OF FELICIA JONES TAKEN AT THE OFFICES OF THE VIOLENT CRIMES DIVISION BY DETECTIVE STEVEN MORGAN ON THIS 14TH DAY OF OCTOBER, 2003, AT 1635 HOURS.

MY NAME IS FELICIA JONES, I AM 34 YEARS OF AGE, HAVING BEEN BORN IN ST. LOUIS, MO., ON 4-26-69. I LIVE AT 2838 PARK, PHONE NUMBER NONE.

Q.   On 10-6-03 at approximately 8:45 in the evening did you happen to be in the area of 29th and Wabash?

A.   Yes.

Q.   What were you doing in that area?

A.   I went up to Reggie's and them to see if I could get fronted some dope cause I brought them so much money in the past. Basically they just dissed me.

Q.   While you were at Reggie's did you over hear a conversation between Reggie and the boys in the apartment?

A.   Yes. They had woke Reggie up, apparently they had woke him up before I got there cause he was on the couch, and he just said, "Make him disappear."

Q.   When you heard that statement did you believe that he was talking about the kid on the corner selling?

A.   I didn't know who he was talking about at first but then when I went outside they had to be talking about the kid selling on the corner.

Q.   Was there anything else said by the occupants of the apartment before you walked away?

A.   Yes. They told the girls to get out of here, we'll talk to you later, and Stephanie and them jumped in the van and left.

Q.   After you left the apartment complex tell me what you observed happen on the street out in front of the apartment?

A.   In front of the apartment I saw Puffy standing out in front of the apartment with a brown hood like a sweat suit shirt jacket on with both of his hands in his pocket. Tray went across the

Form 277 P.D. (2-79)

street to his car and pulled out guns. Then they started walking slowly towards the east going towards Prospect. I was telling my home-girl Delisa, I said, "If that boy knew what he was doing he would get off the corner." Then I started telling her how they had dissed me earlier and how they be acting a fool. That's when a trick pulled up and went up the street and I followed him. I followed him fast cause that's when the gunshots started like, "Pow. Pow. Pow." Me and Delisa tried to jump in the car but he wouldn't let Delisa in and then when I looked back and I saw Tray on the porch of the house at the corner of 29th and Wabash shooting at the dope dealer that was selling on the corner. He was running towards Fish Town. I saw Puffy standing in front of the apartment shooting at the same kid who was selling on the corner running towards Fish Town. I got in the car and left with the trick.

Q.   Describe what the car looked like that Tray got the guns out of?

A.   It's a black old school car. It has clear windows to it and fancy gold wheels.

Q.   How many guns did Tray get out of the car?

A.   I know it was more then one cause he had two guns in his hands.

Q.   When you saw Tray shooting at the kid can you describe what that gun looked like?

A.   No. I was in a car moving. All I saw was the little fire sparks coming from the gun that Tray was holding.

Q.   Do you know what kind of gun Puffy had?

A.   No, but it looked like it had something on the end of it and it sounded like a paint gun.

Q.   Do you know how many shots were fired by Tray?

A.   No.

Q.   Do you know how many shots were fried by Puffy?

A.   It couldn't have been much because we didn't get all the way up to the stop sign and I didn't see Puffy no more.

CC

Form 277 P.D. (2-79)

F M J

Plaintiff 000189

Q.    Once the shooting started did anyone else come out of the apartment building?

A.    I don't know.

Q.    Did you actually see the victim make it to Fish Town?

A.    No.  I did not see him make it to Fish Town cause I got in the car and took off and I was going southbound.

Q.    I'm now showing you a photo line-up consisting of six black males.  Do you recognize anyone?

A.    Yes, number 2.  That's the person I know as Puffy.

NOTE: Ms. Jones identified Mitchell Powell, B/M, 11-25-70.  She initialed and dated the back of the photograph.

Q.    I'm now showing you another photo line-up consisting of six black males.  Do you recognize anyone?

A.    Yes, number 2.  That's Tray.

NOTE: Ms. Jones identified Keith L. Carnes, B/M, 3-7-70.  She initialed and dated the back of the photograph.

Q.    I'm now showing you a single photograph of a black male.  Do you recognize the person in the photograph?

A.    Yes.  He was inside the apartment building.

NOTE: Ms. Jones identified Gary Kitchens, B/M, 7-23-80.  She initialed and dated the back of the photograph.

Q.    Did you observe Gary Kitchens come out of the apartment complex with a gun?

A.    No.

Q.    I'm now showing you a single photograph of another black male.  Do you recognize the person in the photograph?

A.    Yes.  That's Reggie.  He was laying down on the couch in the apartment building.  He's the one that told the other boys to "make him disappear."

NOTE: Ms. Jones identified Reginald Thomas, B/M, 8-30-70.  She initialed and dated the back of the photograph.

Q.    Is there anything else that you wish to add to this statement?

A.    Yes.  I hope they reap what they sew.  Each and every last one of them.  Whoever pulled that trigger cause there was kids out there.

Form 277 P.D. (2-79)

Q.   Will you read and sign this statement?

A.   Yes, I have read the above statement which consists of 4 page(s).  I understand it and I am
     signing it because it is the truth.

SIGNED _____        WITNESS _____ #938

                                               WITNESS _____

Form 277 P.D. (2-79)

Supp. Case #    03-095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>LARRY E. WHITE B/M 04-17-79<br><br>OCC: 10-06-03, 2050 HOURS, 2831 PROSPECT | WITNESS INTERVIEW<br><br>MARGO THOMAS B/F 10-15-67<br>2435 LAWN<br>KANSAS CITY, MO.<br>NO PHONE |

*Thomas*

| Report By:<br>DET. MORGAN #4138  *SRM #4138* | Assignment:<br>HOMICIDE | Date:<br>10-14-03 | Pa<br>1 |
|---|---|---|---|

On 10-14-03 at approximately 0830 hours, Det. Delameter of DEU contacted the reporting detective regarding a party he interviewed in regards to a drug case who advised him that she had information about the homicide of Larry White B/M 04-17-79.

At that time, Det. Williamson of the 1010 Homicide Squad responded to the 8th floor detention unit of Police Headquarters at 1125 Locust and signed out Margo Thomas B/F 10-15-67 and escorted her to a second floor interview room for questioning.  Upon contacting Margo, she stated that she was hanging out in the alley just to the east of the apartment complex located at 2404 E. 29th St. when the shooting occurred.  Margo stated that she was in the alley on the south end by 29th St. when she saw a black male walking up and down 29th St. selling to people.  Margo stated that the unknown black male attempted to give the dope dealers inside the apartment a fake $20 bill.  After that, she heard rapid-fire gunshots ^mewhere behind the apartment building and then it sounded like the shots started fading toward ʊrospect.  At that time, several parties inside the apartment building came outside with guns and started looking up and down the street.  A few minutes later, Margo stated that she heard the sound of a metal fence rattling behind her.  When she turned around, she observed a medium to heavy set short hair dark skinned black male jump the back side of the metal fence of the house on the northwest corner of 29th and Wabash.  As the black male jumped the fence, she observed him holding what she describes as a long barrel assault rifle with a pistol type handle.  Upon observing the unknown black male with the gun, he turned away from her and started walking north down the alley.  At that time, a friend of hers named Reggie came out the back of the apartment complex and told her to come inside.  Later on that night, Margo stated that she left the apartment complex and walked toward prospect where she observed a black male that she believes to be Larry lying in the parking lot of the Fish Town with blood coming from him and what looked like the hood of his sweat shirt covering part of his head.

Margo was then shown several photographs of individuals believed to be hanging out in the apartment complex.  Upon seeing the photograph of Keith Carnes b/m 03-07-70, Margo stated that she saw him earlier that night, before the shooting, and that he is crazy and shoots at people all the time.  When asked if Keith Carnes is the same person she observed jumping the fence holding a assault rifle, Margo stated that he has the same build and hair, but did not get to see the mans face to make a positive identification.  Margo also stated that Keith wears an eye patch most of the time, and could not tell if the person jumping the fence was wearing an eye patch or not.

Margo was then escorted back to the 8th floor detention unit where she signed back in at 0945 hours.

Supervisor _____     File Page #_____

Form 107 P.D. (10-80)

Plaintiff 000192

**ARNOLD CARR**
Person Being Questioned (Print Name)

Kansas City, Missouri Police Department
**MIRANDA WAIVER**

Before being asked any questions, I have been told of my right to remain silent, that anything I say can and will

be used against me in court, that I have the right to talk with a lawyer and to have the lawyer with me during questioning.

I have been told that if I cannot afford a lawyer that one will be appointed for me, at no cost to me, before I am question-

ed. I have also been told that I can stop talking at any time.

**I understand all of these rights and I am willing to talk to you.**

X _Arnold Carr_
Signature of Person Being Questioned

10/8/03    1433 HRS
Date and Time Warning Given

10/8/03    1434 HRS
Date and Time Waiver Signed

Officer(s) __ROBERT D. RLEHM__    Serial # __4104__

Form 340 P.D. (Rev. 11-86)

Plaintiff 000198

AINOLD CARR
Person Being Questioned (Print Name)

Requested Attorney    A.   No   ■

                B.   Yes  ☐ Time _____

N/A RESPOND TO H.Q. ON HIS OWN
Date and Time Taken into Custody

2ND FLOOR H.Q.
Location of Questioning

9TH /GRADE /ARMY GED
Educational Level

10/8/03  1435
Date and Time Questioning Started

HOMICIDE
Type of Offense

10/8/03  1750 MIS
Date and Time Questioning Finished

10-6-03
Date Offense Occurred

Statement Information    A.   Oral       ■
                          B.   Written   ☐
                          C.   Video     ☐
                          D.   Declined  ☐

LARRY E. WHITE
Name of Firm/Victim

Date and Time Statement Signed      N/A

Persons Present During Questioning      DET. BLEHM /DET. AVERY

Miscellaneous Information      ALLOWED TO SMOKE

Persons Called or Contacted by Accused      N/A

ARNOLD CARR

Person Being Questioned (Print Name)

Kansas City, Missouri Police Department
**MIRANDA WAIVER**

Before being asked any questions, I have been told of my right to remain silent, that anything I say can and will be used against me in court, that I have the right to talk with a lawyer and to have the lawyer with me during questioning. I have been told that if I cannot afford a lawyer that one will be appointed for me, at no cost to me, before I am question- ed. I have also been told that I can stop talking at any time.

**I understand all of these rights and I am willing to talk to you.**

*Arnold Carr*

Signature of Person Being Questioned

10/8/03    1433 HRS

Date and Time Warning Given

10/8/03    1434 HRS

Date and Time Waiver Signed

Officer(s)  ROBERT D. RLEHM    Serial #  4104

Form 340 P.D. (Rev. 11-86)

SUPP Case # 03095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>V: LARRY E. WHITE, B/M, 04-17-79<br><br>OCC: 10-06-03, 2050 HOURS, 2831 PROSPECT | SUSPECT INTERROGATION<br><br>ARNOLD G. CARR, B/M, 02-06-53<br>2404 E. 29TH APT. 1G KANSAS CITY, MO.<br>NO PHONE |

| Report By: AW<br>DET. AVERY WILLIAMSON #4723 | Assignment:<br>HOMICIDE UNIT | Date:<br>10-09-03 | Page 1 of<br>1 Pages |
|---|---|---|---|

On 10-09-03 at approximately 1400 hours, the listed subject responded voluntarily to 1125 Locust, Police Headquarters, in regard to the above captioned incident. The listed subject was placed in interview room #2 and Detective Blehm and I talked with the listed subject.

The listed subject stated he came to Police Headquarters after he realized a search warrant had been executed at his residence. The listed subject voluntarily stated he did not know anything about the shooting that occurred at 29th and Prospect because he was at dinner at Houston's Restaurant on the Plaza with Sherry Gray, his girlfriend, and Pam and Woody Woodcock who live at 51st and Bellefontaine. The listed subject stated when he returned home from dinner he observed crime scene tape by his apartment complex, but he did not know what had happened.

On 10-08-03 at 1433 hours, listed subject was read his Miranda Rights out loud by Detective Blehm, due to the fact the listed subject stated he could not read. The listed subject stated he understood his rights. The listed subject signed the Miranda Waiver Form 340 P.D. and agreed to be questioned in regard to the above captioned case.

The listed subject stated on 10-06-03 at approximately 1430 hours he drove his purple, convertible, Ford Mustang to his aunt's house on Paseo. The listed subject stated his girlfriend, Sherry Gray (B/F 12-26-62) picked him up from his aunt's house in her Buick Regal at about 1530 hours. The listed subject stated they drove to Helen's Liquor Store at 35 and Woodland and purchased some alcohol. The listed subject stated he and Sherry drove to Pam and Woody Woodcock's residence located at 51st Street and Bellefontaine Avenue at about 1600 hours because they are going to go out to eat dinner together. The listed subject stated as the sun began to go down they drove to 31st Street and Broadway to eat at Chubby's but Chubby's was closed. The listed subject stated they drove to Houston's on the Plaza to eat. The listed subject stated they parked in the street across from Houston's. The listed subject stated they ate dinner and the listed subject paid the bill with cash. The listed subject stated the bill and tip equaled $110.00. The listed subject stated they went to Houston's bar and had a few more drinks then left the restaurant. The listed subject stated they went back to Pam and Woody's residence where they sat and talked for a while. The listed subject stated Sherry took him home and he observed the crime scene tape to the East of his apartment complex. The listed subject could not recall what time he returned home. The listed subject stated his upstairs neighbor Tony was on his porch and his roommate Kermit was outside by the fence. The listed subject stated he asked them what had happened and they stated someone had been shot. The listed subject stated he went inside and went to sleep.

Supervisor _____ File Page #_____

Form 107 P.D. (10-80)

Plaintiff 000201

SUPP    Case # 03095392
Date     10-09-03
Page     2 of 2 Pages

The listed subject stated Kermit is his roommate and has been staying with him for the past three weeks. The listed subject stated Kermit is from Springfield and that Kermit's van broke down on the block so the listed subject lets Kermit stay with him. The listed subject stated Kermit is a cocaine user and the listed subject stated he lets Kermit stay with him to help with the listed subject's dog.

The listed subject was asked about any narcotics activity in his residence and he denied that there was any narcotics activity at his residence. As the interrogation continued the listed subject admitted to selling narcotics out of his residence. The listed subject was asked about any associates that were involved and the listed subject gave the monikers of people that are his "friends". The listed subject was shown a picture of Gary D. Kitchen (B/M 07-23-80) and the listed subject stated he was "G-Wop", Reginald E. Thomas (B/M 08-30-70) and the listed subject stated he was "Reg", Damon Rhodes (B/M 05-14-75) and the listed subject stated he was" D-Bo", Mitchell C. Powell (B/M 11-25-70) and the listed subject stated he was Fuzzy. The listed subject was shown a picture of Marcos Smith and the listed subject stated he did not know him. The listed subject stated he also knows "Tre" but could not recall "Tre's" real name. The listed subject was asked how he knew these people and he stated that they "party together and do there own thing".

The listed subject was asked if he had any guns in his residence and he stated that the only gun he owned was a .22 caliber pistol that was taken when he was arrested for Carrying a Concealed Weapon. (See CRN 03088737 for further). The listed subject was asked if there should be any ammunition in his sidence and he stated no. The listed subject then stated he had found miscellaneous ammunition in his residence and has either thrown it away or thrown it in a closet. The listed subject was asked how the ammunition got into his apartment and he stated some of his friends could have left it there.

The listed subject was asked why he had a gun cleaning kit in his apartment if he did not own any guns and he stated he used the gun cleaning kit to clean the .22 caliber pistol he owned. The listed subject was asked why there was a bore brush for a rifle in the cleaning kit and he stated he loaned the cleaning kit to an unknown friend about three weeks ago and just got the gun cleaning kit back. The listed subject would not give the friends name.

The listed subject was asked if he knew the listed victim and he stated no. The listed subject was shown a picture of the listed victim and he stated he did not know him but he had heard about the listed victim being warned to stay off the block. The listed victim stated he has seen the listed victim before but denied ever having any contact with the listed victim.

The interrogation ended at 1715 hours.

File Page #_____

Plaintiff 000202

KANSAS CITY, MISSOURI POLICE DEPARTMENT
**REPORT FORM**

APPROVED BY _____

SERIAL # *3369*

(X SUPP) CRN *03-095392*

DATE *10-14-83*

PAGE *1* OF *2*

☐ BIAS CRIME ☐ DEPARTMENT MEMBER ☐ DEPARTMENT PROPERTY

| CLASSIFICATION OF OFFENSE / TITLE OF CASE | DATE OF OCCURRENCE | ROUTING: | |
|---|---|---|---|
| *INVESTIGATION ARREST ( MURDER* | *10-14-83* | ☐ STREET NARCOTICS UNIT | |
| | TIME OF OCCURRENCE | ☐ DRUG ENF. UNIT ☐ FRAUD/FORGERY SECTION | |
| | *1000 HOURS* | ☐ GANG SECTION ☐ BOMB & ARSON SECTION | |
| | | ☐ JUVENILE SECTION ☐ PROP CRIMES SECT | |
| | | ☐ PIC ☐ OTHER *HOMICIDE* | |

LOCATION OF OCCURRENCE *2700 PARK*

BEAT OF OCC *363* BEAT REPORTING *363*

<table>
<tr><td>SUBJECT 1</td><td colspan="2">LAST NAME<br>*KITCHEN*</td><td colspan="2">FIRST NAME<br>*GARY*</td><td>INT.<br>*D*</td><td>JR / SR<br>*-*</td><td>RACE<br>*B*</td><td>SEX<br>*M*</td><td>EST. AGE / D.O.B.<br>*7-23-80*</td><td>STATE<br>*MO*</td><td>MONIKER</td></tr>
<tr><td></td><td>HGT.<br>*5 9*</td><td>WGT.<br>*170*</td><td>BUILD<br>*MED*</td><td>HAIR<br>*BLK*</td><td>EYES<br>*BRO*</td><td>COMP.<br>*DARK*</td><td>HAT<br>*-*</td><td>COAT<br>*-*</td><td>SHIRT/BLOUSE<br>*WHITE-T*</td><td>TROUSERS/SKIRT<br>*BLACK JEANS*</td><td>SOCIAL SECURITY NUMBER<br>*486846636*</td></tr>
<tr><td></td><td colspan="3">ADDRESS<br>*3709 WENZEL*</td><td colspan="2">APT.<br>*-*</td><td colspan="2">CITY<br>*KANSAS CITY*</td><td>STATE<br>*MO*</td><td colspan="2">BUSINESS / SCHOOL ADDRESS</td></tr>
<tr><td></td><td colspan="3">HOME PHONE</td><td colspan="3">BUSINESS PHONE</td><td colspan="5">SPEC. I.D. CHAR.<br>*PICK-UP HOMICIDE*</td></tr>
<tr><td></td><td colspan="2">G.O.S. #/ UTT</td><td>ORD. #</td><td colspan="2">G.O.S. #/ UTT</td><td>ORD. #</td><td colspan="2">BOOKING SLIP/ G.O.S. #/ UTT</td><td>ORD. #</td><td colspan="2">INVESTIGATION ARREST APPROVING AUTHORITY<br>*Sgt. Neuwick of Homicide*</td></tr>
<tr><td></td><td colspan="3">TRANSPORTED BY:<br>*363 CHUTR & BEGLEY*</td><td colspan="3">TRANSPORTED TO: ☐ HQ ☐ CPD ☐ MPD ☐ EPD ☐ NPD ☐ SPD<br>☐ JUVENILE ☐ HOSPITAL _____ ☐ OTHER</td><td colspan="5">PRIORITY RELEASE</td></tr>
</table>

<table>
<tr><td>SUBJECT 2</td><td colspan="2">LAST NAME</td><td colspan="2">FIRST NAME</td><td>INT.</td><td>JR / SR</td><td>RACE</td><td>SEX</td><td>EST. AGE / D.O.B.</td><td>STATE</td><td>MONIKER</td></tr>
<tr><td></td><td>HGT.</td><td>WGT.</td><td>BUILD</td><td>HAIR</td><td>EYES</td><td>COMP.</td><td>HAT</td><td>COAT</td><td>SHIRT/BLOUSE</td><td>TROUSERS/SKIRT</td><td>SOCIAL SECURITY NUMBER</td></tr>
<tr><td></td><td colspan="3">ADDRESS</td><td colspan="2">APT.</td><td colspan="2">CITY</td><td>STATE</td><td colspan="2">BUSINESS / SCHOOL ADDRESS</td></tr>
<tr><td></td><td colspan="3">HOME PHONE</td><td colspan="3">BUSINESS PHONE</td><td colspan="5">SPEC. I.D. CHAR.</td></tr>
<tr><td></td><td colspan="2">G.O.S. #/ UTT</td><td>ORD. #</td><td colspan="2">G.O.S. #/ UTT</td><td>ORD. #</td><td colspan="2">BOOKING SLIP/ G.O.S. #/ UTT</td><td>ORD. #</td><td colspan="2">INVESTIGATION ARREST APPROVING AUTHORITY</td></tr>
<tr><td></td><td colspan="3">TRANSPORTED BY:</td><td colspan="3">TRANSPORTED TO: ☐ HQ ☐ CPD ☐ MPD ☐ EPD ☐ NPD ☐ SPD<br>☐ JUVENILE ☐ HOSPITAL _____ ☐ OTHER</td><td colspan="5">PRIORITY RELEASE</td></tr>
</table>

<table>
<tr><td>SUBJECT 3</td><td colspan="2">LAST NAME</td><td colspan="2">FIRST NAME</td><td>INT.</td><td>JR / SR</td><td>RACE</td><td>SEX</td><td>EST. AGE / D.O.B.</td><td>STATE</td><td>MONIKER</td></tr>
<tr><td></td><td>HGT.</td><td>WGT.</td><td>BUILD</td><td>HAIR</td><td>EYES</td><td>COMP.</td><td>HAT</td><td>COAT</td><td>SHIRT/BLOUSE</td><td>TROUSERS/SKIRT</td><td>SOCIAL SECURITY NUMBER</td></tr>
<tr><td></td><td colspan="3">ADDRESS</td><td colspan="2">APT.</td><td colspan="2">CITY</td><td>STATE</td><td colspan="2">BUSINESS / SCHOOL ADDRESS</td></tr>
<tr><td></td><td colspan="3">HOME PHONE</td><td colspan="3">BUSINESS PHONE</td><td colspan="5">SPEC. I.D. CHAR.</td></tr>
<tr><td></td><td colspan="2">G.O.S. #/ UTT</td><td>ORD. #</td><td colspan="2">G.O.S. #/ UTT</td><td>ORD. #</td><td colspan="2">BOOKING SLIP/ G.O.S. #/ UTT</td><td>ORD. #</td><td colspan="2">INVESTIGATION ARREST APPROVING AUTHORITY</td></tr>
<tr><td></td><td colspan="3">TRANSPORTED BY:</td><td colspan="3">TRANSPORTED TO: ☐ HQ ☐ CPD ☐ MPD ☐ EPD ☐ NPD ☐ SPD<br>☐ JUVENILE ☐ HOSPITAL _____ ☐ OTHER</td><td colspan="5">PRIORITY RELEASE</td></tr>
</table>

<table>
<tr><td>VEHICLE</td><td>COLOR</td><td>YEAR</td><td>MAKE</td><td></td><td>MODEL</td><td>STYLE</td><td></td></tr>
<tr><td></td><td>LICENSE</td><td colspan="2">STATE</td><td>VEHICLE IDENTIFICATION #</td><td></td><td>TOW-IN NUMBER</td><td></td></tr>
<tr><td></td><td colspan="7">SPEC. I.D. CHAR.</td></tr>
</table>

<table>
<tr><td rowspan="8">PROPERTY</td><td>ITEM</td><td>QUAN-<br>TITY</td><td>SUBJECT<br>#</td><td>DESCRIPTION OF PROPERTY</td><td>SERIAL NUMBER</td><td>EST. VALUE</td><td>RECOVERED</td><td>RELEASED</td></tr>
<tr><td></td><td></td><td></td><td>LOGGED *5735*</td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td>SCANNED</td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
<tr><td></td><td></td><td></td><td></td><td></td><td></td><td></td><td></td></tr>
</table>

OFFICER: (PRINT NAME) *V. HUTN*

SERIAL NO. *4755*

Form 100 P.D. (Rev. 6-2001)

Plaintiff 000206

Case 4:23-cv-00278-RK   Document 139-21   Filed 09/09/24   Page 55 of 102

NARRATIVE:

On 10-14-03 at 0930 hours, P.O. Begley & I (#363), were advised of an outstanding Pick-Up issued by the Homicide Unit for the listed subject.

At approximately 1000 hours, we recieved information that the listed subject was inside 2700 Park.

P.O. Begley, Det. Blehm, Det. Williamson and I responded to the above-mentioned address.

Det. Blehm Knocked on the front door and no one answered.

I was standing at the rear door of the residence and heard someone talking.

610 & 630 tatical squads responded to the scene for a possible operation 100.

The listed subject then walked around from the rear of 2702 Park where I took the party into custody, without incident.

P.O. Begley and I transported the listed subject to HQ for booking.

OFFICER: _V. HUTH_        SERIAL # _4255_

GARY D. Kitchen
Person Being Questioned (Print Name)

Kansas City, Missouri Police Department
**MIRANDA WAIVER**

X Before being asked any questions, I have been told of my right to remain silent, that anything I say can and will be used against me in court, that I have the right to talk with a lawyer and to have the lawyer with me during questioning. I have been told that if I cannot afford a lawyer that one will be appointed for me, at no cost to me, before I am question- ed. I have also been told that I can stop talking at any time. X

**I understand all of these rights and I am willing to talk to you.**

X Gary Kitchen
Signature of Person Being Questioned

10-14-03          1200
Date and Time Warning Given

10-14-03          1202
Date and Time Waiver Signed

Officer(s)  ROBERT D. BLEHM          Serial #  4104

Form 340 P.D. (Rev. 11-86)

Plaintiff 000211

Supp. ORN 03095392

__Gary D. Kitchen__
Person Being Questioned (Print Name)

Requested Attorney    A.    No   ☒

             B.    Yes   ☐ Time _____

__10-14-03    1130 HRS__
Date and Time Taken into Custody

__H.2   2ND FLOR__
Location of Questioning

__7TH GRADE__
Educational Level

__10-14-03   1203__
Date and Time Questioning Started

__HOMICIDE / FIP__
Type of Offense

__10-14-03     1907__
Date and Time Questioning Finished

__10-6-03__
Date Offense Occurred

Statement Information    A.   Oral       ☐
                             B.   Written   ☒
                             C.   Video     ☐
                             D.   Declined   ☐

__LARRY E. WHITE__
Name of Firm/Victim

Date and Time Statement Signed     __10-14-03     1908 HRS__

Persons Present During Questioning     __DET. WILLIAMSON / BIEHM__

Miscellaneous Information     __GIVEN 3 CIGARETTES__

Persons Called or Contacted by Accused     __N/A__

Officer(s) __ROBERT D. BIEHM__     Serial # __4104__

Plaintiff 000212

SUPP Case # 03095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>V: LARRY E. WHITE, B/M, 04-17-79<br><br>OCC: 10-06-03, 2050 HOURS, 2831 PROSPECT | SUSPECT INTERROGATION<br><br>GARY D. KITCHEN, B/M, 07-23-80<br>2700 PARK KANSAS CITY, MO.<br>861-7394 |

| Report By: *AW*<br>DET. AVERY WILLIASMON #4723 | Assignment:<br>HOMICIDE UNIT | Date:<br>10-15-03 | Page 1 of<br>1 Pages |
|---|---|---|---|

On 10-14-03 at approximately 1150 hours, Kitchen was arrested at 2700 Park and transported to 1125 Locust, Police Headquarters. Kitchen was placed in interview room #1. Kitchen read his Miranda Rights out loud in the presence of Detective Blehm and I. The listed subject stated he understood his rights, signed the Miranda Waiver Form 340 P.D., and agreed to be questioned in regard to the above captioned case.

Kitchen stated he was not in the area the night of the shooting and stated he did not know any information in regard to the above captioned incident. Kitchen was taken to the Detention Unit at 1300 hours and booked. I advised Kitchen to contact me if he knew any further information.

At 1750 hours, Detective Price advised me that Kitchen wanted to talk with me in regard to the above captioned incident. Kitchen had contacted a civilian in the Detention Unit and asked them to contact Homicide Detectives. I responded to the Detention Unit and checked out Kitchen at 1755 hours and he was placed in Interrogation Room #3. Kitchen stated that on 10-06-03 in the evening hours he was at 2404 E. 29th Street selling narcotics. Kitchen stated he sold a sixteenth of crack cocaine and then left the area prior to the shooting. Kitchen stated that "O.G." and "Fuzzy" were at 2404 E. 29th Apartment 1W when he left. Kitchen provided a two page typewritten statement. See his statement for further information. Kitchen was returned to the Detention Unit at 1907 hours.

Supervisor _____

File Page #_____

Form 107 P.D. (10-80)

Plaintiff 000213

STATEMENT OF GARY DARNELL KITCHEN, TAKEN AT THE VIOLENT CRIMES DIVISION, KANSAS CITY, MISSOURI POLICE DEPT. BY DETECTIVE AVERY WILLIAMSON, ON THIS 14TH, DAY OF OCTOBER, 2003, AT 1845 HOURS.

Q. What is your full name?
A. GARY DARNELL KITCHEN.
Q. When and where were you born?
A. 7-23-80, KANSAS CITY, MO.
Q. Where do you live and what is your telephone number?
A. 2709 WENZEL, 923-9820.
Q. With whom do you live?
A. GRANDMOTHER.
Q. Have you been advised that you have the right to remain silent, that any statement you make may be used against you as evidence in court, that you have the right to the presence of an attorney either retained by you or one appointed for you without cost, and that the attorney can be present while you are being questioned?
A. Yes. *GK*
Q. Under these conditions are you willing to waive that right and make a statement relating to the HOMICIDE knowing that it can be used against you in the event of a trial?
A. Yes. *GK*

Q.   On 10-6-03 in the evening hours were you in the area of 2404 E. 29th?

A.   Yes.

Q.   What were you doing in the area?

A.   I came to sell dope.

Q.   When you were in the area of 2404 E. 29th did you observe any assault?

A.   No.

Q.   Did you hear any gunshots?

A.   I heard the gunshots from my house, 2700 Park.

Q.   How many did you hear?

A.   It was multiple.  I couldn't tell you.  They was back to back.

Q.   What kind of narcotics were you selling?

A.   Crack cocaine.

Q.   Do you usually frequent this area to sell narcotics?

A.   Yes, since about March of 2003.

Q.   How often do you sell narcotics?

A.   I sell narcotics everyday.

CC

*Gary Kitchen*

Form 278 P.D. (2-79)

Plaintiff 000214

Case 4:23-cv-00278-RK   Document 139-21   Filed 09/09/24   Page 60 of 102

Q. Do you own any weapons?

A. Yes.

Q. What type of weapon?

A. A Mac 90.

Q. Where did you purchase this weapon?

A. From a friend of mine named Albert Harris.

Q. How long have you had the gun?

A. I had that gun since 1998.

Q. How much did you pay for the gun?

A. $250.00

Q. Where were you storing the gun?

A. I was storing the gun at my sister's house until about three weeks ago when one of my nieces found it and I took it around there to Arnold's apartment.

Q. Where is Arnold's apartment?

A. 2404 E. 29th apartment 1W.

Q. When did you take the gun to Arnold's apartment?

A. About three weeks ago.

Q. Do you purchase ammunition for the gun?

A. I don't actually go into the store and purchase it. I have a smoker that will go purchase it.

Q. When was the last time that you purchased ammunition for the gun?

A. Only time I bought some ammunition was on the 4th of July this year.

Q. Is there anything else that you wish to add to this statement?
A. Yes. I didn't hurt nobody.

Q. Will you read and sign this statement?
A. Yes, I have read the above statement which consists of 2 page(s)
   I understand it and I am signing it because it is the truth.

SIGNED _Gary Kitchen_ _____

WITNESS _Det. Avery Williams 4723_

WITNESS _Det. Ann D. Ph.___ 4404_

Form 278 P.D. (2-79)

Plaintiff 000215

# WANTED/CANCELLATION NOTICE
## KANSAS CITY, MISSOURI POLICE DEPARTMENT

Date of Report **10-14-03**  Time **2125**  Case Number **03095392**

PURPOSE:

**X** To issue (arrest want) (attempt to locate).
_____ To post (arrest want) (attempt to locate) (information want) in files.
_____ To cancel (arrest want) (attempt to locate).
_____ To cancel (arrest want) (attempt to locate) (information want) in files.
_____ (Arrest) (Information) want from outside agency.

Disseminate to:
K.C.P.D. **X** METRO AREA _____ NATIONWIDE _____ N.C.I.C. Entry# _____

Outside agency making want request _____
Date _____ Agency file number _____

NATURE OF WANT **HOMICIDE** _____
(Offense description, information interview, attempt to locate.)

Name **KEITHL CARNES** _____ Alias **TRE** _____
K.C.P.D.# _____ F.B.I.# _____ S.S.N. **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** _____ FPC _____
Race **B** Sex **M** Age **33** DOB **3-7-70** State of Birth **MO** _____
Height **5"** Weight **190** Hair **BLK** Eyes **BRN** Build _____
Scars, deformities, etc. _____
Mental _____ Suicidal _____ Dangerous _____ Resist Arrest _____
Armed _____ Weapon Description _____
Relative or _____ Address _____
Associates _____ Address _____
Known to frequent _____
Remarks _____
_____
_____
_____

Color

    MR.KHMJ 00023 09.34 10/14/03     ALRT.
    PLEASE ISSUE A PICKUP FOR HOMICIDE FOR KEITH L. CARNES, B/M, 03-07-7
    0, 511, 190, SS 544907112 ON CRN 03095392. SUSPECT IS KNOWN TO FREQUENT
    THE AREA OF 2440 BROOKLYN AND 4224 E. 58TH ST. SUSPECT IS 10-31. CONTACT
    DET. WILLIAMSON AT 816-234-5043 IF ARRESTED.
    SENDING AGENCY: KCMO-PD OPERATOR: DET. R. BLEHM EOMR

Remarks _____
_____
_____

Warrant issued _____ Jurisdiction will extradite _____
                    (Type)                                    (Yes - No - Unknown)

Message number _____ Operator _____ Date _____ Time _____
                (Issued or received)                              (Issued or received)

This report cancels messages numbered _____

Reason for cancellation _____

Requesting Unit **HOMICIDE UNIT** _____ Person to contact if **BLEHM**
Name of person apprehension is made
making request **BLEHM** _____

Form 42 P.D. (Rev. 5-68)

Plaintiff 000219

KANSAS CITY, MISSOURI POLICE DEPARTMENT
## REPORT FORM

APPROVED BY _____

☑ (SUPP) CRN  03095392

SERIAL # _____

DATE 10-14-2003

PAGE _____ OF _____

☐ BIAS CRIME  ☐ DEPARTMENT MEMBER  ☐ DEPARTMENT PROPERTY

CLASSIFICATION OF OFFENSE / TITLE OF CASE
Progressive Investigation Homicide  Pickup

DATE OF OCCURRENCE 10-14-2003
TIME OF OCCURRENCE 1438

ROUTING:
☐ DRUG ENF. UNIT
☐ GANG SECTION
☐ JUVENILE SECTION
☐ PIC
☐ STREET NARCOTICS UNIT
☐ FRAUD/FORGERY SECTION
☐ BOMB & ARSON SECTION
☐ PROP CRIMES SECT.
☐ OTHER

LOCATION OF OCCURRENCE  4224 E 58th
BEAT OF OCC 241  BEAT REPORTING 274

**SUBJECT 1**

| LAST NAME Carter | FIRST NAME Keith | INT. L | JR / SR | RACE B | SEX M | EST. AGE / D.O.B. 3-7-1970 | STATE MO | MONIKER |

| HGT. 5-11 | WGT. 190 | BUILD Med | HAIR Blk | EYES Br | COMP. Avg | HAT Billing | COAT | SHIRT/BLOUSE Black/gray | TROUSERS/SKIRT Black jeans | SOCIAL SECURITY NUMBER 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 |

ADDRESS 4224 E 58th Street
APT. —
CITY K.C.
STATE MO
BUSINESS / SCHOOL ADDRESS None

HOME PHONE 816-363-8301
BUSINESS PHONE None
SPEC. I.D. CHAR. Tattoos both arms, black patch over left eye

G.O.S. # / UTT | ORD. # | G.O.S. # / UTT | ORD. # | BOOKING SLIP/ G.O.S. # / UTT 31348 | ORD. # | INVESTIGATION ARREST APPROVING AUTHORITY Blch~

TRANSPORTED BY: Phillips
TRANSPORTED TO: ☑ HQ ☐ CPD ☐ MPD ☐ EPD ☐ NPO ☐ SPD
☐ JUVENILE ☐ HOSPITAL ☐ OTHER
PRIORITY RELEASE

**SUBJECT 2**

| LAST NAME | FIRST NAME | INT. | JR / SR | RACE | SEX | EST. AGE / D.O.B. | STATE | MONIKER |

| HGT. | WGT. | BUILD | HAIR | EYES | COMP. | HAT | COAT | SHIRT/BLOUSE | TROUSERS/SKIRT | SOCIAL SECURITY NUMBER |

ADDRESS
APT.
CITY
STATE
BUSINESS / SCHOOL ADDRESS

HOME PHONE
BUSINESS PHONE
SPEC. I.D. CHAR.

G.O.S. # / UTT | ORD. # | G.O.S. # / UTT | ORD. # | BOOKING SLIP/ G.O.S. # / UTT | ORD. # | INVESTIGATION ARREST APPROVING AUTHORITY

TRANSPORTED BY:
TRANSPORTED TO: ☐ HQ ☐ CPD ☐ MPD ☐ EPD ☐ NPO ☐ SPD
☐ JUVENILE ☐ HOSPITAL ☐ OTHER
PRIORITY RELEASE

**SUBJECT 3**

| LAST NAME | FIRST NAME | INT. | JR / SR | RACE | SEX | EST. AGE / D.O.B. | STATE | MONIKER |

| HGT. | WGT. | BUILD | HAIR | EYES | COMP. | HAT | COAT | SHIRT/BLOUSE | TROUSERS/SKIRT | SOCIAL SECURITY NUMBER |

ADDRESS
APT.
CITY
STATE
BUSINESS / SCHOOL ADDRESS

HOME PHONE
BUSINESS PHONE
SPEC. I.D. CHAR.

G.O.S. # / UTT | ORD. # | G.O.S. # / UTT | ORD. # | BOOKING SLIP/ G.O.S. # / UTT | ORD. # | INVESTIGATION ARREST APPROVING AUTHORITY

TRANSPORTED BY:
TRANSPORTED TO: ☐ HQ ☐ CPD ☐ MPD ☐ EPD ☐ NPO ☐ SPD
☐ JUVENILE ☐ HOSPITAL ☐ OTHER
PRIORITY RELEASE

**VEHICLE**

COLOR Black
YEAR 1987
MAKE Chevrolet
MODEL Caprice
STYLE 4dr

LICENSE 476-TSW
STATE 2004
VEHICLE IDENTIFICATION # 1G1IBN511HX141(103011 4
TOW-IN NUMBER

SPEC. I.D. CHAR.

**PROPERTY**

| ITEM | QUAN-TITY | SUBJECT # | DESCRIPTION OF PROPERTY | SERIAL NUMBER | EST. VALUE | RECOVERED | RELEASED |
|------|-----------|-----------|-------------------------|---------------|------------|-----------|----------|
|      |           |           |                         |               |            |           |          |
|      |           |           |                         |               |            |           |          |
|      |           |           |                         |               |            |           |          |
|      |           |           |                         |               |            |           |          |
|      |           |           |                         |               |            |           |          |
|      |           |           |                         |               |            |           |          |
|      |           |           |                         |               |            |           |          |
|      |           |           |                         |               |            |           |          |

OFFICER: (PRINT NAME) Smith, Markus
SERIAL #: 2332

Form 100 P.D.  (Rev. 6-2001)

Plaintiff 000222

## REPORT FORM NARRATIVE

(SUPP) CRN 03095392

DATE 10-14-2003

NARRATIVE

Observed S1 outside his residence approaching the listed vehicle, parked in front, 4224 E. 58th street. S1 was known on sight and the warrant was known and then confirmed by dispatch. S1 was taken into custody on the pickup for Homicide CRN#03095392. Nothing was observed inside the vehicle and the vehicle was left parked at the residence.

Homicide Det. Blehm issued the investigation arrest approval form.

P.O. Mike _____
#2232

OFFICER: Smith, Mankur                    SERIAL # 2232

Plaintiff 000223

Case 4:23-cv-00278-RK   Document 139-21   Filed 09/09/24   Page 64 of 102

Keith L. Carnes
**Person Being Questioned (Print Name)**

Kansas City, Missouri Police Department
## MIRANDA WAIVER

✗ Before being asked any questions, I have been told of my right to remain silent, that anything I say can and will be used against me in court, that I have the right to talk with a lawyer and to have the lawyer with me during questioning. I have been told that if I cannot afford a lawyer that one will be appointed for me, at no cost to me, before I am question-ed. I have also been told that I can stop talking at any time.

**I understand all of these rights and I am willing to talk to you.** ✗

X _Keith Carnes_
**Signature of Person Being Questioned**

_10-14-03   1628_
**Date and Time Warning Given**

_10-14-03   1628_
**Date and Time Waiver Signed**

Officer(s) _Det. Amy Wall_                Serial # _4723_

Form 340 P.D. (Rev. 11-86)

Plaintiff 000224

Supp #N 03095892

Person Being Questioned (Print Name): Keith L. Cones

Requested Attorney   A.   No ☑

           B.   Yes   ☐ Time _____

Date and Time Taken into Custody: 10-14-03

Location of Questioning: 1125 Locust

Educational Level: Junior / GED

Date and Time Questioning Started: 10-14-03   1628

Type of Offense: Homicide

Date and Time Questioning Finished: 10-14-03   1725

Date Offense Occurred: 10-6-03

Statement Information   A.   Oral   ☐
                        B.   Written   ☐
                        C.   Video   ☐
                        D.   Declined   ☐

Name of Firm/Victim: Larry E. White

Date and Time Statement Signed: _____

Persons Present During Questioning: Det. Williamson

Det. Blehm

Miscellaneous Information: _____

_____

Persons Called or Contacted by Accused: _____

Officer(s): Williamson      Serial # 4723

Plaintiff 000225

SUPP Case # 03095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>V: LARRY E. WHITE, B/M, 04-17-79<br><br>OCC: 10-06-03, 2050 HOURS, 2831<br>PROSPECT | SUSPECT INTERROGATION<br><br>KEITH L. CARNES, B/M, 03-07-70<br>4224 E. 58TH KANSAS CITY, MO.<br>363-8301 |

| Report By:<br>DET. AVERY WILLIAMSON #4723 | Assignment:<br>HOMICIDE UNIT | Date:<br>10-15-03 | Page 1 of<br>1 Pages |
|---|---|---|---|

On 10-14-03 at approximately 1620 hours, I responded to the Detention Unit and checked out the listed suspect. I escorted the listed suspect to Interrogation Room #1. The listed suspect read his Miranda Rights out loud in the presence of Detective Blehm and I. The listed suspect stated he understood his rights, signed the Miranda Waiver Form 340 P.D., and agreed to be questioned in regard to the above captioned incident.

Carnes stated he is friend's with "O.G." who lives at 2404 E. 29th Street apartment 1W and plays dominos and drinks beer with "O.G." Carnes stated he was not in the area the night of the shooting and stated that he does not know the listed victim. Carnes denied any involvement in narcotics and stated he does not frequent 29th Street. Carnes stated that he has known "O.G." for the past year. Carnes stated that he is not friends with any of the other guys who are friend's with "O.G." and could not give any names of ...onikers of these people. Carnes repeatedly denied any involvement with narcotics on 29th Street and denied being at "O.G.'s" apartment on the night of the shooting. Carnes was returned to the Detention Unit at 1725 hours.

Supervisor _____     File Page #_____
Form 107 P.D. (10-80)

Plaintiff 000226

_Reginald Thomas_
Person Being Questioned (Print Name)

Kansas City, Missouri Police Department
## MIRANDA WAIVER

Before being asked any questions, I have been told of my right to remain silent, that anything I say can and will be used against me in court, that I have the right to talk with a lawyer and to have the lawyer with me during questioning. I have been told that if I cannot afford a lawyer that one will be appointed for me, at no cost to me, before I am question-ed. I have also been told that I can stop talking at any time.

**I understand all of these rights and I am willing to talk to you.**

_Reginald Thomas_
Signature of Person Being Questioned

_12-3-03    1347_
Date and Time Warning Given

_12-3-03    1347_
Date and Time Waiver Signed

Officer(s) _Williamson_ Serial # _4723_

Form 340 P.D. (Rev. 11-86)

Plaintiff 000241

Supp. ON __03095392__

Person Being Questioned (Print Name): _Reginald Thomas_

Requested Attorney     A.   No   ☒

                   B.   Yes   ☐ Time _____

_12-2-03  2254_
Date and Time Taken into Custody

_1125 Locust_
Location of Questioning

_11th Grade_
Educational Level

_12-3-03  1347_
Date and Time Questioning Started

_Homicide_
Type of Offense

_12-3-03  1440_
Date and Time Questioning Finished

_10-6-03_
Date Offense Occurred

Statement Information    A.   Oral     ☒

                         B.   Written   ☐

_Larry E White_
Name of Firm/Victim

                         C.   Video    ☐

                         D.   Declined   ☐

Date and Time Statement Signed     _N/A_

Persons Present During Questioning     _Det. Morgan_

                                       _Det. Williamson_

Miscellaneous Information     _N/A_

Persons Called or Contacted by Accused     _N/A_

Officer(s) _Williamson_          Serial # _4723_

Plaintiff 000242

SUPP Case # 03095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>V: LARRY E. WHITE, B/M, 04-17-79<br><br>OCC: 10-06-03, 2050 HOURS, 2831 PROSPECT | SUSPECT INTERROGATION<br><br>REGINALD E. THOMAS, B/M, 08-30-70<br>1416 E. 66TH KANSAS CITY, MO.<br>NO PHONE |

| Report By: *AW*<br>DET. AVERY WILLIAMSON #4723 | Assignment:<br>HOMICIDE UNIT | Date:<br>12-04-03 | Page 1 of<br>1 Pages |
|---|---|---|---|

On 12-04-03 at approximately 1315 hours, I responded to the Detention Unit and checked out the listed subject. The listed subject was escorted to the Violent Crimes Unit and placed in interrogation room #2. The listed subject read his Miranda Rights out loud in the presence of Detective Morgan and I. The listed subject stated he understood his rights, signed the Miranda Waiver Form 340 PD, and agreed to be questioned in regard to the above captioned case.

The listed subject stated on 10-06-03 at approximately 1505 hours he went to 2700 Park, his girlfriend's residence, and was there all night watching her kids. The listed subject stated Connie Kitchen, Kery Kitchen, Gary Kitchen and Mickey Kitchen were at the residence with him. The listed subject stated he drove through the area of 2404 E. 29th earlier in the day but did not stop. The listed subject stated he was given an opportunity to read the "discovery" to the above captioned case by an attorney hired by Keith L. Carnes (B/M, 03-07-70). The listed subject stated he was never inside the apartment at 2404 E. 29th on 10-06-03. The listed subject stated he did frequent the apartments to party and hang out with friends. The listed subject stated the apartment complex was very active and many different people were selling narcotics there.

The listed subject stated he did not witness any of the events that led up to the homicide but has heard that Carnes or a B/M named Marcus Smith killed the victim. The listed subject stated he had heard that Smith and the victim were involved in an argument earlier that night. The listed subject stated a B/F named Nietta and a B/F with the street name of "Little Mama" witnessed the shooting.

Supervisor _____      File Page # _____
Form 107 P.D. (10-80)

Plaintiff 000243

## KANSAS CITY, MISSOURI POLICE DEPARTMENT
### REPORT FORM

APPROVED BY  _D W R D Moore_

SERIAL #  _3481_

PAGE  _1_  OF  _2_

☒(SUPP) CRN  _03095392_

DATE  _12-2-03_

☐ BIAS CRIME   ☐ DEPARTMENT MEMBER   ☐ DEPARTMENT PROPERTY

| CLASSIFICATION OF OFFENSE / TITLE OF CASE | DATE OF OCCURRENCE | ROUTING: |
|---|---|---|
| Investigative Arrest | 12-2-03 | ☐ DRUG ENF. UNIT ☐ STREET NARCOTICS UNIT ☐ FRAUD/FORGERY SECTION |
| | TIME OF OCCURRENCE 2254 | ☐ GANG SECTION ☐ BOMB & ARSON SECTION ☐ JUVENILE SECTION ☐ PIC ☐ PROP CRIMES SECT. ☐ OTHER Homicide Unit |

LOCATION OF OCCURRENCE  _Emanuel Cleaver and Prospect_    BEAT OF OCC _231_  BEAT REPORTING _232_

**SUBJECT 1**

| LAST NAME Thomas | FIRST NAME Reginald | INT. | JR/SR | RACE B | SEX M | EST. AGE/D.O.B. 8-30-70 | STATE mo | MONIKER |
|---|---|---|---|---|---|---|---|---|
| HGT. 6'00 | WGT. 220 | BUILD HVY | HAIR Blk | EYES Brn | COMP. Dark | HAT None | COAT Black | SHIRT/BLOUSE Red | TROUSERS/SKIRT Blue | SOCIAL SECURITY NUMBER 499576 X581 |

ADDRESS  _1416 E 66th_    APT.    CITY _KC_    STATE _MO_    BUSINESS/SCHOOL ADDRESS _Unemployed_

HOME PHONE _None_    BUSINESS PHONE _N/A_    SPEC. I.D. CHAR. _None observed_

| G.O.S. #/UTT | ORD. # | G.O.S. #/UTT | ORD. # | BOOKING SLIP/G.O.S. #/UTT 318907 | ORD. # | INVESTIGATION ARREST APPROVING AUTHORITY Sgt Rocha Homicide unit |
|---|---|---|---|---|---|---|

TRANSPORTED BY:  _P.O. Cloagh  R#339_    TRANSPORTED TO: ☐HQ ☒CPD ☐MPD ☐EPD ☐JUVENILE ☐HOSPITAL  ☐NPD ☐SPD ☐OTHER    PRIORITY RELEASE

**SUBJECT 2**

| LAST NAME | FIRST NAME | INT. | JR/SR | RACE | SEX | EST. AGE/D.O.B. | STATE | MONIKER |
|---|---|---|---|---|---|---|---|---|
| HGT. | WGT. | BUILD | HAIR | EYES | COMP. | HAT | COAT | SHIRT/BLOUSE | TROUSERS/SKIRT | SOCIAL SECURITY NUMBER |

ADDRESS    APT.    CITY    STATE    BUSINESS/SCHOOL ADDRESS

HOME PHONE    BUSINESS PHONE    SPEC. I.D. CHAR.

| G.O.S. #/UTT | ORD. # | G.O.S. #/UTT | ORD. # | BOOKING SLIP/G.O.S. #/UTT | ORD. # | INVESTIGATION ARREST APPROVING AUTHORITY |
|---|---|---|---|---|---|---|

TRANSPORTED BY:    TRANSPORTED TO: ☐HQ ☐CPD ☐MPD ☐EPD ☐JUVENILE ☐HOSPITAL ☐NPD ☐SPD ☐OTHER    PRIORITY RELEASE

**SUBJECT 3**

| LAST NAME | FIRST NAME | INT. | JR/SR | RACE | SEX | EST. AGE/D.O.B. | STATE | MONIKER |
|---|---|---|---|---|---|---|---|---|
| HGT. | WGT. | BUILD | HAIR | EYES | COMP. | HAT | COAT | SHIRT/BLOUSE | TROUSERS/SKIRT | SOCIAL SECURITY NUMBER |

ADDRESS    APT.    CITY    STATE    BUSINESS/SCHOOL ADDRESS

HOME PHONE    BUSINESS PHONE    SPEC. I.D. CHAR.

| G.O.S. #/UTT | ORD. # | G.O.S. #/UTT | ORD. # | BOOKING SLIP/G.O.S. #/UTT | ORD. # | INVESTIGATION ARREST APPROVING AUTHORITY |
|---|---|---|---|---|---|---|

TRANSPORTED BY:    TRANSPORTED TO: ☐HQ ☐CPD ☐MPD ☐EPD ☐JUVENILE ☐HOSPITAL ☐NPD ☐SPD ☐OTHER    PRIORITY RELEASE

**VEHICLE**

| COLOR White | YEAR 95 | MAKE Jeep | MODEL Cherokee | STYLE 4-Dr |
|---|---|---|---|---|

LICENSE _964TS9_   STATE _mo_   VEHICLE IDENTIFICATION # _1 5 Y 1 T 2 8 5 0 5 4 5 8 7 1 7 0_   TOW-IN NUMBER _N/A_

SPEC. I.D. CHAR. _None observed_

**PROPERTY**

| ITEM | QUAN-TITY | SUBJECT # | DESCRIPTION OF PROPERTY | SERIAL NUMBER | EST. VALUE | RECOVERED | RELEASED |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

OFFICER: (PRINT NAME)  _P.O. Nelson_    SERIAL #:  _4964_

Form 100 P.D.  (Rev 6-2001)

Plaintiff 000244

Case 4:23-cv-00278-RK   Document 139-21   Filed 09/09/24   Page 71 of 102

# REPORT FORM NARRATIVE

☒ SUPP) CRN ___03095392___

PAGE __2__ OF __2__          DATE __12-2-03__

NARRATIVE:
On 12-2-03 at 2254 hours, P.O. Easley and I observed the listed vehicle pull into Emanuel Cleaver and prospect with a license plate not belonging to the vehicle.

I conducted a traffic stop at Emanuel Cleaver and prospect. I identified subject #1 as the driver. Upon completing a records check of subject #1 revealed him to have a pickup order from the Homicide unit that was issued on 10-16-03. Subject #1 was placed under arrest.

Sgt Rocker from the Homicide unit was contacted from the scene. P.O. Clough R#335 responded to the scene and transported subject #1 to Headquarters.

The vehicle was released to subject #1's aunt at his request.

P.O. McMeh 4964

**WANTED/CANCELLATION NOTICE**
**KANSAS CITY, MISSOURI POLICE DEPARTMENT**

Date of Report _12-3-03_ Time _____ Case Number _03095392_

PURPOSE:

_____ To issue (arrest want) (attempt to locate).

__✓__ To cancel (arrest want) (attempt to locate).

_____ (Arrest) (Information) want from outside agency.

_____ To post (arrest want) (attempt to locate) (information want in files.

_____ To cancel (arrest want) (attempt to locate (information want in files.

Disseminate to:

K.C.P.D. __✓__ METRO AREA _____ NATIONWIDE _____ N.C.I.C. Entry# _____

Outside agency making want request _____

Date _____ Agency file number _____

NATURE OF WANT _Homicide Pick up_

(Offense description, information interview, attempt to locate.)

Name _Thomas, Reginald E_ Alias _____

K.C.P.D.# _____ F.B.I.# _____ S.S.N. _495 76 4581_ FPC _____

Race _B_ Sex _M_ Age _____ DOB _8-30-70_ State of Birth _MO_

Height _5'11_ Weight _230_ Hair _bk_ Eyes _br_ Build _med_

Scars, deformities, etc. _____

Mental _____ Suicidal _____ Dangerous _____ Resist Arrest _____

Armed _____ Weapon Description _____

Relative or _____ Address _____

Associates _____ Address _____

Known to frequent _____

Remarks _____

_____

_____

_____

Vehicle _____ Color

Year _____ Make _____ Model _____ Body Style _____ Upper _____

I.D.# _____ City License # _____ Center _____

State License _____ LAST PAGE

MR.KHMJ 00027 15.28 12/03/03    KCPA.
PLEASE CANCEL THE PICK UP FOR HOMICIDE ON REGINALD E. THOMAS, B/M, 0
8-30-70, SS. 495764581, 511, 230 LBS ON CRN 03095392. THE SUBJECT HAS BEEN
ARRESTED.
SENDING AGENCY: KCMO-PD OPERATOR: DET. WILLIAMSON EOMR

Warrant issued _____ Jurisdiction will extradite _____

(Type)                                    (Yes - No - Unknown)

Message number _____ Operator _____ Date _____ Time _____

(Issued or received)                              (Issued or received)

This report cancels messages numbered _____

Reason for cancellation _Subject arrested on Pick up_

Requesting Unit _Homicide Unit_

Name of person                                    Person to contact if
making request _Det. Avery Williamson 4723_    apprehension is made _____

Form 42 P.D. (Rev. 5-68)

Plaintiff 000246

KANSAS CITY, MISSOURI POLICE DEPARTMENT
**REPORT FORM**

APPROVED BY _____

☒(SUPP) CRN  03-095392

SERIAL # _____

DATE  1-1-04

PAGE ____ OF ____

☐ BIAS CRIME  ☐ DEPARTMENT MEMBER  ☐ DEPARTMENT PROPERTY

| CLASSIFICATION OF OFFENSE / TITLE OF CASE | DATE OF OCCURRENCE | ROUTING: | |
|---|---|---|---|
| Investigation ARREST / Criminal Homicide | 1-1-04 | ☐ DRUG ENF. UNIT  ☐ GANG SECTION  ☐ JUVENILE SECTION  ☐ PIC | ☐ STREET NARCOTICS UNIT  ☐ FRAUD/FORGERY SECTION  ☐ BOMB & ARSON SECTION  ☐ PROB CRIMES SECT.  ☒ OTHER Homicide |
| | TIME OF OCCURRENCE 1415 | | |

| LOCATION OF OCCURRENCE 2700 Park | BEAT OF OCC 123 | BEAT REPORTING 352 |
|---|---|---|

**SUBJECT 1**

| LAST NAME Powell | FIRST NAME Mitchell | INT. C | JR / SR — | RACE B | SEX M | EST. AGE / D.O.B. 11-25-70 | STATE MO | MONIKER |
|---|---|---|---|---|---|---|---|---|

| HGT. 601 | WGT. 160 | BUILD MED | HAIR BK | EYES BK | COMP. MED | HAT — | COAT BLK | SHIRT/BLOUSE White | TROUSERS/SKIRT Blue | SOCIAL SECURITY NUMBER 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 |
|---|---|---|---|---|---|---|---|---|---|---|

ADDRESS 5641 S Bellefontaine  APT. —  CITY KC  STATE MO  BUSINESS / SCHOOL ADDRESS

HOME PHONE  BUSINESS PHONE  SPEC. I.D. CHAR. 38-J-11

G.O.S. #/ UTT  ORD. #  G.O.S. #/ UTT  ORD. #  BOOKING SLIP/G.O.S. #/UTT  ORD. #  INVESTIGATION ARREST APPROVING AUTHORITY

TRANSPORTED BY R#139  TRANSPORTED TO: ☒HQ ☐CPD ☐MPD ☐EPD ☐NPD ☐SPD ☐JUVENILE ☐HOSPITAL ☐OTHER  PRIORITY RELEASE

**SUBJECT 2**

| LAST NAME Johnson | FIRST NAME Vernin | INT. E | JR / SR — | RACE B | SEX F | EST. AGE / D.O.B. 1-2-54 | STATE MO | MONIKER |
|---|---|---|---|---|---|---|---|---|

| HGT. 506 | WGT. 145 | BUILD LG | HAIR BK | EYES BK | COMP. MED | HAT — | COAT BLK | SHIRT/BLOUSE Gray | TROUSERS/SKIRT BLK | SOCIAL SECURITY NUMBER 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 |
|---|---|---|---|---|---|---|---|---|---|---|

ADDRESS 2442 Askew  APT. —  CITY KC  STATE MO  BUSINESS / SCHOOL ADDRESS

HOME PHONE  BUSINESS PHONE  SPEC. I.D. CHAR.

G.O.S. #/ UTT  ORD. #  G.O.S. #/ UTT  ORD. #  BOOKING SLIP/G.O.S. #/UTT  ORD. #  INVESTIGATION ARREST APPROVING AUTHORITY

TRANSPORTED BY R#139  TRANSPORTED TO: ☒HQ ☐CPD ☐MPD ☐EPD ☐NPD ☐SPD ☐JUVENILE ☐HOSPITAL ☐OTHER  PRIORITY RELEASE

**SUBJECT 3**

| LAST NAME Johnson | FIRST NAME Melvin | INT. — | JR / SR — | RACE B | SEX M | EST. AGE / D.O.B. 8-12-77 | STATE MO | MONIKER |
|---|---|---|---|---|---|---|---|---|

| HGT. 507 | WGT. 210 | BUILD LG | HAIR BK | EYES BR | COMP. MED | HAT — | COAT — | SHIRT/BLOUSE White | TROUSERS/SKIRT Blue | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|

ADDRESS 4300 Harrison  APT. —  CITY KC  STATE MO  BUSINESS / SCHOOL ADDRESS

HOME PHONE  BUSINESS PHONE  SPEC. I.D. CHAR.

G.O.S. #/ UTT  ORD. #  G.O.S. #/ UTT  ORD. #  BOOKING SLIP/G.O.S. #/UTT  ORD. #  INVESTIGATION ARREST APPROVING AUTHORITY

TRANSPORTED BY  TRANSPORTED TO: ☐HQ ☐CPD ☐MPD ☐EPD ☐NPD ☐SPD ☐JUVENILE ☐HOSPITAL ☐OTHER  PRIORITY RELEASE

**VEHICLE**

| COLOR | YEAR | MAKE | MODEL | STYLE |
|---|---|---|---|---|

LICENSE  STATE  VEHICLE IDENTIFICATION #  TOW-IN NUMBER

SPEC. I.D. CHAR.

**PROPERTY**

| ITEM | QUAN-TITY | SUBJECT # | DESCRIPTION OF PROPERTY | SERIAL NUMBER | EST. VALUE | RECOVERED | RELEASED |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

OFFICER: (PRINT NAME) Canales  SERIAL #: 4707

Form 100 P.D. (Rev. 6-2001)

Plaintiff 000248

# REPORT FORM NARRATIVE

NARRATIVE:

On 1-1-04 at 1715 hours P.o. Forbes (R# 332) while in the area of 27 & Park observed the listed suspect #1. As the suspect observed our patrol car he began to run back into the residence at 2700 S. Park. The suspect who we knew on sight to have a P.I.U issued by the KCPD Homicide Unit for Criminal Homicide that came out on 10-16-03.

S1 was taken into custody in the door way of the residence. Inside the residence was S2 who had a question Advisory from the Homicide Unit. and S3 who ran up stairs and out a window on to the roof. S3 has a parking warrant out of KCK.

Suspect #1 was placed under arrest, S2 was escorted Voluntarily to HQ to speak with the Detective.

R# 330 Sgt Pawson responded to the scene.

4707

Supp. Case #  03-095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>LARRY E. WHITE B/M 04-17-79<br><br>OCC: 10-06-03, 2050 HOURS, 2831 PROSPECT | CONSENT TO SEARCH<br><br>2700 PARK<br>KANSAS CITY, MO. |

| Report By:<br>DET. MORGAN #4138  *SRM #4138* | Assignment:<br>HOMICIDE | Date:<br>10-15-03 | Page 1 of<br>1 Pages |
|---|---|---|---|

On 10-14-03 at approximately 1200 hours, the reporting detective was contacted by P.O. Huth of East Patrol Division regarding information about Gary Kitchen B/M 07-23-80 who was possibly inside his residence at 2700 Park with a .380 cal. Handgun.

At that time, detectives from the 1010 Homicide Squad responded to the area and upon arrival, P.O. Huth advised that Gary was caught attempting to enter his residence at 2700 Park through the back door. Gary was then transported to Police Headquarters at 1125 Locust where he signed Consent to Search of his residence.

The residence of 2700 Park was searched in regard to the listed homicide with negative results regarding evidence pertaining to the homicide.

Supervisor _____     File Page #_____
Form 107 P.D. (10-80)

Plaintiff 000258

KANSAS CITY, MISSOURI POLICE DEPARTMENT
**CONSENT TO SEARCH**

Case Report Number __03-09.53 92__

Location of Search __2700 Park__

Date __10/14/03__     Time __1200__

I, hereby, freely and voluntarily give my consent to members of the Kansas City, Missouri Police Department to conduct a search of: __2700 PARK__

_(Description of Premises or Vehicle)_

and seize any person or property determined by the Kansas City, Missouri Police Department to be relevant to the matter under investigation or any criminal matter for evidence of:

__Homicide__
_(Crime Being Investigated)_

I further authorize the making of photographs and sketches of the area being searched.

I understand the police department has no search warrant authorizing this search, that I have a constitutional right to refuse permission for them to conduct the search and any evidence found may be used against me in court.

(Signed) X __Sany Kitchen__

Witnesses: __#4104__
__DET. MT D. Bhn__

Items Seized: __None__

Where Seized: _____

(Officer) __Dt. Steve Meyer #4138__

Form 155 P.D. (Rev. 7-2001)

Plaintiff 000259

SUPP Case # 03-095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>V: LARRY E. WHITE, B/M, 04-17-79<br><br>OCC: 10-06-03, 2050 HOURS, 2831 PROSPECT<br>*Det. Matthew Williams 4299* | INTERVIEW<br><br>KERMIT M. O'NEAL, B/M, 02-01-61<br>HOMELESS<br>NO PHONE |

| Report By:<br>DET. MATTHEW WILLIAMS  #4299 | Assignment:<br>HOMICIDE UNIT | Date:<br>10-08-03 | Pag<br>2 P |
|---|---|---|---|

On 10-07-03 Det. Hoffman and I were at 2404 E. 29th in regard to the above captioned case. Th listed subject was at that address in Apt. # 1W when a warrant was served on that apartment. O'Neal was escorted to Police Headquarters and placed into interview room #1.

O'Neal was asked if he lived in the apartment where he was found and he advised he did not. I asked O'Neal where he lived and he stated he was homeless and he either sleeps in his van, which is parked on the street in front of the apartment or he sleeps in the apartment where he was found. I asked O'Neal if anyone lives in the apartment where he was found besides him and he advised it was OG's apartment. I then asked who was OG and he stated just a guy he had met about three weeks ago. I asked O'Neal to explain how he had met OG and he advised about three weeks ago he drove to Kansas City from Springfield Missouri where he had been living. He stated he came to Kansas City because one of his sisters lives in Grandview Missouri and he was coming up here to stay with her and to look for work. He stated he had not contacted his sister since being in Kansas City, however, he drove to the inner city and began looking for crack cocaine. O'Neal stated he has had an addition to crack for over ten years. He stated he was driving in the area of 29th and Prospect looking for crack when his van broke down in front of 2404 E. 29th. He stated he asked a black male, later to be known to him as OG, for some water for his van. He stated he started talking to OG and asked him if he had any work for him. He stated OG began paying him to watch his (OG's) apartment 2404 E. 29th # 1W. I asked O'Neal why did he watch OG's apartment and he stated he would just stay in OG's apartment whenever OG was gone and take care of OG's dog. I asked how much would OG pay him and he stated he really wasn't paid a certain amount, it was just if he (O'Neal) wanted anything like food, liquor or crack, then OG would either give him what he wanted or give him money to buy what he wanted. I asked how often would he watched OG's apartment and he advised almost everyday. He stated if OG was in the apartment, he would sit on the inside steps and unlock the door so people could enter the building. He stated if the police were to show up he was to knock on OG's door and warn him. He stated people would go to OG's door and put their hand inside the chained door with money. He stated the door would close and reopen and the person would be instructed to place their hand back inside and they would get crack. He stated he never saw crack in the apartment while he was watching it for OG, however, when he was "working the door", he would see people walk down the steps with crack in their hand from his apartment.

I asked O'Neal if he knew OG's real name and he stated he did not. I asked O'Neal if he knew any of OG's friends and he stated he only knew them by their nicknames, which were "T", Trey, Uzzy, G-Bone, and Face. He stated he thought "T" and Trey was the same people and that his first name might be Keith. He stated they were in their 30's with the exception of Face, which he thought was younger. I

Supervisor _____
Form 107 P.D. (10-80)

File Page #_____

asked him to describe the person he knew as OG and he stated he was a black male in his 50's, 601/285 with short hair. He stated OG drives an older, maybe 1989, maroon Ford mustang convertible. I asked if OG always sleeps at the apartment and he stated he only sleeps there a few times a week. I asked if he knew where else he stays at and he stated he thought maybe at his girlfriend's place but he did not know whom she was.

I asked O'Neal where he had slept last night and he advised he had slept in OG's apartment in the back room on a couch. He stated there had been a shooting earlier in the night and OG told him he could sleep inside. I asked him what he knew about the shooting and he stated he was sitting on the inside steps of the apartment when he heard about three shots and then a short time later he heard about five more shots. He stated he looked out the front door and saw people walking and did not think much about it. He stated the shots sounded as if they were in the distance and did not sound close. He stated he had heard someone talking about a guy being killed up at Fish Town on Prospect.

I asked O'Neal when was the last time he had seen OG the night of 10-06-03 and he advised he had went to his van to get some clothes and then went into OG's apartment to go to sleep sometime after 11:00PM. He stated OG was laying on the couch in the front room. I asked prior to that occasion, when was the last time he had seen OG and he stated sometime around 5:00PM he was at the apartment. I asked him if OG could have left during that time and he stated he could have gone out the back door. I asked O'Neal when the last time he had seen OG today and he advised he (OG) had left the apartment about 45 minutes before the police kicked in the door.

At 2005 hours, Det. Blehm took over the interview.

Plaintiff 000334

Case 4:23-cv-00278-RK   Document 139-21   Filed 09/09/24   Page 79 of 102

Supp. Case #  03-095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>LARRY E. WHITE B/M 04-17-79<br><br>OCC: 10-06-03, 2050 HOURS, 2831 PROSPECT | WITNESS STATEMENT<br><br>FELICIA M. JONES B/F 04-26-69<br>2838 PARK<br>KANSAS CITY, MO.<br>NO PHONE |

| Report By:<br>DET. MORGAN #4138 | Assignment:<br>HOMICIDE | Date:<br>10-14-03 | Page 1 of<br>1 Pages |
|---|---|---|---|

·On 10-14-03 at approximately 1530 hours, the reporting detective was contacted by P.O. Huth and P.O. Begley of East Patrol regarding a party they talked to who advised them that they had information regarding the listed homicide.

At that time, Felicia Jones B/F 04-26-69 was escorted to Police Headquarters at 1125 Locust, by the listed officers, and placed in a second floor interview room for questioning.  Upon contacting Felicia, she stated that she was in the area when the shooting occurred and that she could identify the suspects involved in shooting the victim.  Felicia gave a four page typed statement and identified the suspects in the statement, which she read and signed as the truth.  Felicia was then given a ride to the area of 26th St. and Vine and released.

Two photo line-ups consisting of six black males with a suspect in each line-up and two individual photos, which Felicia initialed and dated the back of each, were recovered and placed in the violent crimes property box with no value.

Supervisor _Sgt. T Nimnicu 4/23_          File Page #_____

Form 107 P.D. (10-80)

Plaintiff 000366

SUPP Case #  03-095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>VIC:  LARRY E. WHITE, B/M, 4/17/79<br><br>OCC:  10/6/03, 2046 HRS, 2831 PROSPECT | INTERVIEW<br><br>RONALD J. WHITE SR., B/M, 11-15-57<br>3009 MONTGALL<br>KANSAS CITY, MISSOURI 64108 |

| Report By: *Rong D. Blehm*<br>DET, ROBERT D. BLEHM #4104 | Assignment:<br>HOMICIDE UNIT | Date:<br>10/09/03 | Page 1 of<br>2 Pages |
|---|---|---|---|

On 10-07-03 at approximately 1000 hrs., Mr. White contacted the Homicide Unit (by telephone) and advised that he had information about the above captioned case.

On 10-07-03 at approximately 1100 hrs., I responded to 3009 Montgall and contacted Mr. White who identified himself as the uncle of the victim.

Mr. White stated that on 10-07-03 between 0300-0400 hrs., he was in the area of 2404 E. 29th Street. He stated he went to that location to purchase crack cocaine. He advised while he was at that location he heard a guy he knows as "O.G." talking with some others about the homicide that occurred last night. He advised O.G. stated, "I blasted that Nigga all the way to Prospect and then capped his ass!" White advised that O.G. was talking "freely" because he did not know that he was related to the victim. Mr. White was then shown several pictures of black males. White identified the picture of ARNOLD G. CARR JR., B/M, 02-06-53 as the person he knows as O.G.. He further advised that O.G. lives alone in the apartment located at 2404 E. 29th Street Apt. #1W and is always armed. He advised that O.G. has several younger unknown B/M's working for him and they are always armed as well. He advised that apartment 1W is a "crack house" and it has been in operation for at least 6 months. White also related that O.G. drives a purple/maroon colored Ford Mustang that has a convertible tan top. He advised O.G. often parks the vehicle in the gravel lot to the south of 2404 E. 29th Street.

On 10-07-03 at approximately 1200 hrs., the interview was concluded.

DEPOSITION
EXHIBIT
12

*Ronald White Sr*

Supervisor  *Sgt. Niemeir 4053*

File Page #_____

Form 107 P.D. (10-80)

Plaintiff 000369

SUPP Case #  03-095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>VIC: LARRY E. WHITE, B/M, 4/17/79<br><br>OCC: 10/6/03, 2046 HRS, 2831 PROSPECT | INTERVIEW<br><br>KERMIT M. O'NEAL, B/M, 02-01-61<br>HOMELESS |

| Report By: DET. ROBERT D. BLEHM #4104 | Assignment:<br>HOMICIDE UNIT | Date:<br>10/11/03 | Page 1 of<br>2 Pages |
|---|---|---|---|

On 10-07-03 at approximately 2005 hrs., I contacted Mr. O'Neal in interview room #1. Prior to my contact with Mr. O'Neal Det. Williams had interviewed the subject. For additional information see his report.

Mr. O'Neal was re-interviewed about the information he had given to Det. Williams. Mr. O'Neal remained consistent on his answers, however he recollected some additional information. O'Neal was asked if he knew the victim and he advised that he did not. He was then shown a picture of the victim at which time he advised he had seen him before. He stated the day before the homicide the victim came over to 2404 E. 29th Street and walked into the building demanding to speak with O.G.. He advised the victim knocked on the door of apartment 1W but nobody answered. He stated the victim then left the apartment and walked up and down the east and west sidewalks in front of 2404 E. 29th Street. O'Neal stated "Fuzzy" (identified as MITCHELL C. POWELL, B/M, 11-25-70) confronted the victim about "serving" in front of the apartment. O'Neal advised that Powell was angry with the victim for stealing customers and warned him to leave. O'Neal advised that shortly after that the victim left the scene. O'Neal was asked if he knew what "Fuzzy" was driving and he advised he recollected "rolling" in a Silver/Grey, possibly a Monte Carlo or Caprice. O'Neal felt that the car was a rental. I then asked Mr. O'Neal if anyone had weapons at the scene prior to the shooting and he advised than "Fuzzy", "Tre", and "G-Bone" all had pistols on them. He fur advised that they are always armed.

On 10-07-03 at approximately 2100 hrs., the interview was concluded and O'Neal was taken t to obtain treatment for cocaine addiction.

Supervisor _____

Form 107 P.D. (10-80)

File Page #_____

Plaintiff 000372
Case 4:23-cv-00278-RK   Document 139-21   Filed 09/09/24   Page 82 of 102

Supp. Case # 03-095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>V #1- LARRY E. WHITE B/M 04-17-79<br><br>OCC: 10-06-03, 2050 HOURS, 2831 PROSPECT | INTERVIEW<br><br>HILLIARD WOODCOX B/M 11-03-56<br>5020 BELLEFONTAIN<br>KANSAS CITY, MO. |

| Report By:<br>DET. MORGAN #4138 | Assignment:<br>HOMICIDE | Date:<br>10-09-03 | Page 1 of<br>1 Pages |
|---|---|---|---|

On 10-06-03 at approximately 2245 hours, the reporting detective along with other members of the 1010 Homicide Squad responded to the area of 29th and Prospect in regard to a homicide.

On 10-08-03 at approximately 1630 hours, Det. Blehm of the 1010 Homicide Squad was questioning a possible suspect regarding the homicide and stated that Arnold Carr b/m 02-06-53 advised that when the homicide occurred he was eating dinner with Hilliard Woodcox and Pam Woodcox at the Houston's restaurant on the Plaza. At that time, the reporting detective and Sgt. Niemeier of the 1010 Homicide Squad responded to 39th and Brooklyn and contacted Hilliard Woodcox b/m 11-03-56. Hilliard was questioned regarding his whereabouts on Monday October 6, 2003 around 8:00 p.m. Hilliard stated that he was eating dinner with his wife Pam, Arnold Carr whom he called OG, and Arnold's girlfriend Sherri at Houston's restaurant on the Plaza. Hilliard stated that they were together all night and that after diner they all went to his house and watched the rest of the Monday night football game.

Supervisor _____

Form 107 P.D. (10-80)

File Page #_____

STATEMENT OF LORIANNE MORROW TAKEN AT THE OFFICES OF THE VIOLENT CRIMES DIVISION BY DETECTIVE WILLIAMSON ON THIS 12TH DAY OF OCTOBER, 2003, AT 2142 HOURS.

MY NAME IS LORIANNE MORROW, I AM 39 YEARS OF AGE, HAVING BEEN BORN IN HOLY GROVE, ARKANSAS ON 7/20/64. I LIVE AT 11130 EASTERN, GRANDVIEW, MO, PHONE NUMBER 767-8364.

Q.  On 10/6/03 in the evening hours, were you in the area of 29th and Olive?

A.  Yes.


Q.  What did you observe when you were in the area of 29th and Olive?

A.  I observed Larry standing in the area of 29th and Olive selling two dimes of crack cocaine to some people that were in a car.


Q.  Where was Larry standing at?

A.  He was standing on the corner of 29th and Olive.


Q.  After you observed Larry selling the crack cocaine, what did you observe happen next?

A.  Tre came out the building hollering at him and then he started chasing him toward the alley.


Q.  Was Tre carrying anything?

A.  A long black gun. It could have been a .44 or a AK-47. It had a clip.


Q.  What happened next?

A.  Tre started firing at Larry, chased him through the alley.


Q.  Did Tre say anything?

A.  "Don't be selling on my turf." And he fired three times at him.


kj

Form 277 P.D. (2-79)

LM

Plaintiff 000777

Q. When Tre started chasing him through the alley, which way did they run?

A. They were going north up the alley then east towards Prospect.

Q. When they started running east towards Prospect, what happened next?

A. Larry hollered out "I'm gonna die. I'm gonna die." Then he collapsed right there at fish town.

Q. Was anybody with Tre while Larry was being chased?

A. Yes. His name is Kiki.

Q. Was Kiki carrying anything?

A. He had a gun but I couldn't see his as good as Tre's.

Q. What kind of gun did Kiki have?

A. His was small. It wasn't as big as the one Tre had.

Q. Did Kiki fire any shots?

A. No.

Q. What happened when Larry collapsed at fish town?

A. Tre rolled him over then shot him some more, probably five more times.

Q. Did you see these shots or did you see them?

A. I heard them, seen the fire from the bullets.

Q. Did you actually see the shots at fish town or did you hear them?

A. I heard them.

Q. What was Tre wearing that night?

A. He was dressed in all black with a hooded sweatshirt and black pants.

Form 277 P.D. (2-79)

Plaintiff 000778

Q.   What was Kiki wearing?

A.   He was dressed in all black also.

Q.   Ms. Morrow, I'm now showing you a picture of a black male.  Is this the man you know as Kiki?

A.   Yes.

   NOTE:  It should be noted the picture shown to Ms. Morrow was that of Gary D. Kitchen, b/m, 7/23/80.

Q.   Ms. Morrow, I'm now showing you photograph line-up containing six similar depicted black males.  Is any of these pictures Tre?

A.   Yes.  #5.

   NOTE:  #5 is identified as Keith L. Carnes, b/m, 3/7/70.  Ms. Morrow placed her initials and the date on the back of the line-up.

Q.   How do you know the victim, Larry?

A.   I've been knowing him because he grew up around my son.  He went to school with my son.

Q.   How do you know Tre?

A.   I purchased drugs from him.

Q.   How many total shots do you think were fired by Tre at the victim?

A.   The total I heard was eight.

Q.   Why were you at 29th and Olive?

A.   I was walking from my friend's house at 3028 Brooklyn to my boyfriend's house at 2604 Benton.

Q.   Who else witnessed the shooting?

A.   Wendy Lockett, Lisa, a black female about 30 years old, Red, black male, he works the door at the drug house, and Star, a white female, she's in her 30's.  There were several other people.

Form 277 P.D. (2-79)

L.M.

Q.   Is there anything else that you wish to add to this statement?

A.   No.

Q.   Will you read and sign this statement?

A.   Yes, I have read the above statement which consists of 4 page(s).  I understand it and I am
     signing it because it is the truth.

SIGNED _Lorianne Morrow_ WITNESS _Det. Amy White - 4720_

                              WITNESS _Det. Mn D. Ma #4104_

Form 277 P.D. (2-79)

Plaintiff 000780

SUPP Case #   03095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>V: LARRY E. WHITE, B/M, 04-17-79<br><br>OCC: 10-06-03, 2050 HOURS, 2831<br>     PROSPECT | INTERVIEW / RECOVERED PROPERTY<br><br>LORIANNE MORROW, B/F, 07-20-64<br>11130 EASTERN GRANDVIEW, MO.<br>767-8364 |

| Report By: *Det. Avery Williamson 4723*<br>DET. AVERY WILLIAMSON #4723 | Assignment:<br>HOMICIDE UNIT | Date:<br>10-13-03 | Page 1 of<br>1 Pages |
|---|---|---|---|

On 10-12-03 at 2045 hours, Detective Blehm and I responded to 1125 Locust, Police Headquarters, to conduct an interview with the listed subject. The listed subject voluntarily came to Police Headquarters to give information on the above captioned incident. The listed subject was placed in Interview Room #1.

The listed subject stated she was a witness in regard to the above captioned incident. The listed subject provided a four page typewritten statement, which she signed as the truth. The listed subject stated she knows "Tre" lives down south and "Tre" uses the apartment (2404 E. 29th Street 1W) to sell narcotics. (See the statement for additional information). The interview ended at 2215 hours and the listed subject was given a ride to 3009 Montgall by Detective Blehm.

The lineup was recovered and placed in the property box located in the Violent Crimes Unit.

Supervisor _____       File Page #_____
Form 107 P.D. (10-80)

Plaintiff 000813

SUPP Case #  03095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>V:  LARRY E. WHITE, B/M, 04-17-79<br><br>OCC:  10-06-03, 2050 HOURS, 2831<br>PROSPECT | INTERVIEW<br><br>LESLIE S. COLE, B/F, 06-23-67<br>2607 AGNES KANSAS CITY, MO. 64127<br>(816) 921-8798 |

| Report By:<br>DET. AVERY WILLIAMSON  #4723 | Assignment:<br>HOMICIDE UNIT | Date:<br>10-08-03 | Page 1 of<br>1 Pages |
|---|---|---|---|

On 10-07-03 at approximately 0045 hours I responded to 1125 Locust, Police Headquarters, in regard to the above captioned incident.

Upon arrival I made contact with the listed subject in interview room #1.  The listed subject stated on 10-06-03 at approximately 2030 hours she was walking home from a friend's house at Linwood and Garfield.  The listed subject stated she was walking East on 30th Street between Olive and Wabash when she heard a series of about six to eleven gunshots.  The listed subject stated the gunshots were very loud and she stated they sounded very close to her location.  The listed subject stated she observed two people dressed in dark clothing run East through the intersection of 29th and Wabash.  The listed subject stated she could not tell if they were carrying anything.  The listed subject continued to walk towards Prospect and she stated she was near the intersection of 30th and Prospect when she heard one more gunshot.  The listed subject stated there were approximately forty-five seconds between the first series of gunshots and the last gunshot.  The listed subject stated she began to walk North on Prospect and she observed a young black kid leaving the fish restaurant at 2831 Prospect with food.  The listed subject stated the young black kid got into the passenger side of an unknown type gold vehicle and left.  The listed subject stated she continued to walk North on Prospect and she observed the victim lying in the parking lot at 2831 Prospect.  The listed subject observed the victim lying face down and a crowd of about ten people standing by the victim.  The listed subject stated she observed an unknown black female remove the victim's hood from the victim's face to tell if the victim was breathing.  The listed subject stated police arrived and the people in the parking lot left.



DEPOSITION
EXHIBIT
9

Supervisor _____

Form 107 P.D. (10-80)

File Page #_____

Plaintiff 000984

**WANTED/CANCELLATION NOTICE**
**KANSAS CITY, MISSOURI POLICE DEPARTMENT**

Date of Report _10-16-03_ Time _1400_ Case Number _03095392_

PURPOSE:
__X__ To issue (arrest want) (attempt to locate).
_____ To cancel (arrest want) (attempt to locate).
_____ (Arrest) (Information) want from outside agency.

_____ To post (arrest want) (attempt to locate) (information want) in files.
_____ To cancel (arrest want) (attempt to locate) (information want) in files.

Disseminate to:
K.C.P.D. __X__ METRO AREA _____ NATIONWIDE _____ N.C.I.C. Entry# _____

Outside agency making want request _____
Date _____ Agency file number _____

NATURE OF WANT _Pick Up_
(Offense description, information interview, attempt to locate.)

Name _Damon A. Rhodes_ _____ Alias _____
K.C.P.D.# _____ F.B.I.# _____ S.S.N. _495 74 7423_ FPC _____
Race _B_ Sex _M_ Age _28_ DOB _5-14-75_ State of Birth _MO_
Height _6'1_ Weight _240_ Hair _bk_ Eyes _br_ Build _med_
Scars, deformities, etc. _____
Mental _____ Suicidal _____ Dangerous _____ Resist Arrest _____
Armed _____ Weapon Description _____
Relative or _____ Address _____
Associates _____ Address _____
Known to frequent _2404 E 29th_ _____
Remarks _2405_ _____

PAGE 1
LAST PAGE

MR.KHML 00019 14.13 10/16/03        ALRT.
PLEASE ISSUE A PICK UP FOR HOMICIDE FOR DAMON A. RHODES, B/M, 05-14-
75, SS 495747423, 601, 240 LBS., ON CRN 03095392. SUBJECT IS KNOWN TO
FREQUENT THE AREA OF 2404 E. 29TH. SUBJECT SHOULD BE CONSIDERED 10-31.
CONTACT DET. WILLIAMSON OF THE HOMICIDE UNIT AT (913) 644-7392 WHEN
ARRESTED.
SENDING AGENCY: KCMO-PD OPERATOR: DET. WILLIAMSON EOMR

Remarks _____

_____

Warrant issued _____ Jurisdiction will extradite _____
              (Type)                                    (Yes - No - Unknown)

Message number _____ Operator _____ Date____ Time _____
              (Issued or received)                      (Issued or received)

This report cancels messages numbered _____

Reason for cancellation _____

Requesting Unit _Homicide Unit_
Name of person _Det. Williamson_
making request

Person to contact if
apprehension is made _Det. Williamson (913) 644-7392_

Form 42 P.D. (Rev. 5-68)

Plaintiff 001049

**WANTED/CANCELLATION NOTICE**
**KANSAS CITY, MISSOURI POLICE DEPARTMENT**

Date of Report _10-7-03_ Time _1905_ Case Number _03-095392_

PURPOSE:
___X__ To issue (arrest want) (attempt to locate).
_____ To cancel (arrest want) (attempt to locate).
_____ (Arrest) (Information) want from outside agency.

_____ To post (arrest want) (attempt to
         locate) (information want) in files.
_____ To cancel (arrest want) (attempt to
         locate) (information want) in files.

Disseminate to:
K.C.P.D. ___X___ METRO AREA _____ NATIONWIDE _____ N.C.I.C. Entry# _____

Outside agency making want request _____
Date _____ Agency file number _____

NATURE OF WANT _____ _Pick-up For Homicide_
(Offense description, information interview, attempt to locate.)

Name _Arnold Carr_ Alias _OG_

K.C.P.D.# _____ F.B.I.# _796269_ S.S.N. _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_ FPC _____

Race _B_ Sex _M_ Age _50_ DOB _2-6-53_ State of Birth _MO_

Height _6'1"_ Weight _240_ Hair _BLK_ Eyes _BRN_ Build _HVY_

Scars, deformities, etc. _____

Mental _____ Suicidal _____ Dangerous _____ Resist Arrest _____

Armed __·__ Weapon Description _____

Relative or _____ Address _____
Associates _____ Address _____

Known to frequent _2404 E. 29th Apt. 1W_

Remarks _____

PAGE     1
LAST PAGE

MR.KHMH 00070 19.29 10/07/03      REGN.

PLEASE ISSUE A PICK-UP FOR HOMICIDE ON CRN 03-095392 FOR ARNOLD CARR B/M
02-06-53 SSN 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 6'1" 240LBS. THE PARTY IS KNOWN TO FREQUENT 2404
E.29TH ST. AND IS KNOWN TO DRIVE A DARK MAROON FORD MUSTANG CONVERTABLE. IF
LOCATED CONTACT DET. BLEHM IN THE HOMICIDE UNIT AT 816-234-5043.
SENDING AGENCY: KCMOPD OPERATOR: MORGAN EOMR

_____                    _____
         (Type)                              (Yes - No - Unknown)

Message number _____ Operator _____ Date ____ Time ____
              (Issued or received)                        (Issued or received)

This report cancels messages numbered _____

Reason for cancellation _____

Requesting Unit _Homicide_                Person to contact if
Name of person                            apprehension is made _Det. Blehm_
making request _Det. Morgan_

Form 42 P.D. (Rev. 5-68)

Plaintiff 001052

# WANTED/CANCELLATION NOTICE
## KANSAS CITY, MISSOURI POLICE DEPARTMENT

Date of Report __1/1/04__ Time __1953__ Case Number __0309 5392__

PURPOSE:
_____ To issue (arrest want) (attempt to locate).
_____ To cancel (arrest want) (attempt to locate).
_____ (Arrest) (Information) want from outside agency.

_____ To post (arrest want) (attempt to locate) (information want) in files.
__X__ To cancel (arrest want) (attempt to locate) (information want) in files.

Disseminate to:
K.C.P.D. __X__ METRO AREA _____ NATIONWIDE _____ N.C.I.C. Entry# _____

Outside agency making want request _____
Date _____ Agency file number _____
NATURE OF WANT __HOMICIDE PICK UP__
(Offense description, information interview, attempt to locate.)

Name __Mitchell C. Powell__ Alias _____
K.C.P.D.# _____ F.B.I.# _____ S.S.N. __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__ FPC _____
Race __B__ Sex __M M__ Age __33__ DOB __1-25-70__ State of Birth __MO__
Height __6'__ Weight __160__ Hair __BLK__ Eyes __BRN__ Build _____
Scars, deformities, etc. _____
Mental _____ Suicidal _____ Dangerous _____ Resist Arrest _____
Armed _____ Weapon Description _____
Relative or _____ Address _____
Associates _____ Address _____
Known to frequent _____
Remarks _____
_____
_____

Vehicle _____ Color _____

PAGE     1
LAST PAGE

MR.KHMJ 00001 19.57 01/01/04     KCPA.
PLEASE CANCEL THE PICKUP FOR HOMICIDE FOR MITCHELL C. POWELL, B/M, 1
1-25-70, SS492766317 ISSUED ON CRN 03095392. SUBJECT HAS BEEN ARRESTED..
SENDING AGENCY: KCMO-PD OPERATOR: DET. ROBERT D BLEHM EOMR

(Type)

Message number _____ Operator _____ Date _____ Time _____
(Issued or received)                                    (Issued or received)

This report cancels messages numbered _____
Reason for cancellation __SUBJECT HAS BEEN Arrested.__

Requesting Unit __HOMICIDE__         Person to contact if
Name of person __BLEHM__             apprehension is made __N/A__
making request

Form 42 P.D. (Rev. 5-68)

Plaintiff 001053

# WANTED/CANCELLATION NOTICE
## KANSAS CITY, MISSOURI POLICE DEPARTMENT

Date of Report 10|8|03    Time 1510    Case Number 03-095392

PURPOSE:
_____ To issue (arrest want) (attempt to locate).
__X__ To cancel (arrest want) (attempt to locate).
_____ (Arrest) (Information) want from outside agency.

_____ To post (arrest want) (attempt to locate) (information want) in files.
_____ To cancel (arrest want) (attempt to locate) (information want) in files.

Disseminate to:
K.C.P.D. ____X____ METRO AREA ____X____ NATIONWIDE _____ N.C.I.C. Entry# _____

Outside agency making want request _____
Date _____ Agency file number _____

NATURE OF WANT    Homicide
(Offense description, information interview, attempt to locate.)

Name Arnold G. Carr Jr.    Alias _____
K.C.P.D.# _____ F.B.I.# _____ S.S.N. 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 ____ FPC _____
Race B ____ Sex M ____ Age 50 ____ DOB 2-6-53 ____ State of Birth MO ____
Height 601 ____ Weight 240 ____ Hair BK ____ Eyes BR    MO ____ Build LARGE
Scars, deformities, etc. _____
Mental _____ Suicidal _____ Dangerous _____ Resist Arrest _____
Armed _____ Weapon Description _____
Relative or _____ Address _____
Associates _____ Address _____
Known to frequent 2404 E. 29
Remarks PLEASE CANCEL PICKUP. SUBJECT TURNED HIMSELF IN.

_____

Vehicle                                                          Color
Year 1992    Make FORD    Model MUSTANG    Body Style 2-DOOR    Upper MAROON
I.D.# _____ City License # _____ Center _____
State License 03 ____ MO ____ 249 STL ____ Lower ____
            (Year)  (State)   (Type)      (Number)
Identifying features: (Damage, customizing, etc.) CONVERTIBLE

Remarks CANCEL PICKUP FOR VEHICLE.

_____            PAGE    1
                                                           LAST PAGE

Warra  MR.KVC6 00096 15.17 10/08/03    REGN.
       CANCEL P/U FOR CRN 03-095392, HOMICIDE, ARNOLD G. CARR JR., B/M,
       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, 2/6/53, 6'1", 240 LBS, BLK HAIR, BRN EYES, LARGE BUILD, KNOWN
       TO FREQUENT 2404 E. 29TH, DRIVING 1992 FORD MUSTANG, 2DR, MAROON, LICENSE
Mess:  249STL MO 03, SUBJECT TURNED HIMSELF IN, DET. WILLIAMS, HOMICIDE UNIT.
       SENDING AGENCY: KCMO PD OPERATOR: KJ EOMR                        ved)

This r

Reas:

Requesting Unit    Homicide
Name of person    DET. M. WILLIAMS
making request

Person to contact if
apprehension is made _____

Form 42 P.D. (Rev. 5-68)

Plaintiff 001099

# WANTED/CANCELLATION NOTICE
# KANSAS CITY, MISSOURI POLICE DEPARTMENT

Date of Report _10-13-03_ Time _1015_ Case Number _03095392_

PURPOSE:
__X__ To issue (arrest want) (attempt to locate).
_____ To cancel (arrest want) (attempt to locate).
_____ (Arrest) (Information) want from outside agency.

_____ To post (arrest want) (attempt to locate) (information want) in files.
_____ To cancel (arrest want) (attempt to locate) (information want) in files.

Disseminate to:
K.C.P.D. __X__ METRO AREA _____ NATIONWIDE _____ N.C.I.C. Entry# _____

Outside agency making want request _____
Date _____ Agency file number _____
NATURE OF WANT _Pick Up Homicide_
(Offense description, information interview, attempt to locate.)

Name _Gary D. Kitchen_ Alias _____
K.C.P.D.# _____ F.B.I.# _____ S.S.N. _486 84 6636_ FPC _____
Race _B_ Sex _M_ Age _23_ DOB _7-23-80_ State of Birth _MO_
Height _5'9_ Weight _160_ Hair _bk_ Eyes _br_ Build _med_
Scars, deformities, etc. _____
Mental _____ Suicidal _____ Dangerous _____ Resist Arrest _____
Armed _____ Weapon Description _____
Relative or _____ Address _____
Associates _____ Address _____
Known to frequent _2700 Park 2400 block E 29th_
Remarks _____

Vehicle _____ Color _____

PAGE 1
LAST PAGE

```
MR.KHML 00013 10.27 10/13/03    ALRT.
PLEASE ISSUE A PICK UP FOR HOMICIDE FOR GARY D. KITCHEN, B/M, 07-23-
80, SS 486846636, 509, 160 LBS, ON CRN 03095392. SUBJECT IS KNOWN TO
FREQUENT THE AREAS OF 2700 PARK AND 2400 BLOCK OF E. 29TH. SUBJECT SHOULD
BE CONSIDERED 10-31. CONTACT DET. WILLIAMSON OF THE HOMICIDE UNIT AT (913)
644-7392 WHEN ARRESTED.
SENDING AGENCY: KCMO-PD OPERATOR: DET. WILLIAMSON EOMR
```

Warrant issued _____ Jurisdiction will extradite _____
(Type) (Yes - No - Unknown)

Message number _____ Operator _____ Date____Time____
(Issued or received) (Issued or received)

This report cancels messages numbered _____

Reason for cancellation _____

Requesting Unit _Homicide Unit_
Name of person
making request _Det. Avery Williamson_

Person to contact if
apprehension is made _Det. Avery Williamson (913) 644-739_

Form 42 P.D. (Rev. 5-68)

Plaintiff 001100

## WANTED/CANCELLATION NOTICE
## KANSAS CITY, MISSOURI POLICE DEPARTMENT

Date of Report _10-16-03_ Time _1425_ Case Number _03095392_

PURPOSE:
_X_ To issue (arrest want) (attempt to locate).     ____ To post (arrest want) (attempt to
____ To cancel (arrest want) (attempt to locate).     locate) (information want) in files.
____ (Arrest) (Information) want from outside agency.     ____ To cancel (arrest want) (attempt to
        locate) (information want) in files.

Disseminate to: _X_
K.C.P.D. _____ METRO AREA _____ NATIONWIDE _____ N.C.I.C. Entry# _____

Outside agency making want request _____
Date _____ Agency file number _____
NATURE OF WANT _Pick Up_____
        (Offense description, information interview, attempt to locate.)

Name _Mitchell C. Powell_____ Alias _____
K.C.P.D.# _____ F.B.I.# _____ S.S.N. _492 76 6317_ FPC ____
Race _B_ Sex _m_ Age ____ DOB _11-25-70_ State of Birth _MO_
Height _6'1_ Weight _160_ Hair _bk_ Eyes _br_ Build _med_
Scars, deformities, etc. _____
Mental _____ Suicidal _____ Dangerous _____ Resist Arrest _____
Armed _____ Weapon Description _____
Relative or _____ Address _____
Associates _____ Address _____
Known to frequent _2404 E 29th_____
Remarks _____

                                    PAGE    1
                                    LAST PAGE

MR.KHML 00020 14.37 10/16/03     KCPA.
PLEASE ISSUE A PICK UP FOR HOMICIDE FOR MITCHELL C. POWELL, B/M, 11-
25-70, SS 492766317, 601, 160 LBS., ON CRN 03095392. SUBJECT IS KNOWN TO
FREQUENT THE AREAS OF 2404 E. 29TH. SUBJECT SHOULD BE CONSIDERED 10-31.
CONTACT DET. WILLIAMSON OF THE HOMICIDE UNIT AT (913) 644-7392 WHEN
ARRESTED.
SENDING AGENCY: KCMO-PD OPERATOR: DET. WILLIAMSON EOMR

Remarks _____
_____
_____

Warrant issued _____ Jurisdiction will extradite _____
           (Type)                           (Yes - No - Unknown)

Message number _____ Operator _____ Date ____ Time ____
          (Issued or received)                           (Issued or received)

This report cancels messages numbered _____

Reason for cancellation _____

Requesting Unit _Homicide Unit_____    Person to contact if _Det. Williamson_
Name of person                   apprehension is made _(913) 644 7392_
making request _Det. Williamson_

Form 42 P.D. (Rev. 5-68)

Plaintiff 001101

# WANTED/CANCELLATION NOTICE
## KANSAS CITY, MISSOURI POLICE DEPARTMENT

Date of Report __10-16-03__ Time __1400__ Case Number __03095392__

PURPOSE:

_X_ To issue (arrest want) (attempt to locate).
_____ To cancel (arrest want) (attempt to locate).
_____ (Arrest) (Information) want from outside agency.

_____ To post (arrest want) (attempt to locate) (information want) in files.
_____ To cancel (arrest want) (attempt to locate) (information want) in files.

Disseminate to:
K.C.P.D. _X_ METRO AREA _____ NATIONWIDE _____ N.C.I.C. Entry# _____

Outside agency making want request _____
Date _____ Agency file number _____

NATURE OF WANT __Pick up__
(Offense description, information interview, attempt to locate.)

Name __Reginald E. Thomas__ Alias _____
K.C.P.D.# _____ F.B.I.# _____ S.S.N. __495 76 4581__ FPC _____
Race __B__ Sex __M__ Age __33__ DOB __8-30-70__ State of Birth __MO__
Height __5'11__ Weight __220__ Hair __bK__ Eyes __br__ Build __med__
Scars, deformities, etc. _____
Mental _____ Suicidal _____ Dangerous _____ Resist Arrest _____
Armed _____ Weapon Description _____
Relative or _____ Address _____
Associates _____ Address _____
Known to frequent __2404 E 29th Street__
Remarks _____

PAGE        1
LAST PAGE

MR.KHML 00018 14.08 10/16/03     ALRT.
PLEASE ISSUE A PICK UP FOR HOMICIDE FOR REGINALD E. THOMAS, B/M,08-3
0-70, SS 495764581, 511, 220 LBS., ON CRN 03095392. SUBJECT IS KNOWN TO
FREQUENT 2404 E. 29TH STREET. SUBJECT SHOULD BE CONSIDERED 10-31. CONTACT
DET. WILLIAMSON OF THE HOMICIDE UNIT AT (913) 644-7392 WHEN ARRESTED.
SENDING AGENCY: KCMO-PD OPERATOR: DET. WILLIAMSON EOMR

Remarks _____

Warrant issued _____ Jurisdiction will extradite _____
        (Type)                                (Yes - No - Unknown)

Message number _____ Operator _____ Date_____Time_____
        (Issued or received)                        (Issued or received)

This report cancels messages numbered _____

Reason for cancellation _____

Requesting Unit __Homicide Unit__       Person to contact if    __Det. Williamson__
Name of person __Det. Williamson__      apprehension is made    __(913)644-7392__
making request

Form 42 P.D. (Rev. 5-68)

Plaintiff 001102

## WANTED/CANCELLATION NOTICE
## KANSAS CITY, MISSOURI POLICE DEPARTMENT

Date of Report _10-14-03_ Time _1600_ Case Number _03095392_

PURPOSE:

_____ To issue (arrest want) (attempt to locate).

__X__ To cancel (arrest want) (attempt to locate).

_____ (Arrest) (Information) want from outside agency.

_____ To post (arrest want) (attempt to locate) (information want) in files.

_____ To cancel (arrest want) (attempt to locate) (information want) in files.

Disseminate to:

K.C.P.D. __X__ METRO AREA _____ NATIONWIDE _____ N.C.I.C. Entry# _____

Outside agency making want request _____

Date _____ Agency file number _____

NATURE OF WANT _Pick Up_

(Offense description, information interview, attempt to locate.)

Name _Keith L. Carnes_ Alias _____

K.C.P.D.# _____ F.B.I.# _____ S.S.N. _544 90 7112_ FPC _____

Race _B_ Sex _M_ Age _33_ DOB _3-7-70_ State of Birth _MO_

Height _5'11_ Weight _190_ Hair _bk_ Eyes _br_ Build _med_

Scars, deformities, etc. _____

Mental _____ Suicidal _____ Dangerous _____ Resist Arrest _____

Armed _____ Weapon Description _____

Relative or _____ Address _____

Associates _____ Address _____

Known to frequent _____

Remarks _____

PAGE 1
LAST PAGE

```
MR.KHML 00016 16.05 10/14/03     ALRT.
PLEASE CANCEL THE HOMICIDE PICK UP FOR KEITH L. CARNES, B/M, 03-07-7
0, SS 544907112, 511, 170 LBS ON CRN 03095392. THE SUBJECT HAS BEEN ARRESTED
ON THE PICK UP.
SENDING AGENCY: KCMO-PD OPERATOR: DET. WILLIAMSON EOMR
```

Warrant issued _____ Jurisdiction will extradite _____

(Type) (Yes - No - Unknown)

Message number _____ Operator _____ Date ____ Time ____

(Issued or received) (Issued or received)

This report cancels messages numbered _____

Reason for cancellation _Subject arrested on Pick up_

Requesting Unit _Homicide Unit_ Person to contact if apprehension is made _____

Name of person making request _Det. Avery Williamson_

Form 42 P.D. (Rev. 5-68)

Plaintiff 001105

**WANTED/CANCELLATION NOTICE**
**KANSAS CITY, MISSOURI POLICE DEPARTMENT**

Date of Report _10-14-0 3_ Time _1400_ Case Number _03095392_

PURPOSE:
_____ To issue (arrest want) (attempt to locate).
__X__ To cancel (arrest want) (attempt to locate).
_____ (Arrest) (Information) want from outside agency.

_____ To post (arrest want) (attempt to locate) (information want) in files.
_____ To cancel (arrest want) (attempt to locate) (information want) in files.

Disseminate to: ✓
K.C.P.D. _____ METRO AREA _____ NATIONWIDE _____ N.C.I.C. Entry# _____

Outside agency making want request _____
Date _____ Agency file number _____
NATURE OF WANT _Pick up_
(Offense description, information interview, attempt to locate.)

Name _Gary D. Kitchen_ Alias _____
K.C.P.D.# _____ F.B.I.# _____ S.S.N. _486 84 6636_ FPC _____
Race _B_ Sex _M_ Age _23_ DOB _7-23-80_ State of Birth _MO_
Height _5'9_ Weight _160_ Hair _bk_ Eyes _br_ Build _med_
Scars, deformities, etc. _____
Mental _____ Suicidal _____ Dangerous _____ Resist Arrest _____
Armed _____ Weapon Description _____
Relative or _____ Address _____
Associates _____ Address _____
Known to frequent _____

PAGE    1
LAST PAGE

MR.KHML 00015 14.09 10/14/03    ALRT.
PLEASE CANCEL THE PICK UP FOR HOMICIDE FOR GARY D. KITCHEN, B/M, 07-
23-80, SS 486846636, 509, 160 LBS, ON CRN 03095392. THE SUBJECT HAS BEEN
ARRESTED ON THE PICK UP.
SENDING AGENCY: KCMO-PD OPERATOR: DET. WILLIAMSON EOMR

Warrant issued _____ Jurisdiction will extradite _____
(Type)                                                    (Yes - No - Unknown)

Message number _____ Operator _____ Date_____ Time _____
(Issued or received)                                           (Issued or received)

This report cancels messages numbered _____
Reason for cancellation _Subject arrested on his pick up_
Requesting Unit _Homicide Unit_
Name of person                                Person to contact if
making request _Det. Avery Williamson_    apprehension is made _____

Form 42 P.D. (Rev. 5-68)

Plaintiff 001106

## WANTED/CANCELLATION NOTICE
## KANSAS CITY, MISSOURI POLICE DEPARTMENT

Date of Report _10-13-03_ Time _1450_ Case Number _03095392_

PURPOSE:
- _X_ To issue (arrest want) (attempt to locate).
- ___ To cancel (arrest want) (attempt to locate).
- ___ (Arrest) (Information) want from outside agency.

- ___ To post (arrest want) (attempt to locate) (information want) in files.
- ___ To cancel (arrest want) (attempt to locate) (information want) in files.

Disseminate to:
K.C.P.D. _X_ METRO AREA ___ NATIONWIDE ___ N.C.I.C. Entry# ___

Outside agency making want request ___
Date ___ Agency file number ___

NATURE OF WANT _Questioning Advisory_
(Offense description, information interview, attempt to locate.)

Name _Wendy L. Lockett_ Alias ___
K.C.P.D.# ___ F.B.I.# ___ S.S.N. _496 76 2504_ FPC ___
Race _B_ Sex _F_ Age _39_ DOB _3-8-64_ State of Birth _MO_
Height _6'0_ Weight _170_ Hair _bk_ Eyes _br_ Build _med_
Scars, deformities, etc. ___
Mental ___ Suicidal ___ Dangerous ___ Resist Arrest ___
Armed ___ Weapon Description ___
Relative or ___ Address ___
Associates ___ Address ___
Known to frequent _26th and Prospect   28th and Prospect_
Remarks ___

Vehicle ___ Color ___

PAGE 1
LAST PAGE

```
MR.KHML 00014 15.00 10/13/03    ALRT.
PLEASE ISSUE A QUESTIONING ADVISORY FOR HOMICIDE FOR WENDY L. LOCKET
T, B/F, 03-08-64, SS 496762504, 600, 170 LBS, ON CRN 03095392. SUBJECT IS
KNOWN TO FREQUENT THE AREAS OF 26TH AND PROSPECT AND 28TH AND PROSPECT.
CONTACT DETECTIVE WILLIAMSON OF THE HOMICIDE UNIT AT (913) 644-7392 IF
CONTACT IS MADE.
SENDING AGENCY: KCMO-PD OPERATOR: DET. WILLIAMSON EOMR
```

Warrant issued ___ Jurisdiction will extradite ___
(Type) (Yes - No - Unknown)

Message number ___ Operator ___ Date ___ Time ___
(Issued or received) (Issued or received)

This report cancels messages numbered ___

Reason for cancellation ___

Requesting Unit _Homicide Unit_
Name of person _Det. Avery Williamson_
making request

Person to contact if _Det. Williamson (913) 644-7392_
apprehension is made

Form 42 P.D. (Rev. 5-68)

Plaintiff 001107

SUPP Case # __03095392__

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>V: LARRY E. WHITE, B/M, 04-17-79<br><br>OCC: 10-06-03, 2050 HOURS, 2831 PROSPECT | SUSPECT INTERROGATON<br><br>DAMON A. RHODES, B/M, 05-14-75<br>3807 OLIVE KANSAS CITY, MO. 64109<br>(816) 651-8274 CELL |

| Report By:<br>DET. AVERY WILLIAMSON #4723 | Assignment:<br>HOMICIDE UNIT | Date:<br>11-20-03 | Page 1 of<br>1 Pages |
|---|---|---|---|

On 11-12-03 at 1050 hours, the listed subject and his attorney, John Price, voluntarily responded to 1125 Locust, Police Headquarters, in regard to the above captioned case.

Rhodes and his attorney were escorted to interview room #1 located in the Violent Crimes Division. Rhodes read his Miranda Rights out loud in the presence of Detective Blehm and I. Rhodes stated he understood his rights, signed the Miranda Waiver Form 340 PD at 1055 hours, and agreed to be questioned in regard to the above captioned incident.

Rhodes stated he did not have any involvement in the homicide. Rhodes stated he first heard about the shooting on the news. Rhodes stated that he goes to 2404 E. 29th Street to gamble at O.G.'s, Arnold G. Carr, B/M, 02-06-53. Rhodes denied any involvement in selling narcotics at the residence and stated he d not know it was a crack house.

Rhodes stated on 10-06-03 at about 1800 hours he went to Sabrina Smith's house, unknown DOB, at 1620 Bellfontaine. Rhodes stated Smith is his girlfriend. Rhodes stated Smith cleans the Bank of America at 78th and Quivira and he helps her. Rhodes stated on 10-06-03 at about 1930 hours he went with Smith to clean the bank. Rhodes stated he and Smith and Smith's two children went to the bank and were there until about 2200 hours. Rhodes stated when they left the bank they went back to Smith's residence where he stayed the night.

The interrogation ended at approximately 1135 hours and Rhodes was taken to the Detention Unit and booked on a twenty-four hour hold for homicide. See Detective Blehm's case information report for further.

Supervisor _____     File Page #_____
Form 107 P.D. (10-80)

Plaintiff 001162

SUPP Case # 03095392

| Title of Investigation | Subject of Report |
|---|---|
| HOMICIDE<br><br>VIC: LARRY E. WHITE, B/M, 4/17/79<br><br>OCC: 10/6/03, 2046 HRS, 2831 PROSPECT | CASE INFORMATION |

| Report By:<br>DET. ROBERT D. BLEHM #4104 RDB | Assignment:<br>HOMICIDE UNIT | Date:<br>11-15-03 | Page 1 of<br>2 Pages |
|---|---|---|---|

On 11-12-03 at approximately 1200 hrs., Det. Downing and I responded to 7747 Quivira, Lenexa, Kansas (Bank of America) in reference to the above captioned offense.  It should be noted that I had received information that Damon Rhodes (a suspect in the above case) was reportedly cleaning a bank with his girlfriend at the time of the homicide.

Upon arrival I contacted Bridgett Williams, 816-979-8213 (Bank Manager).  I advised her that I needed a copy of her banks surveillance tape from 10-06-03.  She advised the tape had been recovered by the Lenexa Police Department in reference to an unrelated forgery earlier on that day.

On 11-12-03 at approximately 1310 hrs., Det. Morgan and I responded to 12500 W. 87th Street, Lenexa, Kansas (Lenexa Police Department).

Upon arrival we contacted Property Officer Garrison.  Garrison located the tape in the property room. Garrison further advised that she had a multiplexer (special VCR that plays "plexed" surveillance tapes) on site and advised that we could use it if needed.  Det. Morgan and I then placed the tape in the multiplexer and began watching it.  The tape clearly shows Damon Rhodes inside the Bank of America on 10-06-03 at 2045 hrs.

On 11-12-03 at approximately 1357 hrs., our contact with Garrison was terminated.  It should be noted that the tape was not recovered due to it being held as evidence by The Lenexa P.D..  A copy of the tape was not obtained because the Detective working the Forgery case was unable to be contacted and must authorize the release.

Supervisor _____     File Page #_____
Form 107 P.D. (10-80)

Plaintiff 001163

# WANTED/CANCELLATION NOTICE
## KANSAS CITY, MISSOURI POLICE DEPARTMENT

Date of Report _11-13-03_ Time _1000_ Case Number _03095392_

PURPOSE:
_____ To issue (arrest want) (attempt to locate).
__X__ To cancel (arrest want) (attempt to locate).
_____ (Arrest) (Information) want from outside agency.

_____ To post (arrest want) (attempt to
locate) (information want) in files.
_____ To cancel (arrest want) (attempt to
locate) (information want) in files.

Disseminate to:
K.C.P.D. __X__ METRO AREA _____ NATIONWIDE _____ N.C.I.C. Entry# _____

Outside agency making want request _____
Date _____ Agency file number _____
NATURE OF WANT _Homicide Pick up_
(Offense description, information interview, attempt to locate.)

Name _Rhodes, Damon A_ Alias _____
K.C.P.D.# _____ F.B.I.# _____ S.S.N. _495 74 7423_ FPC _____
Race _B_ Sex _M_ Age _____ DOB _5-14-75_ State of Birth _MO_
Height _6'0_ Weight _240_ Hair _bk_ Eyes _br_ Build _med_
Scars, deformities, etc. _____
Mental _____ Suicidal _____ Dangerous _____ Resist Arrest _____
Armed _____ Weapon Description _____
Relative or _____ Address _____
Associates _____ Address _____
Known to frequent _____
Remarks _____

Vehicle _____                    Color

                                              PAGE    1
                                              LAST PAGE

MR.KHML 00021 09.58 11/13/03    KCPA.
PLEASE CANCEL THE PICK-UP FOR DAMON A. RHODES, B/M, 04-14-75, SS 495
747423 ON CRN 03095392. THE SUBJECT HAS BEEN ARRESTED.
SENDING AGENCY: KCMO-PD OPERATOR: DET. WILLIASMON EOMR

Warrant Issued _____ Jurisdiction will extradite _____
              (Type)                                        (Yes - No - Unknown)

Message number _____ Operator _____ Date _____ Time _____
              (Issued or received)                     (Issued or received)

This report cancels messages numbered _____

Reason for cancellation _Subject arrested on pick-up_

Requesting Unit _Homicide Unit_       Person to contact if
Name of person                        apprehension is made _____
making request _Det. Avery Williamson 4723_

Form 42 P.D. (Rev. 5-68)

Plaintiff 001164