# KANSAS CITY, MISSOURI POLICE DEPARTMENT
## REPORT FORM

APPROVED BY: S/428 (S634)
SERIAL #: 3634
PAGE: 1 OF 2

☒ (SUPP) CRN: 03-095392
DATE: 10-7-03

☐ BIAS CRIME  ☐ DEPARTMENT MEMBER  ☐ DEPARTMENT PROPERTY

**CLASSIFICATION OF OFFENSE / TITLE OF CASE:** MISC INVESTIGATION / RECOVERED PROPERTY / HOMICIDE

**DATE OF OCCURRENCE:** 10-7-03
**TIME OF OCCURRENCE:**

**ROUTING:**
☐ DRUG ENF. UNIT
☐ GANG SECTION
☐ JUVENILE SECTION
☐ PIC
☐ STREET NARCOTICS UNIT
☐ FRAUD/FORGERY SECTION
☐ BOMB & ARSON SECTION
☐ PROP CRIMES SECT.
☒ OTHER HOMICIDE

**LOCATION OF OCCURRENCE:** 2846 WABASH
**BEAT OF OCC:** 323
**BEAT REPORTING:** 363

### PROPERTY

| ITEM | QUANTITY | SUBJECT # | DESCRIPTION OF PROPERTY | SERIAL NUMBER | EST. VALUE | RECOVERED | RELEASED |
|---|---|---|---|---|---|---|---|
| 1 | 2 | - | WOLF 762 S. ELL CASIN | - | 2.00 | X | |

LOGGED 57804
SCANNED

**OFFICER (PRINT NAME):** V. HUTH
**SERIAL #:** 4755

Form 100 P.D. (Rev. 6-2001)

Exhibit U (Huth's 10-7-03 report)
Case 4:23-cv-00278-RK   Document 139-22   Filed 09/09/24   Page 1 of 2

# REPORT FORM NARRATIVE

NARRATIVE:

On 10-7-03 at 1155 hours, P.O. Begley and I were contacted by a confidential informant in regard to information on a homicide that occurred on 10-6-03 at 28th and Wabash.

She stated that on 10-6-03 at approximately 2030 hours, she observed a black male running from 29th and Olive (apartment buildings), being pursued by two other black males, who were firing guns at him. She stated that the black male ran north in the alley, just east of the above-mentioned apartments, jumped a fence and ran eastbound beside 2846 Wabash. The two black males continued pursuing him while firing rounds from an unknown weapon.

On 10-7-03 at 1200 hours, P.O. Begley and I conducted an area canvass in the area where the informant observed the incident and recovered the listed items from the northside of 2846 Wabash. Sgt. Niemier and Det. Morris of the Homicide Unit were at the scene at the time of recovery of the listed items. P.O. Begley recovered the listed items at EPD and placed them in EPD property with a value of $2.00.

It should be noted the above-mentioned informant has in the past given us reliable information in regard to numerous crimes.

OFFICER: V. HUTH

SERIAL # 4755