Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF MISSOURI
 2                WESTERN DIVISION
 3
   KEITH CARNES,
 4
                 Plaintiff,
 5
   vs.                    Case No. 23-cv-00278-RK
 6
   ROBERT BLEHM, et al.,
 7
                 Defendants.
 8
 9
10
11
12
13           DEPOSITION OF RONALD WHITE, SR., a
14 Witness, taken on behalf of the Defendants Board of
15 Police Commissioners, Avery Williamson, Vernon Huth,
16 Robert Blehm, Doug Niemeier, Steve Morgan, and Ed
17 Begley, pursuant to Notice, on June 4, 2024, at the
18 Law Offices of Wyrsch Hobbs & Mirakian, PC, One
19 Kansas City Place, 1200 Main Street Suite 2110,
20 Kansas City, Missouri 64105, before
21
22                CHERIE L. HOUSE
23
24 Registered Professional Reporter, Certified Court
25 Reporter of the States of Kansas and Missouri.
```

Page 2

```
 1             APPEARANCES
 2 For the Plaintiff:
 3    Mr. Wallace Hilke
      LOEVY & LOEVY
 4    311 North Aberdeen Street
      3rd Floor
 5    Chicago, Illinois 60607
      (872) 772-1926
 6    hilke@loevy.com
 7 For the Defendants Board of Police Commissioners,
   Avery Williamson, Vernon Huth, Robert Blehm, Doug
 8 Niemeier, Steve Morgan, and Ed Begley:
 9    Ms. Diane Peters
      WYRSCH, HOBBS & MIRAKIAN, PC
10    1200 Main Street
      Suite 2110
11    Kansas City, Missouri 64106
      (816) 290-7423
12    dpeters@whmlaw.net
13
   Also present:
14
      Rose Meinrath, Law Clerk
15
16
17
18
19
20
21
22
23
24
25
```

## Exhibit V (White's 2024 Deposition

Page 3

```
 1              TABLE OF CONTENTS
 2                                             Page
 3 Stipulation                                    4
 4 RONALD WHITE, SR.
       Examination by Ms. Peters                  4
 5     Examination by Mr. Hilke                  10
 6 Certificate of Reporter                       21
 7
 8                 EXHIBITS
 9 Exhibit       Description               Page
     No.
10
       1    Investigative Report 03-095392     8
11          (1 page)
12 Reporter's Note:  The exhibit was retained by the
   court reporter to be attached.
13
```

Page 4

 1     STIPULATION
 2     IT IS HEREBY STIPULATED AND AGREED
 3 by and between counsel and the deponent that the
 4 examination, reading and signature by the deponent
 5 to the above and foregoing deposition is expressly
 6 waived.
 7     P R O C E E D I N G S
 8     (The deposition commenced at
 9     10:02 a.m.)
10     RONALD WHITE, SR.,
11 a witness, being first duly sworn, testified under
12 oath as follows:
13     EXAMINATION
14 BY MS. PETERS:
15  Q.  Mr. White, can you say your first and last
16 name?
17  **A.  Ronald Joe White, Sr.**
18  Q.  Ronald Joe White --
19  **A.  Um-hum.**
20  Q.  -- Sr.?
21  **A.  Um-hum.**
22  Q.  Okay.  What is your address?
23  **A.  2730 Jackson Avenue, Kansas City, Missouri**
24 **64128.**
25  Q.  Okay.  And you're here today to answer

888-893-3767 Lexitas operates in all 50 states and is licensed where required (Nevada Registration #16F)
Case 4:23-cv-00278-RK Document 139-23 Filed 09/09/24 Page 1 of 10
www.lexitaslegal.com California Firm Registration #179


Page 5

1 some questions because I served you with a
2 subpoena --
3    A.   Um-hum.
4    Q.   -- correct?
5    A.   Um-hum.
6    Q.   Yes?
7    A.   Yes.
8    Q.   Okay. Sir, can -- my name is Diane
9 Peters.
10    A.   Um-hum.
11    Q.   I'm a lawyer. We met for the first time
12 this morning.
13    A.   Right.
14    Q.   You know Wally Hilke. You met him for the
15 first time this morning, right?
16    A.   Yes.
17    Q.   Mr. Hilke represents Keith Carnes?
18    A.   Um-hum.
19    Q.   Do you understand?
20    A.   Um-hum, yes.
21    Q.   Okay. I represent the police --
22    A.   Um-hum.
23    Q.   -- in a lawsuit that Keith Carnes has
24 filed against the police. Do --
25    A.   Yes.

Page 6

1    Q.   -- you understand?
2    A.   Yes.
3    Q.   Okay. This lawsuit relates to the murder
4 of your nephew Larry White 20 years ago. Do you
5 understand that?
6    A.   Yes.
7    Q.   Okay. Can you tell me, sir, is Larry --
8 Larry White was your nephew?
9    A.   Yes.
10    Q.   How were you related to Larry White? And
11 by that, I mean was Larry White's sister or brother
12 your -- was Larry White's mother or father your
13 sibling?
14    A.   Hi- -- his -- his mom was my sister.
15    Q.   Okay. What was Larry White's mom's name?
16 What is -- what was Larry White's mother's name?
17    A.   Linda L. White.
18    Q.   Is Linda L. White deceased?
19    A.   Yes, she is.
20    Q.   Okay. Do you have a brother named Tim
21 White?
22    A.   Tim White is deceased.
23    Q.   Okay. He's your brother and is deceased?
24 Tim White is your brother?
25    A.   That's my brother.

Page 7

1    Q.   And he is deceased now?
2    A.   He is deceased.
3    Q.   Okay. Sir, do you remember when your
4 nephew Larry White was murdered?
5    A.   I think it was about 2000, 2000 -- it was
6 2000, 2001, yeah, because I -- I had just got
7 back -- got back in Missouri. I wasn't here. I
8 wa- -- I was incarcerated myself, and I think I was
9 in -- back in -- back here about three days. I -- I
10 don't remember anything, though.
11    Q.   Okay.
12    A.   Nothing.
13    Q.   Do you remember talking to detectives
14 about your nephew Larry White's murder?
15    A.   No, I don't remember talking to no
16 detective.
17    Q.   Okay.
18    A.   Well, I know I didn't talk to no detective
19 because I had nothing to tell them. I didn't know
20 nothing. I didn't know anything. I know I didn't
21 talk to no detective. No police ever asked me
22 anything or -- or -- or anything, you know -- yeah.
23    Q.   Sir, can I show you a police report and
24 ask you some questions about it to see if maybe it
25 refreshes your memory?

Page 8

1    A.   Sure. Yes.
2    Q.   Okay.
3         (Ronald White, Sr., Exhibit No. 1 was
4        marked for identification.)
5    Q.   (By Ms. Peters) I marked this police
6 report as Ronald White Exhibit 1. Are you able to
7 read without glasses?
8    A.   No.
9    Q.   Okay.
10    A.   I can't read. They send me my stuff in
11 large -- large writing.
12    Q.   Can you read this print at all on this
13 page?
14    A.   No. Too little.
15    Q.   Okay.
16    A.   Too little.
17    Q.   Can I read some of it --
18    A.   Sure.
19    Q.   -- out loud to you?
20    A.   Sure, you can.
21    Q.   Okay. It says, "Ronald J. White, Sr.,"
22 has a date of birth 11/15/1957?
23    A.   Right. True.
24    Q.   It states that your address in 2003 was
25 3009 Montgall, Kansas City, Missouri; is that

888-893-3767 | Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F
www.lexitaslegal.com     California Firm Registration #179
Case 4:23-cv-00278-RK    Document 139-23    Filed 09/09/24    Page 2 of 10

Page 9

1  correct?
2  A.  Yes, it is.
3  Q.  Do you recall what year you were released
4  from prison?
5  A.  I think it was 2000 -- 2001, I believe.
6  2001, something like that.
7  Q.  This report states that you talked to a
8  detective on October 7, 2003, about Larry White's
9  homicide.  Do you recall that?
10  A.  No.
11  Q.  This report states that you told
12  detectives that you heard a guy named O.G. that was
13  talking to some others about the homicide of Larry
14  White.  Do you recall that?
15  A.  No.
16  Q.  Do you recall anyone that used the
17  nickname "O.G."?
18  A.  Do I what now?
19  Q.  Do you recall knowing anyone that used the
20  nickname "O.G."?
21  A.  No.
22  Q.  Do you know or did you know a person named
23  Arnold Carr?
24  A.  No.  No.
25  Q.  Okay.

Page 10

1  A.  Hum-um.
2      MS. PETERS:  Wally, I don't think I
3      have any further questions if you have any
4      follow-up.
5      MR. HILKE:  Good.
6      EXAMINATION
7  BY MR. HILKE:
8  Q.  Mr. White, as Ms. Peters just mentioned,
9  my name is Wally Hilke.
10  A.  Um-hum.
11  Q.  I'm the lawyer for Keith Carnes.
12  A.  Um-hum.
13  Q.  And he's brought a lawsuit against the
14  Kansas City Police Department.
15  A.  Um-hum.
16  Q.  When Larry White -- when your nephew Larry
17  White was murdered and you were living at 3009
18  Montgall, who were you living with at the time?
19  A.  My mother was living then, Juanita White.
20  Q.  And is Juanita White now deceased?
21  A.  Yes, she is.
22  Q.  And after Larry White was murdered, did
23  you and Juanita White or anyone else in your family
24  talk about who you thought killed Larry White?
25  A.  No.  No.

Page 11

1  Q.  And back at that time, did you want to do
2  whatever you could to help find whoever had killed
3  Larry White?
4  A.  No.  I mean, I didn't know nothing about
5  it, so I didn't want to get involved in this -- in
6  this stuff.
7  Q.  My -- my -- sorry, question was a little
8  different.
9  A.  Um-hum.
10  Q.  If you had information about Larry
11  White -- and I know you don't remember knowing
12  anything --
13  A.  Um-hum.
14  Q.  -- but if you had information about Larry
15  White's murder, would you have given that
16  information to police?
17  A.  I mean, if it -- if it was true, I would,
18  you know, but all I -- all I -- all I heard was -- I
19  know they was selling dope, and that's why he got
20  killed over dope-selling.  That was it.
21  Q.  And who told you that Larry White was
22  killed over dope-selling?
23  A.  Who was it that told me that?  Somebody
24  told me he got killed around the corner selling
25  dope, and he got killed for selling dope on they --

Page 12

1  on they turf or something, you know, but I can't
2  say.  I don't even remember who told me that now.
3  Q.  When you say "around the corner," was this
4  location where Larry White was killed, was that
5  pretty close to where you lived on 3009 --
6  A.  About --
7  Q.  -- Montgall?
8  A.  About three blocks -- three blocks over
9  there on -- over on Prospect, you know, as far as I
10  know.
11  Q.  And according to the police report that we
12  have from this investigation --
13  A.  Um-hum.
14  Q.  -- it says that back in 2003 you were
15  using crack cocaine; is that correct?
16  A.  2003?
17  Q.  Um-hum, at the time Larry White was
18  murdered.
19  A.  No.
20  Q.  And I'm -- I apologize if this seems like
21  a personal question.  It's not because I'm
22  interested myself.  It's because I want to know if
23  what's in the report is true.
24     Was there a time in your past when you did
25  buy and use illegal drugs?

888-893-3767  Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F
www.lexitaslegal.com  California Firm Registration #179
Case 4:23-cv-00278-RK  Document 139-23  Filed 09/09/24  Page 9 of 10



Page 13

1  A.  I used to use illegal drugs, yeah, but
2  that -- that was before I went to -- to prison and
3  got out.  You know, I did -- I did time there, got
4  out, and went back and fenced off all my time.  And
5  that was back then.  That was back in about -- it's
6  been a long time.  It's been a long time.
7      Q.  At the time your nephew Larry White was
8  murdered, had you stopped using illegal drugs?
9      A.  Yes.  I haven't used no illegal -- illegal
10 drugs and no -- no type of drugs.  I don't even
11 drink.
12     Q.  Okay.  So I want to read you a few more
13 line -- I want to read you something from the police
14 report --
15     A.  Um-hum.
16     Q.  -- from Exhibit 1 --
17     A.  Um-hum.
18     Q.  -- and ask you if it's true or not.
19         And so this in Exhibit 1, this is what a
20 detective from the Kansas Police Department, Robert
21 Blehm --
22     A.  Um-hum.
23     Q.  -- says that you said to him on October 7,
24 2003, which was the day after your nephew Larry
25 White was murdered.

Page 14

1      A.  Um-hum.
2      Q.  Robert Blehm wrote that -- that you told
3  him Mr. White stated that "On October 7, 2003,
4  between 3:00 a.m. and 4:00 a.m. he," meaning you,
5  "was in the area of 2404 East 29th Street.  He
6  stated he went to that location to purchase crack
7  cocaine."  Is that true; were you purchasing crack
8  cocaine back in October 2003?
9      A.  2003?  No, not that I can remember.  I
10 wasn't smoking.
11     Q.  So did you tell that to Detective Blehm?
12 After Larry White was murdered, did you tell
13 Detective Blehm that you had gone to purchase crack
14 cocaine the morning after Larry White was murdered?
15     A.  No.
16     Q.  And then the next line says "He
17 advised" -- and Robert Blehm's talking about you
18 here -- "He advised while he was at that location,
19 he heard a guy he knows as 'O.G.' talking with some
20 others" --
21         (Phone rings.)
22     Q.  (By Mr. Hilke)  I'll start again.  This is
23 what Robert Blehm wrote in his report, and he's
24 talking about you --
25     A.  Um-hum.

Page 15

1      Q.  -- he wrote "He advised while he was at
2  that location he heard a guy he knows as 'O.G.'
3  talking with some others about the homicide that
4  occurred last night.  He advised O.G. stated, 'I
5  blasted that,'" -- N-word -- "'all the way to
6  Prospect and then capped his ass.'"  Did you tell
7  Robert Blehm that, that you had heard O.J. --
8  O.G. --
9      A.  No.
10     Q.  -- say those words?
11     A.  No.
12     Q.  And is that something you would have
13 remembered if you had heard someone say --
14     A.  If I remember, there ain't nobody
15 talked -- talked to me nothing about, you know,
16 nothing like that.
17     Q.  All right.  A little later it says, "White
18 identified the picture of Arnold G. Carr, Jr., black
19 male, February 6, 1953, as a person he knows as
20 'O.G.'"  Is that true; did you pick out --
21     A.  No.
22     Q.  -- someone --
23     A.  No.  No.
24     Q.  Just let me -- next time just let me
25 finish my question so the reporter can write it

Page 16

1  down.
2      A.  Okay.
3      Q.  We've got to go one at a time, okay?
4          The next thing Blehm wrote was that "He,"
5  meaning you, "further advised that O.G. lives alone
6  in the apartment located at 2404 East 29th Street,
7  Apartment 1W, and is always armed."  Is that
8  something you even knew about O.G. in 2003?
9      A.  No.
10     Q.  Did you tell Robert Blehm that?
11     A.  No.
12     Q.  The next one is "He advised that O.G. has
13 several younger unknown black males working for him,
14 and they are always armed as well."  Is that
15 something you knew at the time?
16     A.  No.
17     Q.  Did you tell Robert Blehm that?
18     A.  No.
19     Q.  The next thing he wrote is that "He
20 advised that apartment 1W is a," quote, "'crack
21 house,' and it has been in operation for at least
22 six months."
23     A.  No.
24     Q.  That's not something you knew?
25     A.  No.

888-893-3767 | Lexitas operates in all 50 states and is licensed where required. CA Data Registration #16D
www.lexitaslegal.com                                California Firm Registration #179

Case 4:23-cv-06278-RK   Document 139-23   Filed 09/09/24   Page 4 of 10

Page 17

1  Q.  That's not something you said?
2  A.  No.
3  Q.  The next is "White also related that O.G.
4  drives a purple," slash, "maroon-colored Ford
5  Mustang that has a convertible tan top.  He advised
6  O.G. often parks the vehicle in the gravel lot to
7  the south of 2404 East 29th Street."
8  A.  No.
9  Q.  Is that something you knew?
10  A.  No.
11  Q.  Is that something you told Robert Blehm?
12  A.  No.
13  Q.  Okay.  Is there anything that either
14  Ms. Peters or I have read for you from this police
15  report we've been -- we've just gone over together
16  that's true?
17      THE WITNESS:  What he just read to
18    me?
19      MS. PETERS:  Yes.
20  A.  No.  I mean, I don't know nothing about
21  it, but what -- what you read to me, I know I don't
22  know nothing about -- about the Mustang or whatever,
23  no.  That -- that sounds like something my son might
24  know something about.
25  Q.  (By Mr. Hilke)  It -- it's --

Page 18

1  A.  I --
2  Q.  I'm sorry.
3  A.  Yeah.
4  Q.  It -- it sounds like the only true things
5  you've identified in the report are your name,
6  birth, and address; is that correct?
7  A.  His name -- his name is the same as mine.
8  He's just a junior.
9  Q.  But your birth date is November 15 --
10  A.  Right.  His --
11  Q.  -- 1957?
12  A.  Yeah, his is 26 of '83.
13  Q.  Okay.
14  A.  2/26 of '83.
15  Q.  Turn -- I'm changing topics now.  I only
16  have a few more questions for you.
17  A.  Um-hum.
18  Q.  Do you remember someone named Lorianne
19  Morrow?
20  A.  No.
21  Q.  That's not someone that's known to you?
22  A.  No.
23  Q.  What about --
24  A.  Never --
25  Q.  I'm sorry.

Page 19

1  A.  -- never heard of that name before.
2  Q.  Did you know someone with the nickname
3  Goldie back in 2003?
4  A.  Goldie?  The only girl I know Goldie, I
5  just met her back -- I didn't -- I didn't know her
6  back in 2003, but they called her "Goldie."  I don't
7  know her real name, but they called her "Goldie."  I
8  just met her about eight years ago.
9  Q.  All right.  The woman named Goldie who you
10  knew, was she in a romantic relationship or dating
11  or hanging out with anyone in your family?
12  A.  No.
13  Q.  Okay.
14  A.  No.
15  Q.  One second, please.  Sir, I don't have any
16  more questions for you right now.
17  A.  Okay.
18      MS. PETERS:  Mr. White, I don't have
19    any more questions for you.
20      THE WITNESS:  Um-hum.
21      MS. PETERS:  So you can get a copy of
22    your deposition today and read it --
23      THE WITNESS:  Um-hum.
24      MS. PETERS:  -- and make any
25    corrections of spelling errors or things

Page 20

1  of that nature, or you can trust that the
2  court reporter wrote down everything you
3  said accurately, and you can say, "I don't
4  need a copy of the deposition transcript."
5  Which would you like to do?
6    THE WITNESS:  I don't need a copy of
7  it because I don't want to be involved in
8  it.  You know, what I said -- what he
9  asked me, whatever I told today is true.
10  You know, I don't know nothing about it.
11  I don't even know how I got involved in
12  this from the get-go.  How do these folks
13  know about me?
14    MS. PETERS:  Okay.  We'll end the
15  deposition.
16    (The deposition concluded at
17  10:23 a.m. and the witness was excused.)
18    * * *
19
20
21
22
23
24
25

888-893-3767 | Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F
www.lexitaslegal.com   California Firm Registration #179
Case 4:23-cv-00278-RK   Document 139-23   Filed 09/09/24   Page 5 of 10


```
 1              CERTIFICATE OF REPORTER
 2          I, Cherie L. House, a Certified Court
 3   Reporter within and for the States of Kansas and
 4   Missouri and a Registered Professional Reporter,
 5   hereby certify that the foregoing proceedings as
 6   herein set forth was first taken before me and
 7   thereafter transcribed into computer-aided
 8   transcription under my direction and control, and is
 9   a true and correct record of the proceedings
10   reported.
11          I further certify that I am not a relative
12   or employee or attorney or counsel of any of the
13   parties, or a relative or employee of such attorneys
14   or counsel of any of the parties, or a relative or
15   employee of such attorneys or counsel, or
16   financially interested in the proceedings.
17
18              [Signature: Cherie L. House]
19          _____
20              Cherie L. House, RPR, CCR (KS, MO)
21              Registered Professional Reporter #18811
22              Certified Court Reporter #275-MO, #1707-KS
23
24
25              Date:  June 12, 2024
```

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F
California Firm Registration #179
LEXITAS

## Exhibits

**167143 White Sr, Ronald 06.04. 24 EX 1**  8:3,6 13:16,19

**1**  8:3,6 13:16,19
**10:02**  4:9
**10:23**  20:17
**11/15/1957**  8:22
**15**  18:9
**1953**  15:19
**1957**  18:11
**1W**  16:7,20

## 2

**2/26**  18:14
**20**  6:4
**2000**  7:5,6 9:5
**2001**  7:6 9:5,6
**2003**  8:24 9:8 12:14,16 13:24 14:3,8,9 16:8 19:3,6
**2404**  14:5 16:6 17:7
**26**  18:12
**2730**  4:23
**29th**  14:5 16:6 17:7

## 3

**3009**  8:25 10:17 12:5
**3:00**  14:4

## 4

**4:00**  14:4

## 6

**6**  15:19
**64128**  4:24

## 7

**7**  9:8 13:23 14:3

## 8

**83**  18:12,14

## A

**a.m.**  4:9 14:4 20:17
**accurately**  20:3
**address**  4:22 8:24 18:6
**advised**  14:17,18 15:1,4 16:5,12,20 17:5
**AGREED**  4:2
**apartment**  16:6,7, 20
**apologize**  12:20
**area**  14:5
**armed**  16:7,14
**Arnold**  9:23 15:18
**ass.'**  15:6
**Avenue**  4:23

## B

**back**  7:7,9 11:1 12:14 13:4,5 14:8 19:3,5,6
**birth**  8:22 18:6,9
**black**  15:18 16:13
**blasted**  15:5
**Blehm**  13:21 14:2, 11,13,23 15:7 16:4,10,17 17:11
**Blehm's**  14:17
**blocks**  12:8
**brother**  6:11,20, 23,24,25
**brought**  10:13
**buy**  12:25

## C

**called**  19:6,7
**capped**  15:6
**Carnes**  5:17,23 10:11
**Carr**  9:23 15:18
**changing**  18:15
**City**  4:23 8:25 10:14
**close**  12:5
**cocaine**  12:15 14:7,8,14
**commenced**  4:8
**concluded**  20:16
**convertible**  17:5
**copy**  19:21 20:4,6
**corner**  11:24 12:3
**correct**  5:4 9:1 12:15 18:6
**corrections**  19:25
**counsel**  4:3
**court**  20:2
**crack**  12:15 14:6, 7,13 16:20

## D

**date**  8:22 18:9
**dating**  19:10
**day**  13:24
**days**  7:9
**deceased**  6:18,22, 23 7:1,2 10:20
**Department**  10:14 13:20
**deponent**  4:3,4
**deposition**  4:5,8 19:22 20:4,15,16
**detective**  7:16,18, 21 9:8 13:20 14:11,13
**detectives**  7:13 9:12
**Diane**  5:8
**dope**  11:19,25
**dope-selling**  11:20,22
**drink**  13:11
**drives**  17:4
**drugs**  12:25 13:1, 8,10
**duly**  4:11

## E

**East**  14:5 16:6 17:7
**end**  20:14
**errors**  19:25

888-893-3767 | www.lexitaslegal.com  Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F California Firm Registration #179  LEXITAS

Case 4:23-cv-00278-RK  Document 139-23  Filed 09/09/24  Page 7 of 10

examination 4:4, 13 10:6
excused 20:17
Exhibit 8:3,6 13:16,19
expressly 4:5

**F**

family 10:23 19:11
father 6:12
February 15:19
fenced 13:4
filed 5:24
find 11:2
finish 15:25
folks 20:12
follow-up 10:4
Ford 17:4
foregoing 4:5

**G**

get-go 20:12
girl 19:4
glasses 8:7
Goldie 19:3,4,6,7,9
Good 10:5
gravel 17:6
guy 9:12 14:19 15:2

**H**

hanging 19:11
heard 9:12 11:18 14:19 15:2,7,13

19:1
Hi- 6:14
Hilke 5:14,17 10:5,7,9 14:22 17:25
homicide 9:9,13 15:3
house,' 16:21
Hum-um 10:1

**I**

identification 8:4
identified 15:18 18:5
illegal 12:25 13:1,8,9
incarcerated 7:8
information 11:10,14,16
interested 12:22
investigation 12:12
involved 11:5 20:7,11

**J**

Jackson 4:23
Joe 4:17,18
Jr 15:18
Juanita 10:19,20,23
junior 18:8

**K**

Kansas 4:23 8:25 10:14 13:20
Keith 5:17,23

10:11
killed 10:24 11:2, 20,22,24,25 12:4
knew 16:8,15,24 17:9 19:10
knowing 9:19 11:11

**L**

large 8:11
Larry 6:4,7,8,10, 11,12,15,16 7:4, 14 9:8,13 10:16, 22,24 11:3,10,14, 21 12:4,17 13:7, 24 14:12,14
lawsuit 5:23 6:3 10:13
lawyer 5:11 10:11
Linda 6:17,18
lived 12:5
lives 16:5
living 10:17,18,19
located 16:6
location 12:4 14:6, 18 15:2
long 13:6
Lorianne 18:18
lot 17:6
loud 8:19

**M**

make 19:24
male 15:19
males 16:13
marked 8:4,5

maroon-colored 17:4
meaning 14:4 16:5
memory 7:25
mentioned 10:8
met 5:11,14 19:5,8
mine 18:7
Missouri 4:23 7:7 8:25
mom 6:14
mom's 6:15
Montgall 8:25 10:18 12:7
months 16:22
morning 5:12,15 14:14
Morrow 18:19
mother 6:12 10:19
mother's 6:16
murder 6:3 7:14 11:15
murdered 7:4 10:17,22 12:18 13:8,25 14:12,14
Mustang 17:5,22

**N**

N-WORD 15:5
named 6:20 9:12, 22 18:18 19:9
nature 20:1
nephew 6:4,8 7:4, 14 10:16 13:7,24
nickname 9:17,20 19:2
night 15:4

888-893-3767 | Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F
www.lexitaslegal.com                California Firm Registration #179
Case 4:23-cv-00278-RK    Document 139-23    Filed 09/09/24    Page 9 of 10


**November** 18:9

**O**

**O.G.** 9:12,17,20 14:19 15:2,4,8 16:5,8,12 17:3,6
**O.g.'** 15:20
**O.J.** 15:7
**oath** 4:12
**occurred** 15:4
**October** 9:8 13:23 14:3,8
**operation** 16:21

**P**

**parks** 17:6
**past** 12:24
**person** 9:22 15:19
**personal** 12:21
**Peters** 4:14 5:9 8:5 10:2,8 17:14,19 19:18,21,24 20:14
**phone** 14:21
**pick** 15:20
**picture** 15:18
**police** 5:21,24 7:21,23 8:5 10:14 11:16 12:11 13:13,20 17:14
**pretty** 12:5
**print** 8:12
**prison** 9:4 13:2
**Prospect** 12:9 15:6
**purchase** 14:6,13

**purchasing** 14:7
**purple** 17:4

**Q**

**question** 11:7 12:21 15:25
**questions** 5:1 7:24 10:3 18:16 19:16,19
**quote** 16:20

**R**

**read** 8:7,10,12,17 13:12,13 17:14, 17,21 19:22
**reading** 4:4
**real** 19:7
**recall** 9:3,9,14,16, 19
**refreshes** 7:25
**related** 6:10 17:3
**relates** 6:3
**relationship** 19:10
**released** 9:3
**remember** 7:3,10, 13,15 11:11 12:2 14:9 15:14 18:18
**remembered** 15:13
**report** 7:23 8:6 9:7,11 12:11,23 13:14 14:23 17:15 18:5
**reporter** 15:25 20:2
**represent** 5:21
**represents** 5:17

**rings** 14:21
**Robert** 13:20 14:2, 17,23 15:7 16:10, 17 17:11
**romantic** 19:10
**ronald** 4:10,17,18 8:3,6,21

**S**

**selling** 11:19,24, 25
**send** 8:10
**served** 5:1
**show** 7:23
**sibling** 6:13
**signature** 4:4
**sir** 5:8 6:7 7:3,23 19:15
**sister** 6:11,14
**slash** 17:4
**smoking** 14:10
**son** 17:23
**sounds** 17:23 18:4
**south** 17:7
**spelling** 19:25
**Sr** 4:10,17,20 8:3, 21
**start** 14:22
**stated** 14:3,6 15:4
**states** 8:24 9:7,11
**STIPULATED** 4:2
**STIPULATION** 4:1
**stopped** 13:8
**Street** 14:5 16:6 17:7

**stuff** 8:10 11:6
**subpoena** 5:2
**sworn** 4:11

**T**

**talk** 7:18,21 10:24
**talked** 9:7 15:15
**talking** 7:13,15 9:13 14:17,19,24 15:3
**tan** 17:5
**testified** 4:11
**that,'** 15:5
**thing** 16:4,19
**things** 18:4 19:25
**thought** 10:24
**Tim** 6:20,22,24
**time** 5:11,15 10:18 11:1 12:17,24 13:3,4,6,7 15:24 16:3,15
**today** 4:25 19:22 20:9
**told** 9:11 11:21,23, 24 12:2 14:2 17:11 20:9
**top** 17:5
**topics** 18:15
**transcript** 20:4
**true** 8:23 11:17 12:23 13:18 14:7 15:20 17:16 18:4 20:9
**trust** 20:1
**turf** 12:1
**Turn** 18:15

888-893-3767 | Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F
www.lexitaslegal.com    California Firm Registration #179
Case 4:23-cv-00278-RK   Document 139-23   Filed 09/09/24   Page 9 of 10

**type** 13:10

**U**

**Um-hum** 4:19,21 5:3,5,10,18,20,22 10:10,12,15 11:9,13 12:13,17 13:15,17,22 14:1,25 18:17 19:20,23

**understand** 5:19 6:1,5

**unknown** 16:13

**V**

**vehicle** 17:6

**W**

**wa-** 7:8

**waived** 4:6

**Wally** 5:14 10:2,9

**White** 4:10,15,17,18 6:4,8,10,17,18,21,22,24 7:4 8:3,6,21 9:14 10:8,16,17,19,20,22,23,24 11:3,11,21 12:4,17 13:7,25 14:3,12,14 15:17 17:3 19:18

**White's** 6:11,12,15,16 7:14 9:8 11:15

**woman** 19:9

**words** 15:10

**working** 16:13

**write** 15:25

**writing** 8:11

**wrote** 14:2,23 15:1

16:4,19 20:2

**Y**

**year** 9:3

**years** 6:4 19:8

**younger** 16:13

888-893-3767 | Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F
www.lexitaslegal.com   California Firm Registration #179

