Page 3

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

WESTERN DIVISION

KEITH CARNES,

Plaintiff,

vs.                    Case No. 4:23-cv-00278-RK

ROBERT BLEHM, et al.,

Defendants.

VOLUME 1

VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION OF
LORIANNE MORROW, a witness, taken on behalf of the
Plaintiff, pursuant to Notice, on May 31, 2024,
before

SUSAN J. MUCKENTHALER

Certified Verbatim Reporter, Certified in Missouri
and Kansas.

---

**TABLE OF CONTENTS**

EXAMINATION

Questions By Mr. Hilke                          5

Questions By Ms. Peters                        40

EXHIBITS

1 - Map of neighborhood                         8

CERTIFICATE OF REPORTER                        84

ERRATA SHEET                                   85

SIGNATURE PAGE                                 86

Reporter's Note:  Electronic exhibits provided by
counsel were made OCR searchable (PDF), downsampled
to 600 dpi, digitally labeled if not previously
labeled, flattened, archived as original exhibits,
and provided electronically to all ordering counsel.
Processing electronic exhibits can change the file
size, resolution, and metadata of files originally
provided.

(ph) indicates a phonetic spelling.

[sic] indicates the text is as stated.

Quoted text is as stated by the speaker.

---

Page 2

APPEARANCES

For Plaintiff:
    MR. WALLACE G. HILKE
    LOEVY & LOEVY
    311 North Aberdeen Street, 3rd Floor
    Chicago, Illinois  60607
    hilke@loevy.com
    (312) 243-5900

For Defendant Amy McGowan:
    MR. JOSHUA N. HANER
    ASSISTANT COUNTY COUNSELOR
    415 East 12th Street, Suite 200
    Kansas City, Missouri  64106
    jhaner@jacksongov.org
    (816) 881-3975

For all other Defendants:
    MS. DIANE F. PETERS
    WYRSCH HOBBS & MIRAKIAN, PC
    1200 Main Street, Suite 2110
    Kansas City, Missouri  64105
    dpeters@whmlaw.net
    (816) 221-0080

STIPULATIONS

It was stipulated and agreed by and between
counsel that the deposition officer can administer a
binding oath to the witness by videoconference.

# Exhibit W1 (Morrow's 2024 deposition)

---

Page 4

THE REPORTER:  Good afternoon.  My name is
Susan Muckenthaler.  I am a Missouri-certified court
reporter.  We are now on the record.  Today's date
is May 31st, 2024, and the time is approximately
1:07 p.m.

This is the Zoom-recorded deposition of
Lorianne Morrow in the matter of Keith Carnes versus
Robert Blehm, et al., Case No. 4:23-cv-00278-RK.
The video recording is not being externally
monitored or recorded by a videographer.

Would counsel please identify yourselves
and whom you represent and agree on the record that
there is no objection to this deposition officer
administering a binding oath to the witness by
videoconference.

MR. HILKE:  Wally Hilke for plaintiff
Keith Carnes.  We agree.

MS. PETERS:  Diane Peters for all the
defendants except Amy McGowan, and I don't object.

MR. HANER:  And Josh Haner on behalf of
defendant Amy McGowan, and I agree.

LORIANNE MORROW,
a witness, being first duly sworn, testified under
oath as follows:

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

1    EXAMINATION
2  BY MR. HILKE:
3    Q.  Good afternoon, Ms. Morrow.  Can you hear
4  me okay?
5    A.  I can hear you just fine.
6    Q.  Good.  As I mentioned, my name is Wally
7  Hilke. I'm one of the lawyers for the plaintiff,
8  Keith Carnes, in this lawsuit.  The defendants in
9  this lawsuit, who are represented by attorneys here,
10  are officers and detectives with the Kansas City
11  Police Department as well as Amy -- Amy McGowan.
12    I want to -- I know you have had your
13  deposition taken before, but I want to go over a few
14  things to keep us going smoothly today.  So even
15  though you're in your home, you've sworn an oath to
16  tell the truth, and this deposition will proceed
17  exactly like it would if it were in a court
18  reporter's office.  Do you understand all that?
19    A.  Yes, I do.
20    Q.  Just like then, we all have to talk one at
21  a time so the court reporter can take down
22  everything we say.  Does that make sense?
23    A.  Makes a lot of sense to me.
24    Q.  I want to make sure you understand all my
25  questions, whether it's a bad Zoom connection or a

1  bad question from me; so will you please ask me to
2  clarify if you do not understand my question for any
3  reason during the deposition today?
4    A.  Yes, I will.
5    Q.  And are you -- are you prepared to give
6  testimony today?
7    A.  Yes, I am.
8    Q.  Is there any --
9      MR. HILKE:  Diane, I don't think you meant
10  to, but you shared your screen right now.
11      (Discussion off the record.)
12    Q.  (By Mr. Hilke)  And is there any reason --
13  you know, health, medication, anything else -- why
14  you wouldn't be able to give honest and accurate
15  testimony today?
16    A.  Say that again.  I couldn't hear you.  You
17  got to talk a little louder.
18    Q.  You got it.
19      I'm wondering if there's any reason --
20  like, you know, if you had recently taken a strong
21  medication or you were having a health issue -- why
22  you could not give true and accurate testimony
23  today?
24    A.  My health don't have nothing to do with
25  it.  I will give the true testimony that -- what I

1  know what happened in -- you know, I mean --
2    Q.  Okay.
3    A.  Yeah.
4    Q.  Good.
5      And so you don't know of any reason why
6  you couldn't -- is there any reason you couldn't
7  accurately remember and testify as to your knowledge
8  relating to this case today?
9    A.  I can remember things to the best of my
10  knowledge.  But at that point in time, I was sick,
11  which I say still am now, but I -- it's -- I'm under
12  better control than it was back then.
13    Q.  Okay.  Thank you.
14      And, Ms. Morrow, you and I have spoken
15  before; correct?
16    A.  Correct.
17    Q.  And I asked you to tell me what you
18  remembered regarding Larry White's murder; correct?
19    A.  Correct.
20    Q.  And did I ask you to tell me the truth
21  when we talked?
22    A.  Yes.
23    Q.  Did I make you any promises?
24    A.  No.
25    Q.  Did I threaten you in any way when we

1  talked?
2    A.  No.
3    Q.  And so you've -- I want to -- and I know
4  you've testified multiple times regarding what you
5  remember from Larry White's murder, and I may ask
6  you to go over some things that you've testified
7  about previously.
8      And I guess I'll -- I'll start with this:
9  On October 7 -- or I guess October 6, 2003, were you
10  present in the area of 29th Street and Wabash Avenue
11  that evening?
12    A.  Yes, I was.
13    Q.  All right.  I'm going to share my screen
14  with you for a minute here and mark an exhibit.
15  Let's -- let's mark this Exhibit 1.  This is a map
16  representing the area of 29th Street and Wabash
17  Avenue.  Are you able to see this on your screen?
18    A.  Yes.  I'm familiar with that area because
19  I grew up in that area.
20    Q.  Okay.  Good.
21    A.  I'm very familiar with it.
22    Q.  Good.  I'm -- I'm just going to leave it
23  up while we talk because it may help me, since I
24  didn't grow up there, to ask you some questions
25  about where you were and what happened.  Okay.

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

Case 4:23-cv-00278-RK  Document 139-24  Filed 09/09/24  Page 2 of 30

1       What -- so on October 7, 2003 -- or --
2   so -- I'm sorry.  Strike that.
3       On October 6, 2003, when you were in the
4   area of 29th Street and Wabash Avenue, can you tell
5   me -- what were you doing in the area at the time?
6       A.  I would say I was going on to a friend of
7   mine's house where -- who -- they lived on 26th --
8   2604 Benton Boulevard.
9       Q.  Okay.
10      A.  Which it wasn't really that far, maybe a
11  few more blocks over on the other side of -- of the
12  street -- well, Prospect, I will say.
13      Q.  Okay.  And what time of day did you come
14  into the area, meaning was it in the morning or in
15  the evening?
16      A.  It was in the evening time.
17      Q.  Okay.  And where were you -- where were
18  you coming from?  What direction were you moving
19  towards when you came through the area?
20      A.  I was actually coming off of 30th and
21  Wabash.
22      Q.  Okay.
23      A.  My niece lived over there at the time.
24      Q.  Okay.  So if I understand the map, you
25  were coming from the south going north through the

1   area.  Is that correct?
2       A.  Right.  Right.
3       Q.  All right.  And when you were walking
4   through the area that night, did anything -- did
5   anything unusual happen?
6       A.  Yes.
7       Q.  What's -- what's the first unusual thing
8   you remember happening as you walked through the
9   area?
10      A.  I remember when I was walking through the
11  area heading towards -- you know, I would be going,
12  like, north -- north to -- north to east because
13  east is on the side where the South Benton would be.
14  I was walking down the street, you know, normally
15  walking, doing my -- minding my own business, and
16  the confrontation between Larry and Reggie got on.
17  He was chasing a man with a gun down the street, you
18  know.  I was trying to hurry up and get away because
19  on the corner of Prospect, of 29th Street, there's a
20  church sit there -- sitting there.  Right now, still
21  been there forever.  And I -- I -- you know, all
22  this was happening.  I was running towards that way
23  to -- because there's some stairs down in the bottom
24  of it to go down there for safety, and he seen me;
25  and, you know, I seen him as well.

1       Q.  Okay.  So you saw -- I think you said you
2   saw Reggie chasing Larry.  Is that correct?
3       A.  Reggie and Kiki.
4       Q.  Sorry.  Reg- --
5       A.  It was Reggie and Kiki.
6       Q.  Go ahead.  Go ahead.
7       A.  Yes.  It was Reggie and Kiki --
8       Q.  They were --
9       A.  -- chasing Larry.
10      Q.  Okay.
11      A.  Larry was on the --
12      Q.  And sorry.  Just --
13      A.  Larry started off --
14      Q.  I don't mean to inter- --
15      A.  -- when they was --
16      Okay.  Can you hear me?
17      Q.  I can hear you.  I was just going to say
18  wait for my question, and let's go --
19      A.  Okay.
20      Q.  -- one question and --
21      A.  Okay.
22      Q.  -- answer at a time.
23      It's all right.
24      A.  Okay.  But I had to tell you how it -- at
25  what corner he was on so you can really get a better

1   understanding of the whole map you got down there.
2   You understand what I'm saying?
3       Q.  I understand.  And --
4       A.  Yes.
5       Q.  -- our --
6       A.  Yes.
7       Q.  -- court reporter -- to be fair to her, we
8   really have to talk one at a time because --
9       A.  Okay.
10      Q.  -- she can't --
11      A.  That's fine.  That's fine.
12      Q.  She can't write down two things at once.
13  And so --
14      A.  I understand.
15      Q.  -- if we go --
16      THE REPORTER:  Okay.  Excuse me.
17      THE WITNESS:  Uh-huh.
18      THE REPORTER:  That's -- that's just an
19  example.  When you're answering him "Okay" in the
20  middle of his question, that's where I can't get it
21  all.  So just pause.
22      THE WITNESS:  Pause.  Okay.
23      THE REPORTER:  Okay.
24      THE WITNESS:  All right.  I --
25      THE REPORTER:  Thanks.

1          THE WITNESS:  I understand.
2          THE REPORTER:  Thank you.
3     Q.  (By Mr. Hilke)  So I'm going to -- I'm
4  going to say, you know, wait for my full question
5  and then wait a good second to make sure I'm done
6  because I talk slow sometimes.  And then --
7     A.  Okay.
8     Q.  -- give me your answer --
9     A.  I understand --
10    Q.  -- and I'll ask --
11    A.  -- (indiscernible).
12         THE REPORTER:  Excuse me.  See, that was
13  an interruption.  So just -- just a little pause.
14  Thanks.
15         THE WITNESS:  Uh-huh.
16    Q.  (By Mr. Hilke)  Okay.  So I want to -- I
17  want to take this one -- one step at a time.  So
18  while you were in the area, you noticed Reggie and
19  Kiki chasing Larry; is that correct?
20    A.  Correct.
21    Q.  Do you know Larry's last name?
22    A.  White.
23    Q.  And who was -- who was Reggie?
24    A.  Reggie was a dope dealer that moved in the
25  neighborhood.

1     Q.  And who was Kiki?
2     A.  He also was one of the dope dealer that
3  moved in the neighborhood.
4     Q.  Had -- had you interacted with them before
5  you saw them that night?
6     A.  No.
7     Q.  Did you know who they were when you saw
8  them?
9     A.  Yes.
10    Q.  And how did you know who they were?
11    A.  Because they -- they was in the
12  neighborhood that -- where I knew people that lived
13  there for a long time.  So they was saying the
14  new -- the new D-man, which they were saying -- that
15  moved in on the block.
16    Q.  So is it fair to say you were familiar
17  with them even though you didn't have a relationship
18  with them?
19    A.  Exactly.
20    Q.  And when you saw Reggie chasing Larry,
21  was -- did -- was Reggie holding or carrying
22  anything?
23    A.  Yes, he was.
24    Q.  What was he carrying?
25    A.  A gun.

1     Q.  What kind of gun?
2     A.  An AK-47.
3     Q.  Is that a pistol or a rifle?
4     A.  A rifle.
5     Q.  Was Kiki carrying anything as he chased
6  Larry?
7     A.  He had a handgun.  Maybe a .22 or .38.
8     Q.  So let me back up a little bit.  When you
9  first noticed Kiki and Reggie chasing Larry, where
10  were you located at that time?
11    A.  I was across the street.  There used to be
12  an apartment building over there before you get to
13  the church parking lot to cut across.
14    Q.  All right.  So you were --
15    A.  Where I was --
16    Q.  Go ahead.
17    A.  I would be heading, like, northeast, as I
18  was saying to you earlier.
19    Q.  Uh-huh.
20    A.  Yes, I was, like, on the 20- -- 29th -- it
21  would be -- be going, like, towards northeast side,
22  you know.  So corner.
23    Q.  Were you between Wabash and Prospect on
24  29th Street at that time?
25    A.  Yes.

1     Q.  And where was Larry when you first saw him
2  at that time?
3     A.  When I first saw Larry, before I was in
4  between Pros- -- Wabash, he was on -- standing on
5  the corner of 29th and Olive.
6     Q.  Okay.  So he was, you know, a good block
7  west of you when you first saw him; is that right?
8     A.  Yes.
9     Q.  And what direction did Larry run in at
10  that time?
11    A.  He was running east.
12    Q.  Now, did he -- one second.  Did you -- you
13  mentioned something about the church -- the church
14  parking lot in terms of where you ended up during
15  this; correct?
16    A.  Correct.
17    Q.  And can you describe that, how you ended
18  up in the church parking lot.
19    A.  Well, when -- when he was -- see, you can
20  look -- I look -- was looking behind me, and they
21  was running, chasing him.  So I had to get --
22  actually, I had to get out of the way or I probably
23  would have been shot as well.  So how I ended up
24  there -- because I was running away from the
25  gunfire.

8700 Monrovia, Suite 310                              (913) 825-2510
Lenexa, Kansas 66215-3500                          Fax (913) 825-2530
www.cornerstonekc.net          Cornerstone          office@cornerstonekc.net
Court Reporting Company llc
Case 4:23-cv-00278-RK   Document 139-24   Filed 09/09/24   Page 4 of 30

1    Q.   And did you take cover in the church
2 parking lot?
3    A.   Yes, sir, I did.
4    Q.   Where did you take cover there?
5    Q.   In the stair -- in the stairwell.  They
6 got some stairwell, lead to a basement.
7    Q.   And from the stairwell, were you able to
8 see onto 29th Street from there?
9    A.   Yes.
10    Q.   And after you took cover, did you observe
11 anything else?
12    A.   When he shot -- when he shot Larry -- yes,
13 I observed it.
14    Q.   Okay.
15    A.   And he seen me.
16    Q.   All right.  And did -- and did you see
17 where Larry ultimately ...
18    A.   He -- he -- when he fell or --
19    Q.   Yeah, can you --
20    A.   -- what are you asking me?
21    Q.   Did you see when he fell?
22    A.   He fell at Fish Town.
23    Q.   Okay.  And -- and did you see where -- and
24 who did you see?  You said you saw someone shoot
25 him.  Who did you then see shoot Larry?

1    A.   I see he -- Reggie shoot Larry.
2    Q.   Okay.
3    A.   I don't really know his last name or
4 nothing like that.  It's just like if you live in
5 the neighborhood, you know people.
6    Q.   Okay.  And when you say you saw Reggie and
7 he saw you, did you make eye contact with each
8 other?
9    A.   Yes, I did.
10    Q.   Okay.  And how did you feel when he made
11 eye contact with you?
12    A.   I was scared, you know, because I have
13 never witnessed this before.  You know, I have never
14 witnessed nobody getting murdered in front of your
15 face.
16    Q.   Did Reggie have a reputation in the
17 neighborhood at the time?
18    A.   He had a bad reputation, yes.
19    Q.   What was his reputation?
20    A.   He -- he -- what you call it -- "kingpin"
21 of the drug dealers, you know.  He ran all of these
22 old people out of their apartments because those
23 apartments that they was in was -- a lot of old
24 people live there.  Yes, he had a bad reputation.
25    Q.   So -- and, by the way, I'm -- sorry.  One

1 second.
2    A.   Okay.
3    Q.   Now, according to this map, there's, like,
4 an alley going north on 29th Street between the
5 apartment at 2408/2410 East 29th Street and a house
6 at 2846 Wabash.  Are you familiar with that alley?
7    A.   Yes.
8    Q.   And there's also a driveway between that
9 alley and Wabash Avenue.  Are you familiar with that
10 driveway?
11    A.   Yes.
12    Q.   And am I correct -- is it -- can you --
13 you know, back in 2003, could you -- was it possible
14 to run up the alley and run east on the driveway to
15 get onto Wabash?
16    A.   Yes.
17    Q.   And I think you mentioned hearing shots,
18 if I heard you right, at -- at least two times.
19 Once --
20    A.   Yes.
21    Q.   -- before --
22    A.   Yes.
23    Q.   -- you took cover and once after.  Is that
24 correct?
25    A.   That's correct.

1    Q.   All right.  Now, when you heard shots the
2 first time, where -- like, was there a direction
3 where you heard or saw the shots coming from?
4    A.   The shots was coming from the direction
5 of -- it -- that was in the street.  So I was on the
6 sidewalk cutting across the church parking lot.
7    Q.   Okay.  And where -- what was the direction
8 from where you heard or saw the shot?
9         And, by the way, the first time you heard
10 or saw the shots, did you see them or hear them or
11 both?
12    A.   I seen them chasing him, and I seen -- I
13 seen the fire from the gun.
14    Q.   And in part of the chase you observed, did
15 any of it involve, like, the alley and the driveway
16 we were just talking about around 2846 Wabash?
17    A.   Yes.  Yes.
18    Q.   And so during the chase, did you -- during
19 the chase, did you see Kiki and Reggie coming
20 southwards from the driveway at 2846 Wabash?
21    A.   You have to jump a fence --
22    Q.   Okay.
23    A.   -- to get -- get over to get into Wabash.
24 It's -- you have to come across a fence to get over
25 there.  It wasn't a tall fence.  It's just -- like,

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

Case 4:23-cv-00278-RK   Document 139-24   Filed 09/09/24   Page 5 of 30

Page 21

1  they jumped over.
2     Q.  Is that what they did?
3     A.  Yes.
4     Q.  Okay.  And so during that part of the
5  chase, can you tell me, like, where -- so I want you
6  just to use Fish Town as a point of reference --
7  right? -- Fish Town, like, all the way east --
8     A.  Fish Town.
9     Q.  -- on 29th Street.
10    A.  Uh-huh.
11    Q.  Was Larry White between you and the
12 shooters?
13    A.  At this point, I had got out of the way so
14 he was running from the shooters.
15    Q.  All right.  And you --
16    A.  So I was up a -- I've -- I'm going to
17 explain this to you.  I was up a little way from
18 him.
19    Q.  Uh-huh.  So --
20    A.  I wasn't completely hit the parking lot
21 yet at the church.  So yes.
22    Q.  So it was, like, you are the most -- you
23 were the farthest east, then Larry was running from
24 them and -- and by "them," I mean Kiki and Reggie --
25 and Reggie and Kiki were a little bit west chasing

Page 22

1  them; is that right?
2     A.  Right.
3     Q.  Okay.  Thanks.
4        One second.  Okay.  Now, after you heard
5  the first gunshot, did you look westward in the
6  direction of the apartments, like the apartments at
7  2404 East 29th Street, at any time?
8     A.  Yes.
9     Q.  Okay.  And was there someone at that time
10 known to you as Tre?
11    A.  I just heard of his name -- Tre.
12    Q.  Okay.  And do you know -- do you now know
13 the -- the -- I guess, the legal name of the person
14 named Tre?
15    A.  I just found that out recently, yes.
16    Q.  Okay.  And is he the same person who you
17 testified at his criminal trial for Larry White's
18 murder a couple years later?
19    A.  Yes.
20    Q.  Okay.  Now, at that time after you heard
21 the first gunshot and you looked towards the
22 apartments, did you observe Tre at that time?
23    A.  Yes.
24    Q.  Okay.  And did you spend very long, like,
25 watching him or -- at that time?

Page 23

1     A.  No, I didn't just watch him.  No.
2     Q.  And were there very many people in front
3  of the apartments then?
4     A.  Yes.
5     Q.  Okay.  And was Tre someone you saw at any
6  time chasing the victim, Larry White?
7     A.  No.
8     Q.  Was Tre someone at any time you saw firing
9  a weapon that evening?
10    A.  No.
11    Q.  Do you remember what you did after you
12 saw -- sorry.  One second.
13       And so I want to ask a minute about -- do
14 you recall that Tre was the defendant in a criminal
15 trial a couple of years after Larry White was shot
16 and that you testified at that criminal trial?
17    A.  Yes.
18    Q.  And, by the way, have you reviewed your
19 transcript from that criminal trial at any time?
20    A.  No.
21    Q.  And -- and when was the last time -- and
22 you both testified at -- multiple times and signed
23 some affidavits in the 20-plus years since Larry
24 White was murdered; correct?
25    A.  Correct.

Page 24

1     Q.  When was the last time you looked at any
2  of those documents, meaning any trial transcripts,
3  any affidavits, anything like that?
4     A.  I haven't looked at anything.
5     Q.  Okay.
6     A.  I -- I really haven't seen the transcript
7  from any trial.
8     Q.  So do you recall that at the criminal
9  trial -- meaning Tre or Keith Carnes's criminal
10 trial back in October 2005 -- your testimony was
11 that Keith Carnes had chased Larry and shot and
12 killed him?
13    A.  Yes.
14    Q.  Now, was that --
15       MS. PETERS:  Wally --
16       MR. HILKE:  Go ahead.
17       MS. PETERS:  I'm sorry.  I -- I believe
18 you said "October 2005."  I just want to make sure
19 we have a clean record.
20       MR. HILKE:  Oh, thanks.  I'm sorry.  I --
21 I just meant back in 2005, not any specific month.
22    Q.  (By Mr. Hilke)  You remember giving that
23 testimony at a criminal trial in 2005 against Keith
24 Carnes; correct?
25    A.  Correct.

8700 Monrovia, Suite 310                                    (913) 825-2510
Lenexa, Kansas 66215-3500                                  Fax (913) 825-2530
www.cornerstonekc.net                                  office@cornerstonekc.net

Cornerstone
Court Reporting Company LLC

Case 4:23-cv-00278-RK   Document 139-24   Filed 09/09/24   Page 6 of 30

1    Q.  And was that true?
2    A.  No.
3    Q.  And, by the way, do you recall that your
4  testimony was that Larry had run east on
5  29th Street, Keith Carnes had chased him, and you
6  had followed behind the two of them?
7    A.  That -- what -- I don't remember what I
8  said at that time because I never seen the
9  transcript; and, you know, at that time I was sick.
10    Q.  Sure.  Let me ask you:  Is that something
11  you would do?  If you saw a shooting happening,
12  would you run in the same direction as the shooter?
13    A.  No.
14    Q.  Would you -- now, what would your -- what
15  would your reaction be if you were on the street at
16  the time there was a shooting?
17    A.  To take cover.
18      MS. PETERS:  Object to form.
19    Q.  (By Mr. Hilke)  Go ahead.
20      Did you hear my question?
21    A.  Yes.  To take cover.
22    Q.  Is that what you actually did when Larry
23  White was shot and killed in October 2003?
24    A.  I took cover, yes.  Because after they
25  was -- excuse me.  Can I say something?

1    Q.  You know, you've answered my question;
2  so --
3    A.  Okay.
4    Q.  -- let me move --
5    A.  Okay.  I -- yeah.  I take cover.
6      Can you hear me?
7    Q.  I can.
8    A.  I can barely hear you now.  Because you --
9    Q.  I'm going to --
10    A.  -- shaking up.
11    Q.  I'm going to speak --
12      THE REPORTER:  One at a time.
13    Q.  (By Mr. Hilke)  Do you know who Amy
14  McGowan is?
15    A.  Yes.
16    Q.  Who is Amy McGowan?
17    A.  A prosecutor.
18    Q.  Now, after you saw Larry White be shot and
19  killed, did you interact with Amy McGowan?
20    A.  Yes.
21    Q.  What do you -- did you ever -- and how
22  long after the shooting, if you can remember, did
23  you interact with Amy McGowan?
24    A.  A couple of days after the shooting.
25    Q.  Okay.  And how did -- how did you come

1  into contact with Amy McGowan?
2    A.  She -- she came to the neighbor- -- that
3  same neighborhood, yes.
4    Q.  And what was your -- did you speak with
5  her then?
6    A.  Yes, I did.
7    Q.  What was your conversation with her?
8    A.  The conversation with her was saying that
9  Keith Carnes did the shooting, and if I didn't, I
10  would be charged with drug possession -- which I
11  didn't have drugs on me.
12    Q.  And who said that Keith Carnes was the
13  shooter in that conversation?
14    A.  Amy.
15    Q.  And did you tell her what you had seen?
16    A.  Yeah.
17    Q.  What did you say to her?
18    A.  I told her that he wasn't the shooter,
19  that the other guy was, and I told her who he -- who
20  they were.
21    Q.  And, specifically, who did you tell Amy
22  McGowan was the shooter?
23    A.  I told her Reggie -- which he had another
24  street name he was going by, but I just know they
25  called him "Reggie" -- and Kiki.  He had another

1  name.  I don't know -- I don't really know his
2  real -- whole name.
3    Q.  Did you ever -- were you ever taken also
4  to Amy McGowan's office?
5    A.  Yes.
6    Q.  And did that occur on multiple occasions?
7    A.  Not multiple occasions, maybe two -- two
8  or three times.
9    Q.  And when you first went to Amy McGowan's
10  office, how did you get there?
11    A.  What they call those -- those people that
12  works at the Jackson County Courthouse to pick you
13  up?  Sheriff, I will want to say a sheriff.  His
14  name was Anthony something.
15    Q.  Okay.
16    A.  He worked for the Jackson County
17  Courthouse.
18    Q.  Okay.  And so it was a law enforcement
19  officer named Anthony; is that right?
20    A.  He worked in the Jackson County
21  Courthouse; so he would be a law enforcement
22  officer.  They pick up the witnesses -- up -- is
23  what I'm trying to say.
24    Q.  Okay.  And you -- okay.
25      The first time you talked with Amy McGowan

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

Page 29

1  in your -- in her office -- can you tell me what you
2  remember happening during that interaction.
3      A.  Well, I remember that she was showing me
4  the picture of Mr. Carnes, which I know his name
5  now, and I was -- and she pulled the book out, and
6  she had -- you know, how they show you mug shot.  So
7  I was picking out the pictures, and then she picked
8  out this one photo of Mr. Carnes and said he the one
9  did it, did the shooting.  And at that time, she
10  also showed me the house where the -- the shell
11  casing landed.  And I didn't see that part, you
12  know, where that shell casing land, the house and
13  everything.
14      Q.  When you -- the first time you talked to
15  Amy McGowan in her office, did you tell her who you
16  saw commit the shooting?
17      A.  Yes, I did.
18      Q.  And who did you tell her you saw commit
19  the shooting?
20      A.  Reggie and Kiki.
21      Q.  And -- and did she say why she was telling
22  you that it was, instead, Keith Carnes who committed
23  the shooting?
24      A.  Yes.  Because they thought he was the big
25  drug dealer that took over these people apartment.

Page 30

1  It wasn't him.
2      Q.  Now --
3      A.  They wanted him off the streets.
4      Q.  And when you were -- during that first
5  interaction with Amy McGowan in her office, did she
6  say anything to you about, like -- I'm trying to ask
7  this in an open-ended way.  I'm trying to ask if she
8  said anything to you one way or another about --
9  well, actually, let me take a step back.
10      A.  Okay.
11      Q.  Did you -- what was your reaction when Amy
12  McGowan told you that -- you know, told you who she
13  wanted -- and, actually, sorry.  Let me start one
14  more time.
15      A.  Okay.
16      Q.  Did -- when Amy McGowan told you it was
17  Keith Carnes, was she telling you what she thought,
18  or was she telling you what she wanted you to say?
19      A.  What she wanted me to say.
20      Q.  How did you feel when she told you what
21  she wanted you to say?
22      A.  I felt very uncomfortable.
23      Q.  And did you ultimately listen to her and
24  decide to say what she had told you to say instead
25  of what you saw at Keith Carnes's criminal trial?

Page 31

1      A.  Yes, sir.  She threatened -- she
2  threatened me with jail time and planting drugs on
3  me.  Yes, I did.
4      Q.  Do you remember what she said when she
5  threatened you with jail time and planting drugs on
6  you?
7      A.  She said if I didn't say Keith Carnes did
8  it that she would plant drugs on me; I would lose my
9  kids.  At the time my kids was around -- well, a
10  little younger than them; and, you know, I didn't --
11  "You didn't want that" -- destroying my reputation.
12  So I did what I was told to do.
13      Q.  And you mentioned her taking you to show
14  you where shell casings were.  Is that something Amy
15  McGowan did with you?
16      A.  Actually, when I was in her office, she
17  had the gun there and she had the pictures -- a
18  picture of the house, and she told me this is where
19  the shell casing was at.
20      Q.  Okay.  Was that something you knew
21  before --
22      A.  No.
23      Q.  -- where the shell casings --
24      A.  No.  No.
25      Q.  So you did not know until she told you

Page 32

1  where the shell casings were; correct?
2      A.  No, sir, I did not know.  I was not
3  looking for where the bullets land.  I just didn't
4  want to get hit.
5      Q.  Were you ever interviewed by police
6  officers about Larry White's shooting?
7      A.  Once.
8      Q.  Where did that interview take place?
9      A.  Downtown Kansas City --
10      Q.  Is it --
11      A.  -- at the headquarters.
12      Q.  You said "at headquarters"?
13      A.  Uh-huh.
14      Q.  Was that somewhere you had been before?
15      A.  No.
16      Q.  How many officers interviewed you?
17      A.  At the time I think it's only -- was two
18  because it was at nighttime.  There was only two
19  on that -- on that shift.
20      Q.  And did they ask you about Larry White's
21  murder?
22      A.  Yes.
23      Q.  Did they ask you if you had seen who
24  committed the shooting?
25      A.  Yes.

1   Q.  What did you tell them?
2   A.  I also told them Kiki and Reggie.
3   Q.  What did they do after you told them you
4   saw Kiki and Reggie?
5   A.  They said no, they didn't -- wasn't the
6   shooter.  I guess I -- I'm not going to say they --
7   every officer is corrupt, but it is a lot of corrupt
8   police officers.  And they told me that -- to say
9   this -- Tre is the one that killed Larry.
10   Q.  And so were they telling you what they
11   thought, or were they telling you what to say?
12   A.  They was telling me what to say.
13   Q.  And did the -- did -- and, by the way,
14   it -- do you remember what those officers looked
15   like, the ones who interviewed you?
16   A.  No, I don't remember because it was such a
17   long time ago and everything.  It was a long time
18   ago.
19   Q.  Did -- did those officers ask you to sign
20   a statement?
21   A.  Yes.
22   Q.  Did you sign that statement?
23   A.  They -- I signed the statement.  They
24   printed it off on the computer.
25   Q.  Now, can you tell me when -- did you sit

1   with the officers as they typed your statement, or
2   did they bring you a statement to sign?
3   A.  They was writing in -- you know how they
4   have their little handbook?  The little books they
5   flip over.  And they was writing it in there.  And
6   then he went and typed it up afterwards.
7   Q.  Now, when they typed it up afterwards, did
8   you go with them to a computer to type it up or --
9   A.  No.
10   Q.  -- did you leave where you --
11   A.  No.  No.  I was sitting in -- what you
12   call a little cul-de-sac, like a off- -- a little
13   office thing where they have them by -- split them
14   in half.  No, I didn't go with them.
15   Q.  Okay.  One second.  Okay.
16   So if the police had written down
17   everything you told them, they would have written
18   down that you saw Reginald Thomas or -- you -- that
19   you saw Reggie and Kiki commit the murder; right?
20   A.  Right.
21   Q.  Do you recall a female prosecutor who
22   asked you questions at Keith Carnes's criminal
23   trial?
24   A.  Yes.
25   Q.  And was that -- was that Amy McGowan, or

1   was that someone else?
2   A.  First, it was Amy, and then it was
3   Ms. Parson [sic].
4   Q.  Okay.  And did -- did Ms. Parsons -- and
5   so did Ms. Parsons actually ask you questions at the
6   trial about what you had been?
7   A.  I don't recall what's -- the questions she
8   asked me.
9   Q.  So, you know, not which questions she
10   asked you, but do you remember that she asked you
11   questions at the trial?
12   A.  Yes, she did.
13   Q.  Did -- and did you talk to Ms. Parsons
14   before she asked you questions, like, in front of
15   the judge?
16   A.  No.
17   Q.  Did you ever tell Ms. Parsons that you had
18   been pressured to identify Keith Carnes?
19   A.  No.
20   Q.  And why didn't you tell her?
21   A.  I was afraid.
22   Q.  Before -- did Ms. Parsons ever ask you if
23   you had been pressured before she examined you in
24   court?
25   A.  No, she did not.

1   Q.  Now, did you have a -- like, a moniker or
2   a nickname you used back in October 2003?
3   A.  My nickname -- no.
4   Q.  Did you ever use the name "Goldie"?
5   A.  Yes.
6   A.  And when you were in that area, like 29th
7   and Wabash, did you usually use your legal name, or
8   did you usually go by Goldie?
9   A.  Goldie.
10   Q.  And was Keith Carnes or Tre someone you
11   had interacted with before in October of 2003?
12   A.  I have only seen him once.
13   Q.  And did he -- would he have known your
14   real name, like "Lorianne Morrow"?
15   A.  No.
16   Q.  If he knew your name, would he have known
17   your real name or your nickname?
18   A.  My nickname.
19   Q.  I think you've testified in the past that
20   there have been times when you're -- because of
21   health reasons, your memory has not been as good.
22   Is that true?
23   A.  That's true.
24   Q.  And how does that compare to now?  Meaning
25   is -- you know, is your memory -- is your memory

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

Case 4:23-cv-00278-RK   Document 139-24   Filed 09/09/24   Page 9 of 30

Page 37

1   still bad today?
2      A.   No.
3      Q.   This event you saw, seeing Larry White be
4   shot and killed -- is that something that stands out
5   to you in your memory?
6      A.   Yes.
7      Q.   And do you remember -- do you know someone
8   by the name of Latahra Smith?
9      A.   Yes.
10     Q.   And do you remember -- do you remember
11  when you first -- when you first met Latahra Smith?
12     A.   2015 -- 2014 -- 2015, something like that,
13  maybe 2016.  I don't remember what year it was.
14     Q.   Okay.  And did -- did -- what was your
15  understanding when you met Latahra Smith of why she
16  was talking to you?
17     A.   She was talking to -- about Keith Carnes.
18     Q.   Okay.
19     A.   That's how I really learnt his name in the
20  beginning, his real name.
21     Q.   Did Latahra Smith ever ask you to lie on
22  Keith Carnes's behalf?
23     A.   No.
24     Q.   Did she ever promise you anything for
25  helping her?

Page 38

1      A.   No.
2      Q.   Did she ever threaten you in -- in any
3   way?
4      A.   No, she haven't.
5      Q.   Give me one second, please.
6           Do you -- do you recall testifying a few
7   years ago when Keith Carnes had a habeas hearing?
8      A.   Yes, I do.
9      Q.   And did you tell the truth then about what
10  you saw the night Larry White was murdered?
11     A.   Yes, I did.
12     Q.   And how did it feel to tell the truth when
13  you testified then?
14     A.   It -- it just -- my whole -- it lift up a
15  whole lot of things off my heart.  Because at this
16  point, when I was really sick, I didn't think I was
17  going to make it and -- to testify for him in his
18  court case.
19     Q.   And had you -- one second.
20          Did you feel any guilt about testifying
21  against Keith Carnes back in 2005?
22     A.   Yes, I did.
23     Q.   And why did you feel guilt?
24     A.   It was just -- I mean, it was just eating
25  at me.  It -- it -- physically, it was tearing me

Page 39

1   down; mentally, it was tearing me down.  So I just
2   needed to get this out.
3      Q.   (By Mr. Hilke)  Okay.
4           MR. HILKE:  Ms. Morrow, I don't have any
5   more questions right now.  I should have mentioned
6   you can take a break whenever you want and -- to use
7   a bathroom or whatever.
8           THE WITNESS:  Okay.
9           MR. HILKE:  I expect the other attorneys
10  might have some questions for you too.
11          THE WITNESS:  Okay.
12          MR. HILKE:  Do you need a bathroom break
13  or anything before we continue?
14          THE WITNESS:  No.  We can just go ahead
15  and get this over with -- get it -- get it over with
16  because, like I said, I have things to do.
17          MR. HILKE:  Okay.
18          MS. PETERS:  Ms. Morrow, my name is Diane
19  Peters.  Can you see me on your screen?
20          THE WITNESS:  No, I don't see you.  I
21  just --
22          MS. PETERS:  I'll wave.
23          THE WITNESS:  I still see him.  I don't
24  see you.
25          MS. PETERS:  Can you see me?

Page 40

1           THE WITNESS:  No.  Just got a picture of
2   me.  I just see me.  Just me.
3           MS. PETERS:  You can hear me, though;
4   right?
5           THE WITNESS:  I can hear you.  Yes, ma'am.
6                     EXAMINATION
7   BY MS. PETERS:
8      Q.   I represent the Kansas City Missouri Board
9   of Police Commissioners, some detectives, and some
10  police officers in this lawsuit that Keith Carnes
11  has filed.  Okay?
12     A.   Okay.
13     Q.   I have some questions for you.  Earlier
14  you said that you were sick, and I got the
15  impression, when you said you were sick, you meant
16  at the time Larry White's homicide happened.  Did I
17  understand that correctly?
18     A.   Yes, ma'am.
19     Q.   Can you elaborate on --
20     A.   I had --
21     Q.   -- that.
22     A.   -- systematic -- systematic [sic] lupus.
23     Q.   Did your illness, lupus, interfere with
24  your ability to tell the truth back then at --
25     A.   No.

8700 Monrovia, Suite 310                          (913) 825-2510
Lenexa, Kansas 66215-3500                         Fax (913) 825-2530
www.cornerstonekc.net     Cornerstone Court Reporting Company LLC     office@cornerstonekc.net
Case 4:23-cv-00278-RK   Document 139-24   Filed 09/09/24   Page 10 of 30

1      THE REPORTER:  One at a time.
2      Q.  (By Ms. Peters)  Did your abil- -- did
3  your illness, lupus, cause you or interfere with
4  your ability to tell the truth in 2003, 2004, and
5  2005?
6      A.  No.
7      Q.  You testified earlier that you talked to
8  Mr. Wally Hilke; is that correct?
9      A.  Correct.
10      Q.  How many times have you talked to
11  Mr. Hilke?
12      A.  Maybe three times.
13      Q.  How many of those times were over the
14  phone?
15      A.  All -- twice -- maybe -- twice over the
16  phone.
17      Q.  How many of those times were in person?
18      A.  Once.
19      Q.  When was the first time you talked to
20  Mr. Hilke?
21      A.  I don't remember the date, but that was
22  the first time I met him in person.
23      Q.  And then --
24      A.  I don't remember.
25      Q.  How long ago?

1      A.  Maybe 4th -- last year.  It was last year.
2  I don't remember what month.
3      Q.  So sometime last year, you met Mr. Hilke
4  for the first time, and that was in person?
5      A.  Yes, ma'am.
6      Q.  Where was that?
7      A.  Downtown.
8      Q.  Downtown where?
9      A.  He was in a hotel.
10      Q.  Do you mean downtown Kansas City,
11  Missouri?
12      A.  Yes.
13      Q.  Did you meet him at the hotel?
14      A.  Yes.
15      Q.  What was the name of the hotel?
16      A.  I can't remember what hotel he stayed in,
17  because they just built it up.  I just -- I don't
18  remember.
19      Q.  And how did you know to meet him at the
20  hotel?
21      A.  He called me and told me he'd be in town.
22      Q.  So he called you?
23      A.  Uh-huh.
24      Q.  He called you and asked you to meet with
25  him at the hotel?

1      A.  Yes.
2      Q.  So you had a phone call.  Then you met him
3  in person at the hotel, and then you talked to him
4  two more times on the phone; is that correct?
5      A.  That's correct.
6      Q.  When he talked to you on the phone to ask
7  if you'd meet him at the hotel, was that the first
8  time that you talked to him?
9      A.  Yes, ma'am.
10      Q.  Do you know how he got your phone number?
11      A.  Yes.
12      Q.  How?
13      A.  Latahra.
14      Q.  Did Mr. Hilke tell you he got your phone
15  number from Latahra?
16      A.  I'm -- I'm just assuming that's where he
17  got my number from.  I'm not sure.
18      Q.  So tell me about this very first
19  conversation with Mr. Hilke on the phone when he
20  asked you to meet him at the hotel.
21      A.  He -- he said he wanted to ask me a few
22  questions about -- relating to Keith Carnes and the
23  matter.  That's -- basically was it.
24      Q.  And did he ask you any of those questions
25  on the phone?

1      A.  In person.
2      Q.  Okay.  So he told you that he wanted to
3  ask you some questions about Keith Carnes; correct?
4      A.  Yes.
5      Q.  And did he ask you if you'd be willing to
6  meet with him?
7      A.  Yes.
8      Q.  And did he set up a place and time and day
9  to meet then?
10      A.  Yes, he set up a place to meet.  And that
11  was downtown because he had came into town.  I'm
12  assuming he don't live in Kansas City.
13      Q.  What else did you and Mr. Hilke talk about
14  on the phone that very first time?
15      A.  That he -- you know, he was talking
16  about -- nice for him to do -- to meet me and -- and
17  everything.  Not too much of anything --
18      Q.  Did he tell you that --
19      A.  Nothing important.
20      THE REPORTER:  Excuse me.  Very "nice to
21  meet you," and what did you say after that?
22      A.  He just asked -- very nice to meet me
23  and -- about -- he was Keith Carnes's lawyer and
24  that he needed to discuss some matter with me
25  concerning Keith.

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

Case 4:23-cv-00278-RK   Document 139-24   Filed 09/09/24   Page 11 of 30

1    Q.  (By Ms. Peters)  When he told you that he
2  was Keith Carnes's lawyer, did he also tell you that
3  Keith Carnes had a lawsuit against the police and
4  prosecutor Amy McGowan?
5    A.  Yes.
6    Q.  Okay.  What did he tell you about the
7  lawsuit?
8    A.  I really don't recall how much he told me
9  about the lawsuit.
10    Q.  Then you met with Mr. Hilke at the hotel;
11  right?
12    A.  Right.
13    Q.  And did you sit in a room in the lobby
14  somewhere and -- with Mr. Hilke and discuss matters?
15    A.  Actually, I was waiting in the lobby
16  because he had another person in there who was up
17  there talking to him, and he came downstairs and got
18  me.
19    Q.  And did you and Mr. Hilke then sit down in
20  the hotel and have a discussion?
21    A.  Yes.
22    Q.  And -- and what did you discuss?
23    A.  Discussing this lawsuit.
24    Q.  And, more specifically, did Mr. Hilke ask
25  you certain questions?

1    A.  Yes.
2    Q.  And what did he ask?
3    A.  He just asked me what did I remember
4  about -- that happened that night when Larry got
5  killed and -- about what -- how much do I remember
6  what happened in the trial and did -- do I know what
7  happened.  And I did.
8    Q.  Did Mr. Hilke show you any photographs?
9    A.  No, ma'am.
10    Q.  Did he show you any other documents?
11    A.  No, ma'am.
12    Q.  How long did that meeting last with
13  Mr. Hilke?
14    A.  Thirty minutes.
15    Q.  And then do you recall how you and
16  Mr. Hilke left the meeting?  And by that, I mean did
17  Mr. Hilke say, "I'll call you," or "Will you give a
18  deposition," or anything of that nature?
19    A.  Yes.  He said he'd be getting in touch
20  with me.
21    Q.  And then you said there was a phone call
22  with Mr. Hilke after that; correct?
23    A.  Correct.
24    Q.  And how much later, after your meeting in
25  the hotel with Mr. Hilke, was the phone call with

1  him?
2    A.  February.
3    Q.  February of 2023?
4    A.  February of 20- -- this year is when I
5  spoke with him again.
6    Q.  February of 2024?
7    A.  Right.
8    Q.  And can you tell me what that conversation
9  entailed.
10    A.  The conversation entailed of -- just
11  deposition we're doing right now.
12    Q.  How long did that phone conversation last?
13    A.  It didn't last too long.
14    Q.  Did that conversation last five minutes?
15    A.  I would say ten at the most.
16    Q.  And in that conversation, February of
17  2024, you discussed setting up your deposition with
18  Mr. Hilke?
19    A.  Yes.
20    Q.  What else did you discuss with Mr. Hilke
21  during that phone call, if anything?
22    A.  I discussed with him that I was having
23  surgery on February the 5th, which I was having a
24  hip replacement, and we discussed that, and I said,
25  "If you could let me heal and -- and then we'll get

1  the deposition done," yeah.
2    Q.  And then it's your testimony that you had
3  another phone conversation with Mr. Hilke after
4  that; correct?
5    A.  Correct.
6    Q.  And then when was that next phone call?
7    A.  I told him that I wasn't completely
8  healed.  And it was in -- this is May -- it was in
9  April.  And I told him I wasn't completely healed
10  yet.  He said, well, he'll talk to you guys about
11  that.
12    Q.  So you had a phone call with Mr. Hilke in
13  April 2024 about doing your deposition and you
14  healing from a surgery?
15    A.  Right.  Correct.
16    Q.  In the phone call in February with
17  Mr. Hilke in February 2024, did you discuss any more
18  facts about the homicide of Larry White?
19    A.  No.  We did not at that time.
20    Q.  How about in April of 2024 with the phone
21  call with Mr. Hilke?  Did you discuss anything more
22  about the facts of Larry White's homicide?
23    A.  Yes.
24    Q.  And tell me about that.
25    A.  He was just asking me questions -- what --

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

1  what do I remember, what I saw at the time of his
2  homicide.
3      Q.  Have you spoken to anyone from Mr. Hilke's
4  law firm, that you know of, other than Mr. Hilke?
5      A.  Only him.
6      Q.  When was the last time you spoke with
7  Ms. Latahra Smith?
8      A.  Oh, it's been since last year.
9      Q.  When you spoke with Ms. Latahra Smith last
10  year, what was the occasion that caused you to speak
11  with Ms. Smith?
12      A.  That occasion -- it was -- think his --
13  his trial was coming up again -- Keith.
14      Q.  What trial was that?
15      A.  The trial when he -- his conviction got
16  overturned.
17      Q.  Ma'am, I want to ask you about some of the
18  events of the night of the homicide.  You've already
19  testified to some of it.  I believe you testified
20  earlier that you were going to a friend's house on
21  October 6th, 2003.  Is that correct?
22      A.  Correct.
23      Q.  Do you remember the friend's name?
24      A.  Yes.  His name was Michael Thompson.
25      Q.  And you had a niece that lived at 30th and

1  Wabash?
2      A.  Yes.
3      Q.  What's your niece's name, ma'am?
4      A.  Brenda White.
5      Q.  Can you say that first name again.
6      A.  Brenda.
7      Q.  By the way, Ms. Morrow --
8      A.  Uh-huh.
9      Q.  -- going back to 2003, did you know Larry
10  White?
11      A.  Yes, ma'am.
12      Q.  How did you know Larry White?
13      A.  Larry White went to school with my sons.
14      Q.  With how many of your sons?
15      A.  He went to school with my three oldest
16  son.
17      Q.  Can you tell me the name of your three
18  oldest sons.
19      A.  Rickey, Eric, and Eran.
20      Q.  How does Eran spell his name?
21      A.  E-r-a-n.
22      Q.  Is Rickey and Eric and Eran's last name
23  Morrow?
24      A.  Rickey's last name is Gardner,
25  G-a-r-d-n-e-r.

1      Q.  What is Eric's last name?
2      A.  Morrow.  And so is Eran.
3      Q.  Did you know Larry White in -- in any
4  other way other than he went to school with your
5  three oldest sons?
6          (Technical issue.  Discussion off record.)
7      A.  I know his mother, his grandmother, his
8  sister -- I knew -- I knew his whole family -- and
9  his uncles.
10      Q.  (By Ms. Peters)  How did you know the
11  White family?
12      A.  We lived in the same neighborhood.
13      Q.  For how many years did you live in the
14  same neighborhood as the White family prior to Larry
15  White's murder?
16      A.  Oh, maybe 20, 30 years.
17      Q.  Did you grow up with some members of the
18  White family?
19      A.  Yes.
20      Q.  Who did you grow up with?
21      A.  With his mom and his uncles.
22      Q.  And when you say "his mom and his uncles,"
23  do you mean Larry White's?
24      A.  Larry White had an uncle named Tim and
25  Michael.

1      Q.  What's Tim and Michael's last name?
2      A.  White.
3      Q.  What was Larry's mom's name?
4      A.  I can't remember her name.  I don't
5  remember her name.  I don't recall it right
6  offhand -- her name.
7      Q.  Is she deceased now?  Do you know?
8      A.  All of those -- all of them are deceased.
9      Q.  So you grew up --
10      A.  The uncles and the mom -- and the --
11  her -- his mom.
12      Q.  So you grew up with Larry White's mom and
13  Larry White's uncles Tim and Michael White?
14      A.  Yes.
15      Q.  What was Larry White's grandmother's name?
16      A.  I can't remember her name either
17  because --
18      Q.  Does Juanita --
19      A.  -- we used to call her -- we used to call
20  her -- you know, back then we just call them
21  "Grandma" or -- you know, we'd never call them by
22  their first names.
23      Q.  Does "Juanita White" ring a bell?
24      A.  Yes.  Juanita -- mom.
25      Q.  Who was Juanita White?

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonexc.com          Cornerstone          (913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

Court Reporting Company LLC

Case 4:23-cv-00278-RK   Document 139-24   Filed 09/09/24   Page 13 of 30

1    A.   I'm -- I'm thinking it's his mom or either
2 his sister, because he's had a sister named Juanita
3 too.
4    Q.   Okay.  You think it was Larry White's mom
5 or Larry White's sister?
6    A.   Yes.
7    Q.   Do you remember what Larry White's
8 grandmother's name was?
9    A.   No, ma'am.  Because at the time we just
10 called them "Grandma."
11    Q.   Okay.
12    A.   We didn't call them by their first name.
13        THE REPORTER:  Okay.  Just remember.  One
14 at a time.  Pause.
15    Q.   (By Ms. Peters)  During the time that
16 Larry White was murdered, were you friends with any
17 members of the White family?
18    A.   Yes.
19    Q.   Who were you friends with?
20    A.   Michael White and -- and Tim White.
21    Q.   Where did Michael and Tim White live at
22 the time?
23    A.   On the corner of 29th and Olive.
24    Q.   And, just to be clear, Tim and Michael
25 White lived on the corner of 29th and Olive in

1 Kansas City, Missouri?
2    A.   Yes, ma'am.  The whole family lived in a
3 big house right there.
4    Q.   Back in 2003 they lived there; correct?
5    A.   Yes.
6    Q.   Okay.  After you witnessed the murder of
7 Larry White, who is the first person that you talked
8 to about the murder of Larry White?
9    A.   The first person I talked to about the
10 murder of Larry White was my niece.
11    Q.   Is that niece Brenda White?
12    A.   Yes.
13    Q.   What did you tell Brenda White?
14    A.   I just told her what I seen because I was
15 crying and upset, and then she -- I didn't go back
16 around there no more because it was just
17 traumatizing me.
18    Q.   Did you tell Brenda White who got
19 murdered?
20    A.   Yes.
21    Q.   Did you tell Brenda White who you saw
22 murder Larry White?
23    A.   Yes.
24    Q.   And who did you tell her?
25    A.   I told her that Kiki and Reggie killed

1 Larry.
2    Q.   And -- and when was it that you talked to
3 your niece Brenda White about the murder of Larry
4 White?
5    A.   She had came over to where I was staying
6 at, because, actually, I did live on 26th and Benton
7 with my friend Michael.
8    Q.   When did you talk to Brenda White about
9 the murder of Larry White?
10    A.   Maybe two or three days later.
11    Q.   Did you talk to your niece Brenda White
12 before or after your first conversation with Amy
13 McGowan?
14    A.   I talked to her before (indiscernible) --
15        THE REPORTER:  Excuse me.  Real quick.
16 You said you talked to her before, and then there
17 was a little glitch.  Was there anything after that?
18        THE WITNESS:  Okay.  Oh, I'm sorry.
19    A.   Before.
20    Q.   (By Ms. Peters)  I can clar- -- let -- let
21 me ask again.  So -- let me ask you the question
22 again so we're clear.
23    A.   Okay.
24    Q.   Did you talk to your niece Brenda White
25 about the homicide of Larry White before or after

1 your first conversation with Amy McGowan?
2    A.   It was before.
3    Q.   When you talked to your niece Brenda White
4 about the homicide of Larry White, who else was
5 present during that conversation?
6    A.   Just me and her.
7    Q.   And was that conversation at your house at
8 26th and Benton?
9    A.   Yes.  We was talking in private, yes.
10    Q.   Who was the next person that you talked to
11 about the homicide of Larry White after speaking to
12 your niece Brenda White?
13    A.   Well, I think my -- Brenda, because Brenda
14 didn't know Larry -- Larry White too.  So she -- she
15 is the one that talked to his family.  It wasn't me.
16 She told them.
17    Q.   Brenda White, your niece, is the one that
18 told Larry White's family what?
19    A.   About what I seen at -- when Larry got
20 murdered.
21    Q.   And how do you know that your niece told
22 Larry White's family that?
23    A.   She told me.
24    Q.   So Brenda White, your niece, told Larry
25 White's family that you, Lorianne Morrow, witnessed

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

Case 4:23-cv-00278-RK  Document 139-24  Filed 09/09/24  Page 14 of 30

1  Kiki and Reggie kill Larry White?
2       MR. HILKE:  Objection to foundation.
3    A.  Yeah.
4    Q.  (By Ms. Peters)  And you know that because
5  Brenda White told you that?
6    A.  She told -- she told me she told them,
7  yes.
8    Q.  So after you spoke with your niece Brenda
9  White, who was the next person that you talked to
10  about the murder of Larry White?
11    A.  Amy.
12    Q.  Amy McGowan?
13    A.  Yes.
14    Q.  Before I ask you some questions about Amy
15  McGowan, let me ask you this:  Did you ever -- did
16  you ever talk to any member of the White family
17  about the murder of Larry White?
18    A.  No.
19    Q.  Did any member of the White family ever
20  tell you to say Keith Carnes murdered Larry White?
21    A.  No.
22    Q.  One moment, please.
23       Did Larry White's family ever tell you who
24  they thought was the shooter?
25    A.  No.

1    Q.  Did Larry White's family ever tell you
2  they thought the shooter was Keith Carnes?
3    A.  No.
4    Q.  Did Larry White's family ever tell you
5  that you should identify Keith Carnes as the
6  shooter?
7    A.  No.
8    Q.  Did Larry White's family ever offer to pay
9  you if you identified Keith Carnes as the shooter?
10    A.  No, ma'am.
11    Q.  Did Larry White's family ever show up at
12  your house and offer to pay you money if you
13  identified Keith Carnes as the shooter?
14    A.  No, ma'am.
15    Q.  Did Larry White's mother ever go to your
16  house and say she would pay you money if you
17  identified Keith Carnes as the shooter?
18    A.  No, ma'am.
19    Q.  Did Larry White's family ever threaten you
20  in any way regarding the -- strike that.
21       Did you ever feel threatened in any way --
22    A.  No, ma'am.
23    Q.  -- relating to Larry White's
24  homicide -- well, strike that.
25       Let me ask -- I'm asking you bad

1  questions.  Let me ask you another question.
2       Did Larry White's family ever cause you to
3  feel threatened relating to the murder of Larry
4  White?
5    A.  No, ma'am.
6    Q.  Did you ever testify at the habeas hearing
7  for Mr. Carnes that Larry White's family told you to
8  identify Keith Carnes as the shooter?
9       MR. HILKE:  Objection to foun- --
10    A.  No, ma'am.
11       MR. HILKE:  Wait -- wait.  I -- I need to
12  put an objection on the record.
13       Objection to foundation.
14       You can answer.
15    Q.  (By Ms. Peters)  Did you testify, ma'am,
16  that -- at Keith Carnes's habeas hearing in 2021
17  that the -- Larry White's family told you to
18  identify Keith Carnes as the shooter?
19       MR. HILKE:  Same objection.
20    A.  No, they didn't.
21    Q.  (By Ms. Peters)  My question was a little
22  bit different.  My question was did you testify
23  under oath at the habeas hearing in 2021 that Larry
24  White's family told you to identify Keith Carnes as
25  the shooter?

1       MR. HILKE:  Same objection.
2    Q.  (By Ms. Peters)  You can answer.
3    A.  They never asked me to -- none of that,
4  no.
5    Q.  Okay.  So you never testified to that --
6  was my question.
7       MR. HILKE:  Same objection.
8    A.  Yes, I never testified to that.  Yes,
9  ma'am.
10    Q.  (By Ms. Peters)  Do you recall what your
11  testimony was from the 2021 habeas hearing?
12    A.  I recall what it was.
13    Q.  So when I'm asking you if you testified at
14  the 2021 habeas hearing whether Larry White's family
15  told you to identify Keith Carnes as the shooter
16  you -- you remember that you did not testify to that
17  under oath; correct?
18    A.  I did not --
19       MR. HILKE:  Same objection.
20    A.  -- testify to that.
21    Q.  (By Ms. Peters)  Okay.  So the second
22  person that you spoke to about Larry White's
23  homicide was Amy McGowan?
24    A.  Yes.
25    Q.  And can you describe how this meeting came

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

Case 4:23-cv-00278-RK  Document 139-24  Filed 09/09/24  Page 15 of 30

1  about.
2       MR. HILKE:  Objection to form.
3       But you can answer.  You can answer.
4     A.  Okay.  The meet- -- how the meeting came
5  about is when I was walking in the same area where
6  it happened at -- and she pulled up on a lot of
7  people that was standing out there.  I -- I can also
8  name the people if you would like.
9     Q.  (By Ms. Peters)  Please, ma'am.  Identify
10  all the people that were standing there.
11     A.  Okay.  It was Wendy Lockett and the
12  lady -- she's passed away now -- and it was --
13  what's -- what's the girl's name?  I can't think of
14  that other girl's name, but she was standing out
15  there.  She also passed away.  But Wendy Lockett
16  was -- was the main person that was out there as
17  well.
18     Q.  The other person that you're talking about
19  but can't remember her name -- is that Felicia
20  Jones?
21     A.  Yes.
22     Q.  Did Felicia Jones pass away?
23     A.  I'm thinking she did.
24     Q.  So you think, Wendy Lockett, and Felicia Jones
25  were standing in the area where the homicide

1  occurred?
2     A.  And I don't think this is the girl's real
3  name, but she went by Star.  She was a white female.
4     Q.  Anybody else that you can think of right
5  now that was standing with you at that time?
6     A.  No.  But it was a lot of people out there.
7  I didn't know everybody that was out there.  I just
8  knew the main people.
9     Q.  So let me ask you this question.  You,
10  Wendy Lockett, Felicia Jones, and a white female
11  that went by Star were standing in the area where
12  the homicide occurred when Amy McGowan drove up on
13  you?
14     A.  Yes.
15     Q.  And this occurred how many days after
16  Larry White's homicide?
17     A.  I can't remember if he got murdered a
18  weekday or weekend, but it was after that.  It was
19  just a few days after.  It wasn't -- not exactly
20  after, but just a few days after it.
21     Q.  Ma'am, I know this was over 20 years ago.
22  Can you tell me exactly how many days after the
23  homicide that -- that Amy McGowan drove up on you
24  the first time?
25     A.  I don't want to give an incorrect answer.

1  I want to say maybe four or five days.  I don't want
2  to give an incorrect answer.
3     Q.  Because earlier in your deposition today,
4  you said it was a couple of days.
5     A.  A couple of days to me is like a week,
6  because that's -- that's how we speak in general.  I
7  mean -- maybe you're not used to speaking like that.
8     Q.  I'm not.
9     A.  A couple days is like a week.  Yes.  Yes.
10       THE REPORTER:  One at a time, please.
11     Q.  (By Ms. Peters)  So Amy McGowan drove up
12  on you about a week after the homicide?
13       MR. HILKE:  Object to form.
14       You can answer.
15     A.  Yes.
16     Q.  (By Ms. Peters)  And when Amy McGowan
17  drove up on you about a week after the homicide,
18  Wendy Lockett, Felicia Jones, and Star were with
19  you?
20     A.  They were there, yes.
21     Q.  What was Wendy Lockett doing at that time?
22     A.  Wendy Lockett always hung out over there.
23     Q.  And just to make sure we're talking about
24  the same area, you're talking about the area of
25  29th-Wabash-Olive area?

1     A.  Yes, ma'am.
2     Q.  What do you recall Felicia Jones doing
3  over there at the time Amy McGowan drove up on you
4  the first time?
5     A.  She also lived in that neighborhood.  She
6  lived in the neighborhood.  Wendy did.
7     Q.  And same question for Star.  What do you
8  recall Star doing at that time?
9     A.  Hanging out.
10     Q.  And you may have said this, and I
11  apologize, but do you know Star's first or last
12  name?
13     A.  I really don't -- really know her first
14  and last name because she went by Star, but she
15  never used her -- because a lot of people didn't use
16  their real name.  They didn't want people to know
17  their real name.  No.
18     Q.  At the ti- -- now, let me go back to the
19  night of Larry White's homicide.  Did you see Wendy
20  Lockett at -- in the area on the night of Larry
21  White's homicide?
22     A.  Yes, ma'am.
23     Q.  What did you see Wendy Lockett doing on
24  the night of Larry White's homicide?
25     A.  I mean, she -- she was getting high on the

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

Case 4:23-cv-00278-RK   Document 139-24   Filed 09/09/24   Page 16 of 30

Page 65

1  apartment building step. There was apartment
2  building right there before you reached the church
3  parking lot too as well. It's not there no more.
4      **Q. Was she -- was she -- I'm sorry. You said**
5  **she was standing outside?**
6      A. She was sitting on the porch getting high
7  off of crack cocaine. You mean -- I mean, I'll just
8  say it, you know.
9      **Q. What porch building do you recall her**
10  **sitting at?**
11     A. It's -- it's -- it'll be on the -- it
12  would be on -- what? -- it'd be on the right-hand
13  across from the -- the house where they found the
14  gun case -- shell casing at. It was apartment
15  building there. It's not there anymore, though.
16     MS. PETERS: So, Wally, if you don't mind,
17  just for the record --
18     **Q. (By Ms. Peters) I'm going to have**
19  **Mr. Hilke pull up the diagram again so you can show**
20  **us where you saw Wendy Lockett.**
21     A. Okay. Yes, ma'am.
22     MR. HILKE: I've got it up.
23     A. Okay.
24     **Q. (By Ms. Peters) Ms. Morrow, can you just**
25  **identify on Exhibit 1 where you saw --**

Page 66

1      A. Okay.
2      **Q. -- Wendy Lockett.**
3      A. Okay. There's -- Wendy Lockett -- that
4  was 2846 Wabash, and right across the street from
5  that apartment -- I mean, from the house -- was a
6  apartment building standing there. Right --
7  now it's a -- now it's a vacant lot.
8      **Q. Okay. So Wendy Lockett was standing on a**
9  **porch getting high at a -- an apartment building**
10  **that was located at 2506 East 29th Street?**
11     A. Yes.
12     **Q. Who else did you see sitting there with**
13  **Wendy Lockett on that porch?**
14     A. It was a few guys. Star was there, and
15  the lady name you mentioned earlier. They was all
16  there.
17     **Q. Felicia Jones was there too?**
18     A. Yes.
19     **Q. And just so it's clear for the record, on**
20  **the night that Mr. White was murdered, you saw Wendy**
21  **Lockett, Star, Felicia Jones sitting on the front**
22  **porch of 2506 East 29th Street?**
23     A. Yes, ma'am.
24     **Q. And when did you first see them that**
25  **night?**

Page 67

1      A. You know, when I was walking down the
2  street. When I walked down the street, I would have
3  to make a right-hand turn to the corner because
4  they -- before -- I didn't get across the street all
5  the way yet. They was on the other side of me
6  cross-- me crossing over to -- closer to the
7  church because this was -- this apartment building
8  was, like, sitting behind the church.
9      **Q. Okay. And when you saw Kiki and Reggie**
10  **chasing Larry White, where did you see that chase**
11  **happening? And if you can show us on the diagram**
12  **...**
13     A. Okay. This is the -- because the way they
14  came around behind the building -- no. Close to
15  2846 Wabash is a -- okay. There you go. Okay. The
16  alleyway. You can call it "buildings" because the
17  last apartment building is where they would be at.
18  (Indiscernible) --
19     **Q. Can you say that last --**
20     A. (Indiscernible.) The last apartment
21  building that were --
22     THE REPORTER: Excuse me.
23     A. -- they was --
24     THE REPORTER: Excuse me. Stop. Your
25  internet -- your internet connection was shaky, and

Page 68

1  I couldn't understand what you were saying.
2      **Q. (By Ms. Peters) Can you just repeat what**
3  **you were saying, Ms. Morrow.**
4      A. Okay. I want you to understand me
5  clearly. The three apartments in a row -- the third
6  apartment --
7      (Discussion off the record.)
8      (A recess was taken.)
9      **Q. (By Ms. Peters) Okay. Ms. Morrow, we're**
10  **back on the record.**
11     **Before I forget, what's your address?**
12     A. Where I'm living now?
13     **Q. Yes, ma'am.**
14     A. 7204 Forest Avenue.
15     **Q. Kansas City, Missouri?**
16     A. Yes, ma'am, 64131.
17     **Q. Do you live with anyone?**
18     A. My son.
19     **Q. Which son?**
20     A. Junius Morrow.
21     **Q. And -- and what's your phone number?**
22     A. (816) 95-0986.
23     (Reporter clarification.)
24     A. (816) 915-0986.
25     **Q. (By Ms. Peters) Are you employed, ma'am?**

8700 Monrovia, Suite 310                                    (913) 825-2510
Lenexa, Kansas 66215-3500                                  Fax (913) 825-2530
www.cornerstonekc.com          Cornerstone          office@cornerstonekc.net
                    Court Reporting Company LLC

Case 4:23-cv-00278-RK   Document 139-24   Filed 09/09/24   Page 17 of 30

1   A.  No, ma'am.
2   Q.  What's your date of birth?
3   A.  7/20 -- (indiscernible) --
4   Q.  Can you repeat that.
5   A.  July the 20th, 1964.
6   Q.  Okay.  Before we took a break, we were
7  talking about that you saw Wendy Lockett, Felicia
8  Jones, and Star sitting on the front porch of a
9  house that you've identified on a diagram on the
10  night of Larry White's homicide.  Do you recall
11  that?
12   A.  It was an apartment, not a house.
13   Q.  Sitting on the front porch of an
14  apartment; correct?
15   A.  Correct.
16   Q.  And who else did you see on the night of
17  Larry White's homicide in that area other than those
18  women, Larry White, Kiki, Reggie, and Tre?
19   A.  I don't remember these people name because
20  I didn't communicate with them.  You know, I wasn't
21  friends with people.
22   Q.  What do you -- do you remember their
23  nicknames?
24   A.  (Indiscernible.)
25   Q.  I'm sorry.  Did you say "No"?

1   A.  "No."
2   Q.  Did you see anyone by the name of Debo, or
3  do you recognize the name Debo?
4   A.  I don't recognize that name.
5   Q.  What do you recall seeing Felicia Jones do
6  when you saw her on the porch of that apartment
7  building on the night of Larry White's homicide?
8   A.  After all this went down, I -- I don't
9  know where she went afterwards, but I -- she was
10  just sitting there and high with Wendy Lockett.  And
11  there was some other guy out there.  I don't
12  remember their name.  I don't recall -- say one was
13  named June Bug or something like ...
14   Q.  Okay.  Who is June Bug?
15   A.  I don't even know his -- that's his street
16  name.  I don't know his real name.
17   Q.  Where did you see June Bug?
18   A.  He standing on the corner.
19   Q.  Which corner?
20   A.  I can't remember which corner it was, but
21  when I was -- you know when I was walking up, I seen
22  him.  I don't remember which corner it was.  It was,
23  you know ...
24   Q.  Okay.  What was June Bug doing?
25   A.  He was just talking to somebody.  I

1  don't -- that's the only thing.  He was just
2  standing there talking to some guy.  I don't know
3  who it was he was talking to.  I didn't stop to ask.
4  I was just trying to do what I was going to do --
5  where I was going.
6   Q.  Did you ever have any conversation with
7  Wendy Lockett about what you saw that night?
8   A.  No, ma'am.
9   Q.  What about with Felicia Jones?  Did you
10  have any conversation with her about what you
11  witnessed on the night of Larry White's homicide?
12   A.  No, ma'am.
13   Q.  So let me go back to a week after the
14  homicide, when Amy McGowan first drove up on you,
15  Wendy Lockett, Felicia Jones, and Star.  Okay?
16   A.  Okay.
17   Q.  Tell me the first thing that happened when
18  Amy McGowan drove up on you.
19   A.  I can't recall what was all said at that
20  time, but I just can't remember what was said.  I'm
21  going to be honest.
22   Q.  I'm sorry.  You cut out that last part.
23  Can you say that again.
24   A.  I said I -- I don't recall everything,
25  what was said.

1   Q.  Was Amy McGowan alone?
2   A.  Yes.
3   Q.  Were there any police around?
4   A.  No, ma'am.
5   Q.  What do you recall Amy McGowan saying to
6  you?
7   A.  About the homicide of Larry -- Larry White
8  and was -- and was showing Mr. Carnes's picture
9  saying that he -- he's the one that killed Larry.
10  And that's not true.
11   Q.  Did -- how did Amy McGowan introduce
12  herself to you?  Do you recall?
13   A.  She just said "Amy McGowan."  That's all
14  she introduced her name.  She didn't really say, at
15  the time, "prosecutor."  I don't remember her saying
16  that.
17   Q.  Did you know who she was at that time?
18   A.  No, ma'am.
19   Q.  Did you ask her who she was?
20   A.  She said her name was Amy McGowan.  That's
21  how I knew her name, but other than me, you know --
22  I don't really understand it but -- why she was
23  there, I don't -- can't tell you.
24   Q.  Did you know that she was a prosecutor at
25  the time?

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstoneexc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstoneexc.net

Case 4:23-cv-00278-RK   Document 139-24   Filed 09/09/24   Page 18 of 30

Page 73

1    A.  Not until later on when we -- when she
2 talked to me when we were standing there.
3    Q.  When you were standing where?
4    A.  On the corner talking to them.
5    Q.  Okay.  So Amy McGowan pulls up in her
6 vehicle.  What kind of vehicle did she drive?  Do
7 you recall?
8    A.  I can't remember what it was because it
9 was such a long time ago.
10    Q.  Does Amy McGowan -- did you see Amy
11 McGowan get out of her vehicle?
12    A.  Ma'am, she never stepped out of the car.
13 Not at all.
14    Q.  So Amy McGowan pulled up on you, Wendy
15 Lockett, Felicia Jones, and Star, and she remained
16 in her car?
17      MR. HILKE:  Object to form.
18    A.  Yes.
19    Q.  (By Ms. Peters)  And what was the first
20 thing that was said between the group of you?
21      MR. HILKE:  Objection.  Asked and
22 answered.
23      You can answer.
24    A.  I'm assuming -- I'm assuming she knew
25 Wendy.

Page 74

1      Can you hear me?
2    Q.  (By Ms. Peters)  Yes.
3      Why do you assume she knew --
4    A.  I'm assuming -- well, Wendy was the
5 police -- what they want to call them? -- snitch
6 or -- or whatever.
7    Q.  And why do you assume she knew Wendy?
8    A.  Because she walked up to her car.
9    Q.  Wendy Lockett walked up to --
10    A.  (Indiscernible) --
11      THE REPORTER:  Stop.  Stop.  Stop.  One at
12 a time.
13    Q.  (By Ms. Peters)  Wendy Lockett walked up
14 to Amy McGowan's car?
15    A.  Yes, ma'am.
16    Q.  Were you standing there when Wendy Lockett
17 walked up to Amy McGowan's car?
18    A.  Yes, ma'am.
19    Q.  Did you overhear any conversation between
20 Wendy Lockett and Amy McGowan?
21    A.  No, not really.  Not what they was talking
22 about.
23    Q.  Okay.  Was there any conversation that you
24 heard between Felicia Jones and Amy McGowan?
25    A.  No.

Page 75

1    Q.  Was the first -- between you and Amy
2 McGowan, who initiated the conversation?  You or Amy
3 McGowan?
4    A.  She initiated conversation with me.
5    Q.  And tell me what she first said to you.
6      MR. HILKE:  Objection.  Foundation.
7      Go ahead.
8    A.  I don't recall all the -- all the stuff
9 that we talked about, but it was -- it was
10 pertaining to the homicide.
11    Q.  (By Ms. Peters)  She introduced herself as
12 Amy McGowan; correct?
13    A.  Correct.
14    Q.  She didn't tell you who she was; correct?
15    A.  She introduced herself as Amy McGowan.
16    Q.  She told you her name?
17    A.  Yeah, I didn't -- yes.
18    Q.  But you didn't know why she was
19 approaching you; correct?
20    A.  Of course.
21      MR. HILKE:  Object to form.
22      (Reporter clarification.)
23    A.  Correct.
24      (Discussion off the record.)
25    Q.  (By Ms. Peters)  So, Ms. Morrow, if I

Page 76

1 understand your testimony correctly, Amy McGowan
2 pulled up; she introduced herself as Amy McGowan and
3 started talking about Larry White's homicide?
4    A.  I'm assuming yes because she didn't talk
5 to me first.  She talked to Wendy, and she talked to
6 the other lady first; so I'm assuming that, what
7 it -- what it was really all about because of -- the
8 area got bad.  I don't know.
9    Q.  And that's my -- and I apologize.  My -- I
10 meant for my question to be when Amy McGowan first
11 talked to you, she introduced herself as Amy McGowan
12 and started talking about Larry White's homicide --
13    A.  Yes, ma'am.
14    Q.  -- correct?
15    A.  Yes, ma'am.
16    Q.  And you didn't know she was a prosecutor;
17 correct?
18    A.  Correct.
19    Q.  You didn't know if she was police;
20 correct?
21    A.  Correct.
22    Q.  Well, what was going through your mind?
23 Who did you think she was?
24    A.  What was going through my mind at the time
25 was people pay -- you know, I know the police

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

Case 4:23-cv-00278-RK  Document 139-24  Filed 09/09/24  Page 19 of 30

1  department pay people to give them information and
2  to be a snitch for them. That was going through my
3  mind because that's what Wendy Lockett was -- a
4  snitch.
5      Q.  Well, how does that relate to who you
6  thought Amy McGowan was?
7      A.  Just because of the -- you know, you can
8  tell by people's body formation what the
9  conversation may be talking about, but you couldn't
10 clearly hear what they were saying.
11     Q.  And I believe you testified that Amy
12 McGowan had a picture of Keith Carnes during her
13 interaction with you this first time?
14     A.  The -- it was the first time. Yes, ma'am.
15     Q.  Right there on the street -- correct? --
16 when she drove up on you?
17     A.  She had -- you know, you got the photo
18 lineup book or whatever -- the police department
19 have those. Yes, ma'am, she had pictures not only
20 of him but other people as well.
21     Q.  Okay. So she brought a -- a book of
22 photographs. Were they mug shots?
23     A.  Yes, ma'am. That's what you want to call
24 them. Yes, ma'am.
25     Q.  So Amy McGowan had a book of mug shots

1  with her at this time. Did she show you those book
2  of mug shots?
3      A.  Yes, ma'am.
4      Q.  Did you see her show that book of mug
5  shots to Wendy Lockett?
6      A.  I don't know what she was looking at, but
7  I know she showed me. I don't -- I can't speak for
8  the other two people. I just can't do that.
9      Q.  Well, did you see Amy McGowan show Wendy
10 Lockett anything?
11     A.  She was leaning over in her car. No,
12 ma'am.
13     Q.  And when Amy McGowan showed you this book
14 of mug shots, what happened?
15     A.  She -- the Reggie mug shot was in there.
16 Kiki's mug shot was in there, but the other
17 photograph she had of Keith Carnes -- a single
18 photograph of him -- she didn't have it in the mug
19 shot book. She just had a -- the mug shot of them
20 in a book, but then with Keith Carnes, she had a
21 single picture.
22     Q.  And what did she say to you or you say to
23 her regarding those photographs?
24     A.  I pointed out Reggie and Kiki as the
25 shooter as I did before but the photograph -- do you

1  want me to stop right there or just answer yet --
2  what she said to me about?
3      Q.  Yeah. Please keep going. And I'm only
4  holding my ear so -- hand here so I can hear you.
5      A.  Okay. So she told -- she showed -- when
6  she showed me the photograph, she said -- I told her
7  who the shooters that they showed me in the mug shot
8  but -- and she said, "No. This is the man that
9  killed Larry White," and no, he did not. But she
10 also threatened to put me in jail if I did not say
11 that Keith was the shooter.
12     Q.  So all that happened during your very
13 first meeting with Amy McGowan there on the street a
14 week after the homicide --
15     A.  Yes, ma'am. I was --
16     Q.  -- of Larry White?
17     A.  Yes, ma'am.
18        THE REPORTER: One at a time.
19     A.  I was threatened.
20     Q.  (By Ms. Peters) You saw a picture of
21 Reggie, Kiki, and Keith Carnes; correct?
22     A.  Correct.
23     Q.  And when is the next time that you talked
24 to anyone about the homicide of Larry White after
25 this meeting with Amy McGowan?

1      A.  I don't recall.
2        MS. PETERS: You okay?
3        THE WITNESS: My throat is dry because I'm
4  talking too long.
5      A.  I don't recall, ma'am.
6        MS. PETERS: Are you okay now?
7        THE WITNESS: Yeah. I guess my throat is
8  a little dried up.
9        We can finish.
10       MS. PETERS: Okay.
11     Q.  (By Ms. Peters) When is the next time you
12 interacted with Amy McGowan?
13     A.  Jackson County Courthouse building on 12th
14 Street.
15     Q.  Is that the time when Sheriff Anthony --
16     A.  Excuse me.
17     Q.  Is that -- is that the time when a person
18 by the name -- a law enforcement officer by the name
19 of Anthony from the sheriff's office picked you up
20 and brought you to the courthouse?
21     A.  Yes, ma'am.
22     Q.  Was anyone with Anthony from the sheriff's
23 office when Anthony picked you up?
24     A.  No. He was by himself.
25     Q.  And where were you when Anthony from the

Page 81

1  sheriff's office picked you up?
2     A.  I want to say over at my sister's house.
3     Q.  What's that -- what was that address?
4     A.  It was on Gregory -- Gregory and
5  Cleveland, 71st, in Kansas City, Missouri.  I can't
6  remember the whole complete address at the time
7  because --
8     Q.  And --
9     A.  -- at the --
10    Q.  And how much time after your first meeting
11 with Amy on the street did the second meeting at her
12 office happen?
13    MR. HILKE:  Objection.  Foundation.
14    You can answer.
15    A.  I don't remember it -- the time lapse.
16    Q.  (By Ms. Peters)  I'm going to ask you to
17 ballpark it if you can.
18    MR. HILKE:  Same objection.
19    A.  (Indiscernible.)
20    Q.  Was it day --
21    A.  (Indiscernible.)
22    Q.  I'm sorry.  Was it a day?
23    A.  Maybe a -- maybe a month.
24    MS. PETERS:  Are you okay, ma'am?
25    THE WITNESS:  No, no, no, no.  I'm

Page 82

1  being -- my nose is bleeding.  You know, I -- my
2  medicine does that.  I'm -- I need a break.
3     MS. PETERS:  Okay.
4     MR. HILKE:  Let's take a break.
5     MS. PETERS:  Let's take a break.
6     THE WITNESS:  Okay.
7     THE REPORTER:  Off the record 3:00
8  o'clock p.m.
9     (A recess was taken.)
10    THE REPORTER:  Back on the record at
11 3:05 p.m.
12    MR. HILKE:  So Ms. Morrow has requested
13 that we adjourn her deposition to be continued in
14 person next Wednesday at Ms. Peters's office in
15 Kansas City.  So we'll leave the deposition open at
16 this time and pick it up again Wednesday at
17 9:00 a.m.  Ms. Peters, is that correct?
18    MS. PETERS:  That is correct.  Ms. Morrow,
19 I hope you get to feeling better.
20    THE WITNESS:  Yes, ma'am.  Thank you.
21    MR. HILKE:  All right.
22    THE REPORTER:  Okay.  Can you tell me if
23 you want orders for this transcript?
24    MR. HILKE:  Yeah, plaintiff will take a
25 regular e-tran, please.

Page 83

1     THE REPORTER:  Okay.
2     MS. PETERS:  Same -- same for Diane
3  Peters.
4     (The deposition was adjourned at
5  3:06 p.m., with the time and location of the
6  continuation to be agreed upon by all parties.)

Page 84

CERTIFICATE OF REPORTER

        I, Susan J. Muckenthaler, a Certified Court
Reporter of the State of Missouri, do hereby
certify:
        That prior to being examined, the witness
was first duly sworn;
        That said testimony was reported by me at
the time and place hereinbefore stated and was
thereafter reduced to typewriting under my
direction;
        That the foregoing transcript is a true
record of the testimony given by said witness;
        That I am not a relative or employee or
attorney or counsel of any of the parties or a
relative or employee of such attorney or counsel or
financially interested in the action.
        Witness my hand and seal June 17, 2024.

        Susan J. Muckenthaler
        Certified Court Reporter
        KS #1719, MO #1406

        _Susan J. Muckenthaler_

        Susan J. Muckenthaler
        Missouri Supreme Court
        Certified Court Reporter

8700 Monrovia, Suite 310                                          (913) 825-2510
Lenexa, Kansas 66215-3500          Cornerstone                Fax (913) 825-2530
www.cornerstonekc.com        Court Reporting Company LLC        office@cornerstonekc.net

Case 4:23-cv-00278-RK   Document 139-24   Filed 09/09/24   Page 21 of 30

Page 85

```
1              ERRATA SHEET
2  RE:  Keith Carnes v. Robert Blehm, et al.
3  PG/LN      Correction and Reason for Change
4  ____ _____
5  ____ _____
6  ____ _____
7  ____ _____
8  ____ _____
9  ____ _____
10 ____ _____
11 ____ _____
12 ____ _____
13 ____ _____
14 ____ _____
15 ____ _____
16 ____ _____
17 ____ _____
18 ____ _____
19 ____ _____
20 ____ _____
21 ____ _____
22
23        _____
24           Lorianne Morrow
25 SJM
```

Page 86

```
1            SIGNATURE PAGE
2  RE:  Keith Carnes v. Robert Blehm, et al.
3
4  ____ I certify that I have read my testimony and
5       request that NO changes be made.
6
7  ____ I certify that I have read my testimony and
8       request that the above changes be made.
9
10
11
12       _____
13          Lorianne Morrow
14
15
16       Subscribed and sworn to before me this
17 ____ day of _____, 20____
18
19
20       _____
21       Notary Public
22       State of _____
23       County of _____
24       My commission expires _____
25 SJM
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company llc

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

Case 4:23-cv-00278-RK   Document 139-24   Filed 09/09/24   Page 22 of 30

## Exhibits

**Ex (1)** 3:6,7 8:15 65:25

## (

**(816)** 68:22

## 1

**1** 8:15 65:25
**12th** 80:13
**1964** 69:5
**1:07** 4:5

## 2

**20** 51:16 62:21
**20-** 15:20 47:4
**20-plus** 23:23
**2003** 8:9 9:1,3 19:13 25:23 36:2, 11 41:4 49:21 50:9 54:4
**2004** 41:4
**2005** 24:10,18,21,23 38:21 41:5
**2014** 37:12
**2015** 37:12
**2016** 37:13
**2021** 59:16,23 60:11,14
**2023** 47:3
**2024** 4:4 47:6,17 48:13,17,20
**20th** 69:5
**22** 15:7
**2404** 22:7
**2408/2410** 19:5
**2506** 66:10,22
**2604** 9:8
**26th** 9:7 55:6 56:8
**2846** 19:6 20:16,20 66:4 67:15
**29th** 8:10,16 9:4 10:19 15:20,24 16:5 17:8 19:4,5 21:9 22:7 25:5 36:6 53:23,25 66:10,22

## 29th-wabash-olive 63:25

## 3

**30** 51:16
**30th** 9:20 49:25
**31st** 4:4
**38** 15:7
**3:00** 82:7
**3:05** 82:11
**3:06** 83:5

## 4

**4:23-cv-00278-rk** 4:8
**4th** 42:1

## 5

**5th** 47:23

## 6

**6** 8:9 9:3
**64131** 68:16
**6th** 49:21

## 7

**7** 8:9 9:1
**7/20** 69:3
**71st** 81:5
**7204** 68:14

## 8

**816 915-0986** 68:24

## 9

**95-0986** 68:22
**9:00** 82:17

## A

**a.m.** 82:17
**abil-** 41:2
**ability** 40:24 41:4
**accurate** 6:14,22
**accurately** 7:7
**address** 68:11 81:3,6
**adjourn** 82:13
**adjourned** 83:4
**administering** 4:14
**affidavits** 23:23 24:3
**afraid** 35:21
**afternoon** 4:1 5:3
**agree** 4:12,17,21
**agreed** 83:6
**ahead** 11:6 15:16 24:16 25:19 39:14 75:7
**AK-47** 15:2
**alley** 19:4,6,9,14 20:15
**alleyway** 67:16
**Amy** 4:19,21 5:11 26:13,16,19, 23 27:1,14,21 28:4,9,25 29:15 30:5,11,16 31:14 34:25 35:2 45:4 55:12 56:1 57:11,12,14 60:23 62:12,23 63:11,16 64:3 71:14,18 72:1,5,11,13,20 73:5,10,14 74:14, 17,20,24 75:1,2,12,15 76:1,2,10,11 77:6,11,25 78:9,13 79:13,25 80:12 81:11
**answering** 12:19
**Anthony** 28:14,19 80:15,19,22, 23,25
**anymore** 65:15
**apartment** 15:12 19:5 29:25 65:1,14 66:5,6,9 67:7,17,20 68:6 69:12,14 70:6
**apartments** 18:22,23 22:6,22 23:3 68:5
**apologize** 64:11 76:9
**approaching** 75:19

## A (continued)

**approximately** 4:4
**April** 48:9,13,20
**area** 8:10,16,18,19 9:4,5,14,19 10:1,4,9,11 13:18 36:6 61:5,25 62:11 63:24,25 64:20 69:17 76:8
**assume** 74:3,7
**assuming** 43:16 44:12 73:24 74:4 76:4,6
**attorneys** 5:9 39:9
**Avenue** 8:10,17 9:4 19:9 68:14

## B

**back** 7:12 15:8 19:13 24:10,21 30:9 36:2 38:21 40:24 50:9 52:20 54:4,15 64:18 68:10 71:13 82:10
**bad** 5:25 6:1 18:18,24 37:1 58:25 76:8
**ballpark** 81:17
**barely** 26:8
**basement** 17:6
**basically** 43:23
**bathroom** 39:7,12
**beginning** 37:20
**behalf** 4:20 37:22
**bell** 52:23
**Benton** 9:8 10:13 55:6 56:8
**big** 29:24 54:3
**binding** 4:14
**birth** 69:2
**bit** 15:8 21:25 59:22
**bleeding** 82:1
**Blehm** 4:8
**block** 14:15 16:6
**blocks** 9:11
**Board** 40:8
**body** 77:8
**book** 29:5 77:18,21,25 78:1,4, 13,19,20
**books** 34:4

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

Case 4:23-cv-00278-RK   Document 139-24   Filed 09/09/24   Page 23 of 30

**bottom** 10:23

**Boulevard** 9:8

**break** 39:6,12 69:6 82:2,4,5

**Brenda** 50:4,6 54:11,13,18,21
55:3,8,11,24 56:3,12,13,17,24
57:5,8

**bring** 34:2

**brought** 77:21 80:20

**Bug** 70:13,14,17,24

**building** 15:12 65:1,2,9,15
66:6,9 67:7,14,17,21 70:7 80:13

**buildings** 67:16

**built** 42:17

**bullets** 32:3

**business** 10:15

### C

**call** 18:20 28:11 34:12 43:2
46:17,21,25 47:21 48:6,12,16,21
52:19,20,21 53:12 67:16 74:5
77:23

**called** 27:25 42:21,22,24 53:10

**car** 73:12,16 74:8,14,17 78:11

**Carnes** 4:7,17 5:8 24:11,24
25:5 27:9,12 29:4,8,22 30:17 31:7
35:18 36:10 37:17 38:7,21 40:10
43:22 44:3 45:3 57:20 58:2,5,9,13,
17 59:7,8,18,24 60:15 77:12
78:17,20 79:21

**Carnes's** 24:9 30:25 34:22
37:22 44:23 45:2 59:16 72:8

**carrying** 14:21,24 15:5

**case** 4:8 7:8 38:18 65:14

**casing** 29:11,12 31:19 65:14

**casings** 31:14,23 32:1

**caused** 49:10

**charged** 27:10

**chase** 20:14,18,19 21:5 67:10

**chased** 15:5 24:11 25:5

**chasing** 10:17 11:2,9 13:19
14:20 15:9 16:21 20:12 21:25 23:6
67:10

**church** 10:20 15:13 16:13,18
17:1 20:6 21:21 65:2 67:7,8

**City** 5:10 32:9 40:8 42:10 44:12
54:1 68:15 81:5 82:15

**clar-** 55:20

**clarification** 68:23 75:22

**clarify** 6:2

**clean** 24:19

**clear** 53:24 55:22 66:19

**Cleveland** 81:5

**Close** 67:14

**closer** 67:6

**cocaine** 65:7

**Commissioners** 40:9

**commit** 29:16,18 34:19

**committed** 29:22 32:24

**communicate** 69:20

**compare** 36:24

**complete** 81:6

**completely** 21:20 48:7,9

**computer** 33:24 34:8

**confrontation** 10:16

**connection** 5:25 67:25

**contact** 18:7,11 27:1

**continuation** 83:6

**continue** 39:13

**continued** 82:13

**control** 7:12

**conversation** 27:7,8,13 43:19
47:8,10,12,14,16 48:3 55:12 56:1,
5,7 71:6,10 74:19,23 75:2,4 77:9

**conviction** 49:15

**corner** 10:19 11:25 15:22 16:5
53:23,25 67:3 70:18,19,20,22 73:4

**correct** 7:15,16,18,19 10:1 11:2
13:19,20 16:15,16 19:12,24,25
23:24,25 24:24,25 32:1 41:8,9
43:4,5 44:3 46:22,23 48:4,5,15
49:21,22 54:4 60:17 69:14,15
75:12,13,14,19,23 76:14,17,18,20,
21 77:15 79:21,22 82:17,18

**correctly** 40:17 76:1

**corrupt** 33:7

**counsel** 4:11

**County** 28:12,16,20 80:13

**couple** 22:18 23:15 26:24 63:4,
5,9

**court** 4:2 5:17,21 12:7 35:24
38:18

**courthouse** 28:12,17,21
80:13,20

**cover** 17:1,4,10 19:23 25:17,21,
24 26:5

**crack** 65:7

**criminal** 22:17 23:14,16,19
24:8,9,23 30:25 34:22

**cross-** 67:6

**crossing** 67:6

**crying** 54:15

**cul-de-sac** 34:12

**cut** 15:13 71:22

**cutting** 20:6

### D

**D-MAN** 14:14

**date** 4:3 41:21 69:2

**day** 9:13 44:8 81:20,22

**days** 26:24 55:10 62:15,19,20,22
63:1,4,5,9

**dealer** 13:24 14:2 29:25

**dealers** 18:21

**Debo** 70:2,3

**deceased** 52:7,8

**decide** 30:24

**defendant** 4:21 23:14

**defendants** 4:19 5:8

**department** 5:11 77:1,18

**deposition** 4:6,13 5:13,16 6:3
46:18 47:11,17 48:1,13 63:3
82:13,15 83:4

**correctly** 40:17 76:1

**describe** 16:17 60:25

**destroying** 31:11

**detectives** 5:10 40:9

**diagram** 65:19 67:11 69:9

**Diane** 4:18 6:9 39:18 83:2

**direction** 9:18 16:9 20:2,4,7
22:6 25:12

**discuss** 44:24 45:14,22 47:20
48:17,21

**discussed** 47:17,22,24

**Discussing** 45:23

**discussion** 6:11 45:20 51:6
68:7 75:24

**documents** 24:2 46:10

**dope** 13:24 14:2

**downstairs** 45:17

**downtown** 32:9 42:7,8,10
44:11

**dried** 80:8

**drive** 73:6

**driveway** 19:8,10,14 20:15,20

**drove** 62:12,23 63:11,17 64:3
71:14,18 77:16

**drug** 18:21 27:10 29:25

**drugs** 27:11 31:2,5,8

**dry** 80:3

**duly** 4:23

### E

**E-R-A-N** 50:21

**e-tran** 82:25

**ear** 79:4

**earlier** 15:18 40:13 41:7 49:20
63:3 66:15

**east** 10:12,13 16:11 19:5,14
21:7,23 22:7 25:4 66:10,22

**eating** 38:24

**elaborate** 40:19

**employed** 68:25

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

**Cornerstone**
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

Case 4:23-cv-00278-RK    Document 139-24    Filed 09/09/24    Page 24 of 30

**ended** 16:14,17,23

**enforcement** 28:18,21 80:18

**entailed** 47:9,10

**Eran** 50:19,20 51:2

**Eran's** 50:22

**Eric** 50:19,22

**Eric's** 51:1

**et al** 4:8

**evening** 8:11 9:15,16 23:9

**event** 37:3

**events** 49:18

**EXAMINATION** 5:1 40:6

**examined** 35:23

**excuse** 12:16 13:12 25:25 44:20 55:15 67:22,24 80:16

**exhibit** 8:14,15 65:25

**expect** 39:9

**explain** 21:17

**externally** 4:9

**eye** 18:7,11

**F**

**face** 18:15

**facts** 48:18,22

**fair** 12:7 14:16

**familiar** 8:18,21 14:16 19:6,9

**family** 51:8,11,14,18 53:17 54:2 56:15,18,22,25 57:16,19,23 58:1, 4,8,11,19 59:2,7,17,24 60:14

**farthest** 21:23

**February** 47:2,3,4,6,16,23 48:16,17

**feel** 18:10 30:20 38:12,20,23 58:21 59:3

**feeling** 82:19

**Felicia** 61:19,22,24 62:10 63:18 64:2 66:17,21 69:7 70:5 71:9,15 73:15 74:24

**fell** 17:18,21,22

**felt** 30:22

**female** 34:21 62:3,10

**fence** 20:21,24,25

**filed** 40:11

**fine** 5:5 12:11

**finish** 80:9

**fire** 20:13

**firing** 23:8

**firm** 49:4

**Fish** 17:22 21:6,7,8

**flip** 34:5

**Forest** 68:14

**forever** 10:21

**forget** 68:11

**form** 25:18 61:2 63:13 73:17 75:21

**formation** 77:8

**foun-** 59:9

**found** 22:15 65:13

**foundation** 57:2 59:13 75:6 81:13

**friend** 9:6 55:7

**friend's** 49:20,23

**friends** 53:16,19 69:21

**front** 18:14 23:2 35:14 66:21 69:8,13

**full** 13:4

**G**

**G-A-R-D-N-E-R** 50:25

**Gardner** 50:24

**general** 63:6

**girl's** 61:13,14 62:2

**give** 6:5,14,22,25 13:8 38:5 46:17 62:25 63:2 77:1

**giving** 24:22

**glitch** 55:17

**Goldie** 36:4,8,9

**good** 4:1 5:3,6 7:4 8:20,22 13:5 16:6 36:21

**Grandma** 52:21 53:10

**grandmother** 51:7

**grandmother's** 52:15 53:8

**Gregory** 81:4

**grew** 8:19 52:9,12

**group** 73:20

**grow** 8:24 51:17,20

**guess** 8:8,9 22:13 33:6 80:7

**guilt** 38:20,23

**gun** 10:17 14:25 15:1 20:13 31:17 65:14

**gunfire** 16:25

**gunshot** 22:5,21

**guy** 27:19 70:11 71:2

**guys** 48:10 66:14

**H**

**habeas** 38:7 59:6,16,23 60:11, 14

**half** 34:14

**hand** 79:4

**handbook** 34:4

**handgun** 15:7

**Haner** 4:20

**Hanging** 64:9

**happen** 10:5 81:12

**happened** 7:1 8:25 40:16 46:4, 6,7 61:6 71:17 78:14 79:12

**happening** 10:8,22 25:11 29:2 67:11

**he'll** 48:10

**heading** 10:11 15:17

**headquarters** 32:11,12

**heal** 47:25

**healed** 48:8,9

**healing** 48:14

**health** 6:13,21,24 36:21

**hear** 5:3,5 6:16 11:16,17 20:10 25:20 26:6,8 40:3,5 74:1 77:10 79:4

**heard** 19:18 20:1,3,8,9 22:4,11, 20 74:24

**hearing** 19:17 38:7 59:6,16,23 60:11,14

**heart** 38:15

**helping** 37:25

**high** 64:25 65:6 66:9 70:10

**Hilke** 4:16 5:2,7 6:9,12 13:3,16 24:16,20,22 25:19 26:13 39:3,4,9, 12,17 41:8,11,20 42:3 43:14,19 44:13 45:10,14,19,24 46:8,13,16, 17,22,25 47:18,20 48:3,12,17,21 49:4 57:2 59:9,11,19 60:1,7,19 61:2 63:13 65:19,22 73:17,21 75:6,21 81:13,18 82:4,12,21,24

**Hilke's** 49:3

**hip** 47:24

**hit** 21:20 32:4

**holding** 14:21 79:4

**home** 5:15

**homicide** 40:16 48:18,22 49:2, 18 55:25 56:4,11 58:24 60:23 61:25 62:12,16,23 63:12,17 64:19, 21,24 69:10,17 70:7 71:11,14 72:7 75:10 76:3,12 79:14,24

**honest** 6:14 71:21

**hope** 82:19

**hotel** 42:9,13,15,16,20,25 43:3, 7,20 45:10,20 46:25

**house** 9:7 19:5 29:10,12 31:18 49:20 54:3 56:7 58:12,16 65:13 66:5 69:9,12 81:2

**hung** 63:22

**hurry** 10:18

**I**

**identified** 58:9,13,17 69:9

**identify** 4:11 35:18 58:5 59:8, 18,24 60:15 61:9 65:25

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

**Cornerstone**
Court Reporting Company llc

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

Case 4:23-cv-00278-RK   Document 139-24   Filed 09/09/24   Page 25 of 30

**illness** 40:23 41:3

**important** 44:19

**impression** 40:15

**incorrect** 62:25 63:2

**indiscernible** 13:11 55:14 67:18,20 69:3,24 74:10 81:19,21

**information** 77:1

**initiated** 75:2,4

**inter-** 11:14

**interact** 26:19,23

**interacted** 14:4 36:11 80:12

**interaction** 29:2 30:5 77:13

**interfere** 40:23 41:3

**internet** 67:25

**interruption** 13:13

**interview** 32:8

**interviewed** 32:5,16 33:15

**introduce** 72:11

**introduced** 72:14 75:11,15 76:2,11

**involve** 20:15

**issue** 6:21 51:6

### J

**Jackson** 28:12,16,20 80:13

**jail** 31:2,5 79:10

**Jones** 61:20,22,24 62:10 63:18 64:2 66:17,21 69:8 70:5 71:9,15 73:15 74:24

**Josh** 4:20

**Juanita** 52:18,23,24,25 53:2

**judge** 35:15

**July** 69:5

**jump** 20:21

**jumped** 21:1

**June** 70:13,14,17,24

**Junius** 68:20

### K

**Kansas** 5:10 32:9 40:8 42:10 44:12 54:1 68:15 81:5 82:15

**Keith** 4:7,17 5:8 24:9,11,23 25:5 27:9,12 29:22 30:17,25 31:7 34:22 35:18 36:10 37:17,22 38:7,21 40:10 43:22 44:3,23,25 45:2,3 49:13 57:20 58:2,5,9,13,17 59:8, 16,18,24 60:15 77:12 78:17,20 79:11,21

**kids** 31:9

**Kiki** 11:3,5,7 13:19 14:1 15:5,9 20:19 21:24,25 27:25 29:20 33:2,4 34:19 54:25 57:1 67:9 69:18 78:24 79:21

**Kiki's** 78:16

**kill** 57:1

**killed** 24:12 25:23 26:19 33:9 37:4 46:5 54:25 72:9 79:9

**kind** 15:1 73:6

**kingpin** 18:20

**knew** 14:12 31:20 36:16 51:8 62:8 72:21 73:24 74:3,7

**knowledge** 7:7,10

### L

**lady** 61:12 66:15 76:6

**land** 29:12 32:3

**landed** 29:11

**lapse** 81:15

**Larry** 7:18 8:5 10:16 11:2,9,11, 13 13:19 14:20 15:6,9 16:1,3,9 17:12,17,25 18:1 21:11,23 22:17 23:6,15,23 24:11 25:4,22 26:18 32:6,20 33:9 37:3 38:10 40:16 46:4 48:18,22 50:9,12,13 51:3,14, 23,24 52:12,13,15 53:4,5,7,16 54:7,8,10,22 55:1,3,9,25 56:4,11, 14,18,19,22,24 57:1,10,17,20,23 58:1,4,8,11,15,19,23 59:2,3,7,17, 23 60:14,22 62:16 64:19,20,24 67:10 69:10,17,18 70:7 71:11 72:7,9 76:3,12 79:9,16,24

**Larry's** 13:21 52:3

### L (column 3)

**Latahra** 37:8,11,15,21 43:13, 15 49:7,9

**law** 28:18,21 49:4 80:18

**lawsuit** 5:8,9 40:10 45:3,7,9,23

**lawyer** 44:23 45:2

**lawyers** 5:7

**lead** 17:6

**leaning** 78:11

**learnt** 37:19

**leave** 8:22 34:10 82:15

**left** 46:16

**legal** 22:13 36:7

**lie** 37:21

**lift** 38:14

**lineup** 77:18

**listen** 30:23

**live** 18:4,24 44:12 51:13 53:21 55:6 68:17

**lived** 9:7,23 14:12 49:25 51:12 53:25 54:2,4 64:5,6

**living** 68:12

**lobby** 45:13,15

**located** 15:10 66:10

**location** 83:5

**Lockett** 61:11,15,24 62:10 63:18,21,22 64:20,23 65:20 66:2, 3,8,13,21 69:7 70:10 71:7,15 73:15 74:9,13,16,20 77:3 78:5,10

**long** 14:13 22:24 26:22 33:17 41:25 46:12 47:12,13 73:9 80:4

**looked** 22:21 24:1,4 33:14

**Lorianne** 4:7,22 36:14 56:25

**lose** 31:8

**lot** 5:23 15:13 16:14,18 17:2 18:23 20:6 21:20 33:7 38:15 61:6 62:6 64:15 65:3 66:7

**louder** 6:17

**lupus** 40:22,23 41:3

### M

**made** 18:10

**main** 61:16 62:8

**make** 5:22,24 7:23 13:5 18:7 24:18 38:17 63:23 67:3

**Makes** 5:23

**man** 10:17 79:8

**map** 8:15 9:24 12:1 19:3

**mark** 8:14,15

**matter** 4:7 43:23 44:24

**matters** 45:14

**Mcgowan** 4:19,21 5:11 26:14, 16,19,23 27:1,22 28:25 29:15 30:5,12,16 31:15 34:25 45:4 55:13 56:1 57:12,15 60:23 62:12,23 63:11,16 64:3 71:14,18 72:1,5,11, 13,20 73:5,10,11,14 74:20,24 75:2,3,12,15 76:1,2,10,11 77:6,12, 25 78:9,13 79:13,25 80:12

**Mcgowan's** 28:4,9 74:14,17

**meaning** 9:14 24:2,9 36:24

**meant** 6:9 24:21 40:15 76:10

**medication** 6:13,21

**medicine** 82:2

**meet** 42:13,19,24 43:7,20 44:6, 9,10,16,21,22

**meet-** 61:4

**meeting** 46:12,16,24 60:25 61:4 79:13,25 81:10,11

**member** 57:16,19

**members** 51:17 53:17

**memory** 36:21,25 37:5

**mentally** 39:1

**mentioned** 5:6 16:13 19:17 31:13 39:5 66:15

**met** 37:11,15 41:22 42:3 43:2 45:10

**Michael** 49:24 51:25 52:13 53:20,21,24 55:7

**Michael's** 52:1

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

Case 4:23-cv-00278-RK   Document 139-24   Filed 09/09/24   Page 26 of 30

**middle** 12:20

**mind** 65:16 76:22,24 77:3

**minding** 10:15

**mine's** 9:7

**minute** 8:14 23:13

**minutes** 46:14 47:14

**Missouri** 40:8 42:11 54:1 68:15 81:5

**Missouri-certified** 4:2

**mom** 51:21,22 52:10,11,12,24 53:1,4

**mom's** 52:3

**moment** 57:22

**money** 58:12,16

**moniker** 36:1

**monitored** 4:10

**month** 24:21 42:2 81:23

**morning** 9:14

**Morrow** 4:7,22 5:3 7:14 36:14 39:4,18 50:7,23 51:2 56:25 65:24 68:3,9,20 75:25 82:12,18

**mother** 51:7 58:15

**move** 26:4

**moved** 13:24 14:3,15

**moving** 9:18

**Muckenthaler** 4:2

**mug** 29:6 77:22,25 78:2,4,14,15, 16,18,19 79:7

**multiple** 8:4 23:22 28:6,7

**murder** 7:18 8:5 22:18 32:21 34:19 51:15 54:6,8,10,22 55:3,9 57:10,17 59:3

**murdered** 18:14 23:24 38:10 53:16 54:19 56:20 57:20 62:17 66:20

**N**

**named** 22:14 28:19 51:24 53:2 70:13

**nature** 46:18

**needed** 39:2 44:24

**neighbor-** 27:2

**neighborhood** 13:25 14:3,12 18:5,17 27:3 51:12,14 64:5,6

**nice** 44:16,20,22

**nickname** 36:2,3,17,18

**nicknames** 69:23

**niece** 9:23 49:25 54:10,11 55:3, 11,24 56:3,12,17,21,24 57:8

**niece's** 50:3

**night** 10:4 14:5 38:10 46:4 49:18 64:19,20,24 66:20,25 69:10, 16 70:7 71:7,11

**nighttime** 32:18

**north** 9:25 10:12 19:4

**northeast** 15:17,21

**nose** 82:1

**noticed** 13:18 15:9

**number** 43:10,15,17 68:21

**O**

**oath** 4:14,24 5:15 59:23 60:17

**object** 4:19 25:18 63:13 73:17 75:21

**objection** 4:13 57:2 59:9,12, 13,19 60:1,7,19 61:2 73:21 75:6 81:13,18

**observe** 17:10 22:22

**observed** 17:13 20:14

**occasion** 49:10,12

**occasions** 28:6,7

**occur** 28:6

**occurred** 62:1,12,15

**October** 8:9 9:1,3 24:10,18 25:23 36:2,11 49:21

**off-** 34:12

**offer** 58:8,12

**offhand** 52:6

**office** 5:18 28:4,10 29:1,15 30:5 31:16 34:13 80:19,23 81:1,12 82:14

**officer** 4:13 28:19,22 33:7 80:18

**officers** 5:10 32:6,16 33:8,14,19 34:1 40:10

**oldest** 50:15,18 51:5

**Olive** 16:5 53:23,25

**open** 82:15

**open-ended** 30:7

**orders** 82:23

**overhear** 74:19

**overturned** 49:16

**P**

**p.m.** 4:5 82:8,11 83:5

**parking** 15:13 16:14,18 17:2 20:6 21:20 65:3

**Parson** 35:3

**Parsons** 35:4,5,13,17,22

**part** 20:14 21:4 29:11 71:22

**parties** 83:6

**pass** 61:22

**passed** 61:12,15

**past** 36:19

**pause** 12:21,22 13:13 53:14

**pay** 58:8,12,16 76:25 77:1

**people** 14:12 18:5,22,24 23:2 28:11 29:25 61:7,8,10 62:6,8 64:15,16 69:19,21 76:25 77:1,20 78:8

**people's** 77:8

**person** 22:13,16 41:17,22 42:4 43:3 44:1 45:16 54:7,9 56:10 57:9 60:22 61:16,18 80:17 82:14

**pertaining** 75:10

**Peters** 4:18 24:15,17 25:18 39:18,19,22,25 40:3,7 41:2 45:1 51:10 53:15 55:20 57:4 59:15,21 60:2,10,21 61:9 63:11,16 65:16, 18,24 68:2,9,25 73:19 74:2,13 75:11,25 79:20 80:2,6,10,11 81:16,24 82:3,5,17,18 83:2,3

**Peters's** 82:14

**phone** 41:14,16 43:2,4,6,10,14, 19,25 44:14 46:21,25 47:12,21 48:3,6,12,16,20 68:21

**photo** 29:8 77:17

**photograph** 78:17,18,25 79:6

**photographs** 46:8 77:22 78:23

**physically** 38:25

**pick** 28:12,22 82:16

**picked** 29:7 80:19,23 81:1

**picking** 29:7

**picture** 29:4 31:18 40:1 72:8 77:12 78:21 79:20

**pictures** 29:7 31:17 77:19

**pistol** 15:3

**place** 32:8 44:8,10

**plaintiff** 4:16 5:7 82:24

**plant** 31:8

**planting** 31:2,5

**point** 7:10 21:6,13 38:16

**pointed** 78:24

**police** 5:11 32:5 33:8 34:16 40:9,10 45:3 72:3 74:5 76:19,25 77:18

**porch** 65:6,9 66:9,13,22 69:8,13 70:6

**possession** 27:10

**prepared** 6:5

**present** 8:10 56:5

**pressured** 35:18,23

**previously** 8:7

**printed** 33:24

**prior** 51:14

**private** 56:9

**proceed** 5:16

**promise** 37:24

**promises** 7:23

**Pros-** 16:4

**prosecutor** 26:17 34:21 45:4 72:15,24 76:16

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company llc

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

**Prospect** 9:12 10:19 15:23

**pull** 65:19

**pulled** 29:5 61:6 73:14 76:2

**pulls** 73:5

**put** 59:12 79:10

## Q

**question** 6:1,2 11:18,20 12:20 13:4 25:20 26:1 55:21 59:1,21,22 60:6 62:9 64:7 76:10

**questions** 5:25 8:24 34:22 35:5,7,9,11,14 39:5,10 40:13 43:22,24 44:3 45:25 48:25 57:14 59:1

**quick** 55:15

## R

**ran** 18:21

**reached** 65:2

**reaction** 25:15 30:11

**real** 28:2 36:14,17 37:20 55:15 62:2 64:16,17 70:16

**reason** 6:3,12,19 7:5,6

**reasons** 36:21

**recall** 23:14 24:8 25:3 34:21 35:7 38:6 45:8 46:15 52:5 60:10, 12 64:2,8 65:9 69:10 70:5,12 71:19,24 72:5,12 73:7 75:8 80:1,5

**recently** 6:20 22:15

**recess** 68:8 82:9

**recognize** 70:3,4

**record** 4:3,12 6:11 24:19 51:6 59:12 65:17 66:19 68:7,10 75:24 82:7,10

**recorded** 4:10

**recording** 4:9

**reference** 21:6

**Reg-** 11:4

**Reggie** 10:16 11:2,3,5,7 13:18, 23,24 14:20,21 15:9 18:1,6,16 20:19 21:24,25 27:23,25 29:20 33:2,4 34:19 54:25 57:1 67:9

**Reginald** 34:18

**regular** 82:25

**relate** 77:5

**relating** 7:8 43:22 58:23 59:3

**relationship** 14:17

**remained** 73:15

**remember** 7:7,9 8:5 10:8,10 23:11 24:22 25:7 26:22 29:2,3 31:4 33:14,16 35:10 37:7,10,13 41:21,24 42:2,16,18 46:3,5 49:1, 23 52:4,5,16 53:7,13 60:16 61:19 62:17 69:19,22 70:12,20,22 71:20 72:15 73:8 81:6,15

**remembered** 7:18

**repeat** 68:2 69:4

**replacement** 47:24

**reporter** 4:1,3 5:21 12:7,16,18, 23,25 13:12,12 26:12 41:1 44:20 53:13 55:15 63:10 67:22,24 68:23 74:11 75:22 79:18 82:7,10,22 83:1

**reporter's** 5:18

**represent** 4:12 40:8

**represented** 5:9

**representing** 8:16

**reputation** 18:16,18,19,24 31:11

**requested** 82:12

**reviewed** 23:18

**Rickey** 50:19,22

**Rickey's** 50:24

**rifle** 15:3,4

**right-hand** 65:12 67:3

**ring** 52:23

**Robert** 4:8

**room** 45:13

**row** 68:5

**run** 16:9 19:14 25:4,12

**running** 10:22 16:11,21,24 21:14,23

69:18 78:15,24 79:21

## S

**safety** 10:24

**scared** 18:12

**school** 50:13,15 51:4

**screen** 6:10 8:13,17 39:19

**sense** 5:22,23

**set** 44:8,10

**setting** 47:17

**shaking** 26:10

**shaky** 67:25

**share** 8:13

**shared** 6:10

**shell** 29:10,12 31:14,19,23 32:1 65:14

**sheriff** 28:13 80:15

**sheriff's** 80:19,22 81:1

**shift** 32:19

**shoot** 17:24,25 18:1

**shooter** 25:12 27:13,18,22 33:6 57:24 58:2,6,9,13,17 59:8,18,25 60:15 78:25 79:11

**shooters** 21:12,14 79:7

**shooting** 25:11,16 26:22,24 27:9 29:9,16,19,23 32:6,24

**shot** 16:23 17:12 20:8 23:15 24:11 25:23 26:18 29:6 37:4 78:15,16,19 79:7

**shots** 19:17 20:1,3,4,10 77:22,25 78:2,5,14

**show** 29:6 31:13 46:8,10 58:11 65:19 67:11 78:1,4,9

**showed** 29:10 78:7,13 79:5,6,7

**showing** 29:3 72:8

**sic** 35:3 40:22

**sick** 7:10 25:9 38:16 40:14,15

**side** 9:11 10:13 15:21 67:5

**sidewalk** 20:6

**sign** 33:19,22 34:2

**signed** 23:22 33:23

**single** 78:17,21

**sir** 17:3 31:1 32:2

**sister** 51:8 53:2,5

**sister's** 81:2

**sit** 10:20 33:25 45:13,19

**sitting** 10:20 34:11 65:6,10 66:12,21 67:8 69:8,13 70:10

**slow** 13:6

**Smith** 37:8,11,15,21 49:7,9,11

**smoothly** 5:14

**snitch** 74:5 77:2,4

**son** 50:16 68:18,19

**sons** 50:13,14,18 51:5

**south** 9:25 10:13

**southwards** 20:20

**speak** 26:11 27:4 49:10 63:6 78:7

**speaking** 56:11 63:7

**specific** 24:21

**specifically** 27:21 45:24

**spell** 50:20

**spend** 22:24

**split** 34:13

**spoke** 47:5 49:6,9 57:8 60:22

**spoken** 7:14 49:3

**stair** 17:5

**stairs** 10:23

**stairwell** 17:5,6,7

**standing** 16:4 61:7,10,14,25 62:5,11 65:5 66:6,8 70:18 71:2 73:2,3 74:16

**stands** 37:4

**Star** 62:3,11 63:18 64:7,8,14 66:14,21 69:8 71:15 73:15

**Star's** 64:11

**start** 8:8 30:13

**started** 11:13 76:3,12

**statement** 33:20,22,23 34:1,2

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

**Cornerstone**
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

Case 4:23-cv-00278-RK Document 139-24 Filed 09/09/24 Page 28 of 30

**stayed** 42:16

**staying** 55:5

**step** 13:17 30:9 65:1

**stepped** 73:12

**stop** 67:24 71:3 74:11 79:1

**street** 8:10,16 9:4,12 10:14,17, 19 15:11,24 17:8 19:4,5 20:5 21:9 22:7 25:5,15 27:24 66:4,10,22 67:2 70:15 77:15 79:13 80:14 81:11

**street all** 67:4

**streets** 30:3

**strike** 9:2 58:20,24

**strong** 6:20

**stuff** 75:8

**surgery** 47:23 48:14

**Susan** 4:2

**sworn** 4:23 5:15

**systematic** 40:22

**T**

**taking** 31:13

**talk** 5:20 6:17 8:23 12:8 13:6 35:13 44:13 48:10 55:8,11,24 57:16 76:4

**talked** 7:21 8:1 28:25 29:14 41:7,10,19 43:3,6,8 54:7,9 55:2, 14,16 56:3,10,15 57:9 73:2 75:9 76:5,11 79:23

**talking** 20:16 37:16,17 44:15 45:17 56:9 61:18 63:23,24 69:7 70:25 71:2,3 73:4 74:21 76:3,12 77:9 80:4

**tall** 20:25

**tearing** 38:25 39:1

**technical** 51:6

**telling** 29:21 30:17,18 33:10,11, 12

**ten** 47:15

**terms** 16:14

**testified** 4:23 8:4,6 22:17 23:16,22 36:19 38:13 41:7 49:19

**60:5,8,13 77:11

**testify** 7:7 38:17 59:6,15,22 60:16,20

**testifying** 38:6,20

**testimony** 6:6,15,22,25 24:10, 23 25:4 48:2 60:11 76:1

**thing** 10:7 34:13 71:1,17 73:20

**things** 5:14 7:9 8:6 12:12 38:15 39:16

**thinking** 53:1 61:23

**Thirty** 46:14

**Thomas** 34:18

**Thompson** 49:24

**thought** 29:24 30:17 33:11 57:24 58:2 77:6

**threaten** 7:25 38:2 58:19

**threatened** 31:1,2,5 58:21 59:3 79:10,19

**throat** 80:3,7

**ti-** 64:18

**Tim** 51:24 52:1,13 53:20,21,24

**time** 4:4 5:21 7:10 9:5,13,16,23 11:22 12:8 13:17 14:13 15:10,24 16:2,10 18:17 20:2,9 22:7,9,20,22, 25 23:6,8,19,21 24:1 25:8,9,16 26:12 28:25 29:9,14 30:14 31:2,5, 9 32:17 33:17 40:16 41:1,19,22 42:4 43:8 44:8,14 48:19 49:1,6 53:9,14,15,22 62:5,24 63:10,21 64:3,4,8 71:20 72:15,17,25 73:9 74:12 76:24 77:13,14 78:1 79:18, 23 80:11,15,17 81:6,10,15 82:16 83:5

**times** 8:4 19:18 23:22 28:8 36:20 41:10,12,13,17 43:4

**today** 5:14 6:3,6,15,23 7:8 37:1 63:3

**Today's** 4:3

**told** 27:18,19,23 30:12,16,20,24 31:12,18,25 33:2,3,8 34:17 42:21 44:2 45:1,8 48:7,9 54:14,25 56:16, 18,21,23,24 57:5,6 59:7,17,24 60:15 75:16 79:5,6

**touch** 46:19

**town** 17:22 21:6,7,8 42:21 44:11

**transcript** 23:19 24:6 25:9 82:23

**transcripts** 24:2

**traumatizing** 54:17

**Tre** 22:10,11,14,22 23:5,8,14 24:9 33:9 36:10 69:18

**trial** 22:17 23:15,16,19 24:2,7,9, 10,23 30:25 34:23 35:6,11 46:6 49:13,14,15

**true** 6:22,25 25:1 36:22,23 72:10

**truth** 5:16 7:20 38:9,12 40:24 41:4

**turn** 67:3

**type** 34:8

**typed** 34:1,6,7

**U**

**Uh-huh** 12:17 13:15 15:19 21:10,19 32:13 42:23 50:8

**ultimately** 17:17 30:23

**uncle** 51:24

**uncles** 51:9,21,22 52:10,13

**uncomfortable** 30:22

**understand** 5:18,24 6:2 9:24 12:2,3,14 13:1,9 40:17 68:1,4 72:22 76:1

**understanding** 12:1 37:15

**unusual** 10:5,7

**upset** 54:15

**V**

**vacant** 66:7

**vehicle** 73:6,11

**versus** 4:7

**victim** 23:6

**video** 4:9

**videoconference** 4:15

**W**

**Wabash** 8:10,16 9:4,21 15:23 16:4 19:6,9,15 20:16,20,23 36:7 50:1 66:4 67:15

**wait** 11:18 13:4,5 59:11

**waiting** 45:15

**walked** 10:8 67:2 74:8,9,13,17

**walking** 10:3,10,14,15 61:5 67:1 70:21

**Wally** 4:16 5:6 24:15 41:8 65:16

**wanted** 30:3,13,18,19,21 43:21 44:2

**watch** 23:1

**watching** 22:25

**wave** 39:22

**weapon** 23:9

**Wednesday** 82:14,16

**week** 63:5,9,12,17 71:13 79:14

**weekday** 62:18

**weekend** 62:18

**Wendy** 61:11,15,24 62:10 63:18,21,22 64:6,19,23 65:20 66:2,3,8,13,20 69:7 70:10 71:7,15 73:14,25 74:4,7,9,13,16,20 76:5 77:3 78:5,9

**west** 16:7 21:25

**westward** 22:5

**white** 13:22 21:11 23:6,15,24 25:23 26:18 37:3 38:10 48:18 50:4,10,12,13 51:3,11,14,18,24 52:2,13,23,25 53:16,17,20,21,25 54:7,8,10,11,13,18,21,22 55:3,4,8, 9,11,24,25 56:3,4,11,12,14,17,24 57:1,5,9,10,16,17,19,20 59:4 62:3, 10 66:20 67:10 69:18 72:7 79:9, 16,24

**White's** 7:18 8:5 22:17 32:6,20 40:16 48:22 51:15,23 52:12,13,15 53:4,5,7 56:18,22,25 57:23 58:1,4, 8,11,15,19,23 59:2,7,17,24 60:14, 22 62:16 64:19,21,24 69:10,17 70:7 71:11 76:3,12

**witnessed** 18:13,14 54:6 56:25 71:11

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.com

Cornerstone
Court Reporting Company llc

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

Case 4:23-cv-00278-RK   Document 139-24   Filed 09/09/24   Page 29 of 30

**witnesses** 28:22

**women** 69:18

**wondering** 6:19

**worked** 28:16,20

**works** 28:12

**write** 12:12

**writing** 34:3,5

**written** 34:16,17

---

### Y

**year** 37:13 42:1,3 47:4 49:8,10

**years** 22:18 23:15,23 38:7
51:13,16 62:21

**younger** 31:10

---

### Z

**Zoom** 5:25

**Zoom-recorded** 4:6

8700 Monrovia, Suite 310

Lenexa, Kansas 66215-3500

www.cornerstonekc.net

Cornerstone

Court Reporting Company llc

(913) 825-2510

Fax (913) 825-2530

office@cornerstonekc.net