STATEMENT OF FELICIA JONES TAKEN AT THE OFFICES OF THE VIOLENT CRIMES DIVISION BY DETECTIVE STEVEN MORGAN ON THIS 14TH DAY OF OCTOBER, 2003, AT 1635 HOURS.

MY NAME IS FELICIA JONES, I AM 34 YEARS OF AGE, HAVING BEEN BORN IN ST. LOUIS, MO., ON 4-26-69. I LIVE AT 2838 PARK, PHONE NUMBER NONE.

Q. On 10-6-03 at approximately 8:45 in the evening did you happen to be in the area of 29th and Wabash?

A. Yes.

Q. What were you doing in that area?

A. I went up to Reggie's and them to see if I could get fronted some dope cause I brought them so much money in the past. Basically they just dissed me.

Q. While you were at Reggie's did you over hear a conversation between Reggie and the boys in the apartment?

A. Yes. They had woke Reggie up, apparently they had woke him up before I got there cause he was on the couch, and he just said, "Make him disappear."

Q. When you heard that statement did you believe that he was talking about the kid on the corner selling?

A. I didn't know who he was talking about at first but then when I went outside they had to be talking about the kid selling on the corner.

Q. Was there anything else said by the occupants of the apartment before you walked away?

A. Yes. They told the girls to get out of here, we'll talk to you later, and Stephanie and them jumped in the van and left.

Q. After you left the apartment complex tell me what you observed happen on the street out in front of the apartment?

A. In front of the apartment I saw Puffy standing out in front of the apartment with a brown hood like a sweat suit shirt jacket on with both of his hands in his pocket. Tray went across the

street to his car and pulled out guns. Then they started walking slowly towards the east going towards Prospect. I was telling my home-girl Delisa, I said, "If that boy knew what he was doing he would get off the corner." Then I started telling her how they had dissed me earlier and how they be acting a fool. That's when a trick pulled up and went up the street and I followed him. I followed him fast cause that's when the gunshots started like, "Pow. Pow. Pow." Me and Delisa tried to jump in the car but he wouldn't let Delisa in and then when I looked back and I saw Tray on the porch of the house at the corner of 29th and Wabash shooting at the dope dealer that was selling on the corner. He was running towards Fish Town. I saw Puffy standing in front of the apartment shooting at the same kid who was selling on the corner running towards Fish Town. I got in the car and left with the trick.

Q. Describe what the car looked like that Tray got the guns out of?
A. It's a black old school car. It has clear windows to it and fancy gold wheels.

Q. How many guns did Tray get out of the car?
A. I know it was more then one cause he had two guns in his hands.

Q. When you saw Tray shooting at the kid can you describe what that gun looked like?
A. No. I was in a car moving. All I saw was the little fire sparks coming from the gun that Tray was holding.

Q. Do you know what kind of gun Puffy had?
A. No, but it looked like it had something on the end of it and it sounded like a paint gun.

Q. Do you know how many shots were fired by Tray?
A. No.

Q. Do you know how many shots were fried by Puffy?
A. It couldn't have been much because we didn't get all the way up to the stop sign and I didn't see Puffy no more.

CC

Form 277 P.D. (2-79)

Q. Once the shooting started did anyone else come out of the apartment building?
A. I don't know.

Q. Did you actually see the victim make it to Fish Town?
A. No. I did not see him make it to Fish Town cause I got in the car and took off and I was going southbound.

Q. I'm now showing you a photo line-up consisting of six black males. Do you recognize anyone?
A. Yes, number 2. That's the person I know as Puffy.

NOTE: Ms. Jones identified Mitchell Powell, B/M, 11-25-70. She initialed and dated the back of the photograph.

Q. I'm now showing you another photo line-up consisting of six black males. Do you recognize anyone?
A. Yes, number 2. That's Tray.

NOTE: Ms. Jones identified Keith L. Carnes, B/M, 3-7-70. She initialed and dated the back of the photograph.

Q. I'm now showing you a single photograph of a black male. Do you recognize the person in the photograph?
A. Yes. He was inside the apartment building.

NOTE: Ms. Jones identified Gary Kitchens, B/M, 7-23-80. She initialed and dated the back of the photograph.

Q. Did you observe Gary Kitchens come out of the apartment complex with a gun?
A. No.



Q. Is there anything else that you wish to add to this statement?
A. Yes. I hope they reap what they sew. Each and every last one of them. Whoever pulled that trigger cause there was kids out there.

Form 277 P.D. (2-79)

Q. Will you read and sign this statement?

A. Yes, I have read the above statement which consists of 4 page(s). I understand it and I am signing it because it is the truth.

SIGNED _Felicia Jones_____ WITNESS _Det. Hum Meyn #4138_____

WITNESS _____

Form 277 P.D. (2-79)