IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

KEITH CARNES, )
)
    Plaintiff, )
)
v. ) Case No. 23-cv-00278-RK
)
ROBERT BLEHM, *et. al*, ) The Hon. Roseann A. Ketchmark
)
    Defendants. )

## **PLAINTIFF'S EXHIBIT LIST**

Exhibit 1: 10/6/2003 Field Incident Report by Blehm

Exhibit 2: Carnes Deposition

Exhibit 3: Allio Expert Report

Exhibit 4: Blehm Deposition

Exhibit 5: Morgan Deposition

Exhibit 6: Niemeier Deposition

Exhibit 7: Huth Deposition

Exhibit 8: Begley Deposition

Exhibit 9: Blehm 2019 Statement regarding Lockett Interview

Exhibit 10: Crime Scene Login

Exhibit 11: Blehm Crime Scene Report, 10/8/2003

Exhibit 12: Crime Scene Report by VanRyn, 10/6/2003

Exhibit 13: Blehm Interview of Ronald White, 10/9/2003

Exhibit 14: Search Warrant with Blehm Affidavit

Exhibit 15: Report Regarding Recovery of Rifle, 10/7/2003

Exhibit 16: White, Sr. Deposition

Exhibit 17: O'Neal Deposition

Exhibit 18: Matthews Report regarding O'Neal Interview, 10/8/2003

Exhibit 19: Blehm Report regarding O'Neal Interview, 10/11/2003

Exhibit 20: Police File

Exhibit 21: Lockett Deposition

Exhibit 22: Huth Report Regarding Lockett, 10/7/2003

Exhibit 23: Dillenkoffer Deposition

Exhibit 24: Parsons Deposition

Exhibit 25: Twenter Deposition

Exhibit 26: McGowan Deposition

Exhibit 27: Hogan Affidavit

Exhibit 28: Williamson Report Regarding Lockett Interview, 10/15/2003

Exhibit 29: Williamson Report Regarding Lockett Statement, 10/15/2003

Exhibit 30: Collins Deposition

Exhibit 31: Williamson Report and Interview of Lorainne Morrow, 10/13/2003

Exhibit 32: Felicia Jones Statement

Exhibit 33: Jones 11/8/2005 Testimony

Exhibit 34: Mitchell Report

Exhibit 35: Evidence Report by VanRyn Regarding Spent Casings, 10/6/2003

Exhibit 36: Blehm Report Regarding Bank Surveillance Tape, 11/5/2003

Exhibit 37: Williamson Report Regarding Damon Rhodes Interrogation, 11/20/2003

Exhibit 38: Williamson Report Regarding Keith Carnes Interrogation, 10/15/2003

Exhibit 39: Williamson Report Regarding Interrogation of Gary Kitchen, 10/15/2003

Exhibit 40: Williamson Report Regarding Investigation of Reginald Thomas, 12/4/2003

Exhibit 41: Miranda Waiver

Exhibit 42: Williamson Statement on Probable Cause

Exhibit 43: Duley 2008 PCR Judgment

Exhibit 44: Morrow Report, 10/12/2003

Exhibit 45: Morgan Report and Interview of Margo Thomas, 10/14/2003

Exhibit 46: Morgan Report Regarding Jones Pickup, 10/14/2003

Exhibit 47: Margo Thomas Deposition