# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

" Josh Loevy aaaaaaaaaaaaaaaaaaaaaaaaaaaa."cp"cevkxg"o go dgt"kp"i qqf "uvcpfkpi "qh"vj g"Dct"qh"vj g"Wpkvgf "Uvcvgu" Fkuvtkev'Eqwtv"hqt"vj g"Y guvgtp'Fkuvtkev'qh'Okuuqwtk'tgswguv"vj cv"vj ku"eqwtv"cfoiv"rtq"j ce"xkeg."

Jordan Poole aaaaaaaaaaaaaaaaa."cp"cwtqpg{'cfokvgf "vq"rtcevkeg"kp"c"Wpkvgf "Uvcvgu'Fkuvtkev'Eqwtv."dw"pqv"cfokvgf "vq"vj g" Dct"qh"vj ku"eqwtv."y jq"y knl'dg"eqwpugn'hqt"vj g"Plaintiff_____.kp"vj g"ecug*u+'rkuvgf "dgnqy 0"Kco "cy ctg"vj cv"vj g" rqecn'twngu"qh"vj ku"eqwtv'tgswktg"vj cv'Krctvkekrcvg"kp"vj g"rtgrctcvkqp"cpf "rtgugpvcvkqp"qh"uckf "ecug*u+."cpf "vj cv'Kceegr v" ugtxkeg"qh'cn'r cr gtu'ugtxgf 0"Kcnuq "wpf gtuvcpf "cpf "ci tgg"vj cv"kh"vj g"cfokvgg"f qgu"pqv'ukip"wr "vq"tgegkxg"EO IGEH'hkknkpi u."K y knl'dg"tgur qpukdng"hqt"pqvkh{kpi "vj g"cfokvgg"qh'cnl'r cr gtu'ugtxgf 'd{ "EO IGEH0"

| | |
|---|---|
| /s/Josh Loevy | 66047 |
| **Signature of Movant/Attorney** | **MO Bar Number** |
| 2/13/2025 | 311 N. Aberdeen St. |
| **Date** | **Address** |
| 312-243-5900 | 3rd Floor |
| **Phone** | |
| | Chicago, IL 60607 |

### Affidavit of Proposed Admittee

"

" K Jordan Poole ,"egtvkh{'vj cv'Kikuglf g'qwukf g'vj g" dqwpf ctkgu"qh"vj g"Y guvgtp'Fkuvtkev'qh'Okuuqwtk'cpf "Kco "pqv'cfokvgf "vq"vj g"Dct"qh"vj ku"eqwtv0"Kco "c"o go dgt"kp"i qqf " uvcpfkpi "kp"vj g"uvcvg*u+'qh'Illinois aaaaaaaaaaaaaaaaaaaaaa"cpf "vj g"Wpkvgf "Uvcvgu'Fkuvtkev'Eqwtv*u+'qh'

See Addendum below aaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaaa0"*Cwcej "cff kvkqpcri g"kh"pgeguuct{0+"""
Rwtuwcpv'vq"Nqecn'Twng": 5077*j +'Kegtvkh{'Kco "c"o go dgt"kp"i qqf "uvcpfkpi "kp"cnl'dctu'qh'y jkej "Kco "c"o go dgt0"K wpf gtuvcpf "vj cv"kh'vj ku"eqwtv'i tcpvu'o g"cf okuukqp'rtq"j ce"xkeg."vj go "qxcpv'dtkpi kpi "kp"y ku'o qvkqp'o wuv'r ctvkekr cvg"kp"vj g" rtgr ctcvkqp"cpf "rtgugpvcvkqp"qh"vj g"cwgtu'rkuvgf "dgnqy ."cpf "o wuv'ceegr v'ugtxkeg"qh'cnl'r cr gtu'ugtxgf 0"Kco "cy ctg"vj cv'K ecp'tgi kuvgt"vq"tgegkxg"EO IGEH'hkknkpi u0"Kwpf gtuvcpf "cpf "ci tgg"vj cv'uj qwnf "Kej qqug"pqv'vq"tgi kuvgt"hqt"EO IGEH."Ky knl' cttcpi g"y kj "o "qxcpv'vq"mggr "o g"cf xkugf "qh'r cr gtu'ugtxgf "cpf "hkngf "kp"vj ku'ecug0"

"

| **Case Number(s):** | **Case Title(s)** |
|---|---|
| 4:23-cv-00278-DGK | Keith Carnes vs. Robert Blehm et al. |
| | |
| | |

| | |
|---|---|
| **Date:** 2/13/2025 | **Signature:** /s/Jordan Poole |
| **State Bar of Residence & Bar Number:** | **Address:** 311 N. Aberdeen St., 3rd Floor |
| Illinois - 6344459 | Chicago, IL 60607 |
| **Phone:** 312-243-5900 | **Email:** poole@loevy.com |

"
Rwtuwcpv'vq"Y FO Q'Nqecn'Twng": 5077*j +'c'hgg"qh'&322'ku'tgswktgf "hqt'gcej "ecug'kp'y jkej "vj g"cwqtpg{'ku'uggmkpi " cfokwcpeg0'

"

# ADDENDUM

## JORDAN POOLE ADMISSIONS

United States District Court for the District of Columbia – Admitted in 2021

United States District Court for the Colorado - Admitted in 2022

United States District Court for the Western District of Kansas - Admitted in 2024

United States Court of Appeals for the Tenth Circuit - Admitted in 2021